UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>and<br><br>STATE OF NEVADA,<br><br>  Plaintiffs,<br><br>v.<br><br>EMP MEDIA, INC. (also d/b/a MYEX.COM, also d/b/a POST MY AD, also d/b/a, T & A MEDIA, also d/b/a INTERNET SECRETS), a Nevada corporation,<br><br>ANIELLO "NEIL" INFANTE, individually and as an officer of EMP MEDIA INC.,<br><br>SHAD "JOHN" APPLEGATE, also known as SHAD COTTELLI, individually and as an officer of EMP MEDIA INC., and<br><br>ONE OR MORE UNKNOWN PARTIES DOING BUSINESS AS YEICOX LTD.,<br><br>  Defendants. | Case No: |

**PLAINTIFF FEDERAL TRADE COMISSION'S
MOTION FOR ADMISSION TO PRACTICE**

On this date of January 9, 2018, pursuant to Local Rule IA 11-3, the Federal Trade Commission moves the above-titled Court to admit to practice as attorneys of said Court Megan Cox, who is an active member of the Massachusetts Bar in good standing, and Allison M. Lefrak, who is an active member of the District of

1

Columbia Bar in good standing.  Both attorneys are employees of the federal entity the Federal Trade Commission.

Dated:  January 9, 2018               Respectfully submitted,


                                      _/s/  Megan Cox_____

                                      Megan Cox
                                      Allison M. Lefrak
                                      Attorneys for Plaintiff
                                      Federal Trade Commission
                                      600 Pennsylvania Avenue NW
                                      Mailstop CC-8256
                                      Washington, DC 20580
                                      Telephone: (202) 326-2282 (Cox)
                                      Telephone: (202) 326-2804 (Lefrak)
                                      Facsimile: (202) 326-3392
                                      Email: mcox1@ftc.gov, alefrak@ftc.gov

|   |   |   |
|---|---|---|
| FEDERAL TRADE COMMISSION | ) | Case No: |
|  | ) |  |
| and | ) |  |
|  | ) |  |
| STATE OF NEVADA, | ) |  |
|  | ) |  |
| Plaintiffs, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| EMP MEDIA, INC. (also d/b/a MYEX.COM, also d/b/a POST MY AD, also d/b/a, T & A MEDIA, also d/b/a INTERNET SECRETS), a Nevada corporation, | ) |  |
|  | ) |  |
| ANIELLO "NEIL" INFANTE, individually and as an officer of EMP MEDIA INC., | ) |  |
|  | ) |  |
| SHAD "JOHN" APPLEGATE, also known as SHAD COTTELLI, individually and as an officer of EMP MEDIA INC., and | ) |  |
|  | ) |  |
| ONE OR MORE UNKNOWN PARTIES DOING BUSINESS AS YEICOX LTD., | ) |  |
|  | ) |  |
| Defendants. |  |  |

## [PROPOSED] ORDER GRANTING PLAINTIFF FEDERAL TRADE COMMISSION'S MOTION FOR ADMISSION TO PRACTICE

Upon consideration of the Plaintiff Federal Trade Commission's Motion for Admission to Practice, IT IS SO ORDERED that, pursuant to Local Rule IA 11-3, Megan Cox and Allison M. Lefrak, who are active members of bars, in good standing, and employees of the federal entity the Federal Trade Commission are admitted to practice.

SO ORDERED, this ____ day of _____, 2018

_____

CERTIFICATE OF SERVICE

I, Megan Cox, certify that on January 9, 2018, the foregoing Plaintiff Federal Trade Commission's Motion for Admission to Practice was filed and served using the Court's CM/ECF system.

I further certify that on this same date, a true and correct copy of the foregoing was served, via email and/or overnight mail to the following non-ECF participants.

Michelle W. Cohen: michelle@ifrahlaw.com
Counsel for Defendant, Aniello " Neil" Infante

Defendant EMP Media, Inc.
6130 Flamingo Rd. #732
Las Vegas, NV 89103

Defendant Shad "John" Applegate
14 Dovetail Circle
Henderson, NV 89012-2117