DAVID C. SHONKA
Acting General Counsel
MEGAN COX
ALLISON M. LEFRAK
Attorneys
Federal Trade Commission
600 Pennsylvania Avenue NW
Mailstop CC-8256
Washington, DC 20580
Telephone: (202) 326-2282 (Cox)
Telephone: (202) 326-2804 (Lefrak)
Facsimile: (202) 326-3392
Email: mcox1@ftc.gov, alefrak@ftc.gov
*Attorneys for Plaintiff Federal Trade Commission*

ADAM PAUL LAXALT
Attorney General
JOHN R. MCGLAMERY
LAURA TUCKER
Deputy Attorneys General, Bureau of Consumer Protection
Office of the Attorney General
100 North Carson Street
Carson City, NV 89701-4717
Phone (775) 684-1169
Facsimile: (775) 684-1170
Email: JmcGlamery@ag.nv.gov, LMTucker@ag.nv.gov
*Attorneys for Plaintiff State of Nevada*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>and<br><br>STATE OF NEVADA,<br><br>  Plaintiffs,<br><br>  v.<br><br>EMP MEDIA, INC., et al.,<br><br>  Defendants. | Case No: 2:18-cv-00035 |

**MOTION FOR A STAY ON THE TOLLING OF TIME FOR SERVICE IN LIGHT OF UNITED STATES GOVERNMENT CESSATION**

1

The Federal Trade Commission ("FTC" or "Commission") hereby moves for a temporary stay on the tolling of time for service in this case. In support of this motion, counsel for the FTC states as follows:

1. Per the Federal Rules of Civil Procedure Rule 4(m), the Plaintiffs' deadline for serving a copy of the complaint and summons on Defendants is 90 days after the complaint is filed. Fed. R. Civ. P. 4(m).

2. At the end of the day on January 19, 2018, appropriations for the FTC expired. At this time, the Commission does not know when funding will be restored by Congress.

3. Absent an appropriation, FTC attorneys are prohibited from working, even on a voluntary basis, "except for emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

4. Undersigned counsel for the FTC therefore requests a stay until Congress has restored appropriations to the FTC.

5. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the FTC. The Commission requests that, at that point, the time limit for service on the Defendants be extended commensurate with the duration of the lapse in appropriations.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the FTC hereby moves for a stay on the tolling of time for service on the Defendants in this case until FTC attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted,

Dated: January 22, 2018

David Shonka
Acting General Counsel

_/s/ Megan Cox_____
Megan Cox
Allison M. Lefrak
Attorneys for Plaintiff
Federal Trade Commission
600 Pennsylvania Avenue NW
Mailstop CC-8256
Washington, DC 20580
Telephone: (202) 326-2282 (Cox)
Telephone: (202) 326-2804 (Lefrak)
Facsimile: (202) 326-3392
Email: mcox1@ftc.gov,
alefrak@ftc.gov

DAVID C. SHONKA
Acting General Counsel
MEGAN COX
ALLISON M. LEFRAK
Federal Trade Commission
600 Pennsylvania Avenue NW
Mailstop CC-8256
Washington, DC 20580
Telephone: (202) 326-2282 (Cox)
Telephone: (202) 326-2804 (Lefrak)
Facsimile: (202) 326-3392
Email: mcox1@ftc.gov, alefrak@ftc.gov
*Attorneys for Plaintiff Federal Trade Commission*

ADAM PAUL LAXALT
Attorney General
JOHN R. MCGLAMERY
LAURA TUCKER
Deputy Attorneys General, Bureau of Consumer Protection
Office of the Attorney General
100 North Carson Street
Carson City, NV 89701-4717
Phone (775) 684-1169
Facsimile: (775) 684-1170
Email: JmcGlamery@ag.nv.gov, LMTucker@ag.nv.gov
*Attorneys for Plaintiff State of Nevada*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION <br> and <br> STATE OF NEVADA, <br><br> Plaintiffs, <br><br> v. <br><br> EMP MEDIA, INC., et al., <br><br> Defendants. | Case No: 2:18-cv-00035 |

**[PROPOSED] ORDER AUTHORIZING A STAY
ON THE TOLLING OF TIME FOR SERVICE
IN LIGHT OF UNITED STATES GOVERNMENT CESSATION**

Upon consideration of Plaintiffs' Motion for a Stay of the Tolling of Time for Service in Light of United States Government Cessation; and finding good causes exists, it is hereby

ORDERED that, there is a stay on the tolling of time for service on the defendants in this case until FTC attorneys are permitted to resume their usual civil litigation functions.

**IT IS SO ORDERED:**

_____

UNITED STATES DISTRICT JUDGE

DATED: _____

# CERTIFICATE OF SERVICE

I, Megan Cox, certify that on January 22, 2018, the foregoing Plaintiffs' Motion for Authorizing a Stay of the Tolling of Time for Service in Light of United States Government Cessation was filed and served using the Court's CM/ECF system.

I further certify that on this same date, a true and correct copy of the foregoing was served, via email or overnight mail to the following non-ECF participants.

Michelle W. Cohen: michelle@ifrahlaw.com
Counsel for Defendant, Aniello Infante

Defendant EMP Media, Inc.
Registered Agent Aniello Infante
3016 Spring Meadow Circle
Youngstown, OH 44515-4953

Defendant Shad "John" Applegate
shadapplegate@gmail.com
shadcottelli@gmail.com

                                        ___/s/ *Megan Cox*___
                                        Megan Cox
                                        Federal Trade Commission