# Exhibit 7 - Email from J. Fisher to M. Cox and A. Lefrak, January 16, 2018

**Cox, Megan**

| | |
|---|---|
| **From:** | Jason Fisher <jfisher@fisherlg.com> |
| **Sent:** | Friday, January 12, 2018 10:57 PM |
| **To:** | Cox, Megan |
| **Cc:** | Lefrak, Allison; michelle@ifrahlaw.com |
| **Subject:** | Re: Federal Trade Commission -- Complaint Recommendation |

Ms. Cox / Ms. Lefrak - I just arrived at my Nevada house at ▮▮▮▮▮▮▮▮ in Henderson, and saw a stack of papers and FedEx's that were addressed to "Defendant Shad "John" Applegate." I asked my contractor, and he said his assistant signed for something from FedEx while I was out of town, in California, this past week.

I have no idea where you got my personal home address nor why you sent anything addressed to Shad or John Applegate to my personal home. Neither Shad Applegate nor John Applegate currently live here, nor have they ever lived here, at my Nevada house (nor at my California house). Neither Shad Applegate nor John Applegate have they ever been authorized to receive mail here - and I am not authorized to accept service of anything on their behalf. I have not seen Shad Applegate in years, and last time he was at my house was for a social visit in late 2013 or early 2014 (approximately 4 years ago).

For the record, as I had mentioned about 16 months ago to you, I was previously one of the US based lawyers for a company called EMP Media, Inc. I believe that company was dissolved years ago as I have not represented it in a very long time. As I told you, I was not re-engaged by Mr. Infante to represent him personally (and it looks like he has a lawyer [based on the certificate of service attached to the documents], who I have copied on this correspondence). As you know from our discussions 16 months ago, I do not represent EMP Media, Inc. anymore (and haven't in a very long time), nor Mr. Infante, nor John Applegate nor Shad Applegate.

I don't know what type of "sewer service" you are attempting, but that is between you and the parties involved in whatever you are working on....I am aware of no authority that authorizes service on someone by sending documents to the vacation home of of one of their ex-lawyers. As such, PLEASE STOP SENDING ME DOCUMENTS regarding an ex-client, as I am not authorized to accept service on any of the parties' behalf and am not a mail forwarding service.

Jason Fisher


On Tue, Sep 12, 2017 at 1:47 PM, Cox, Megan <mcox1@ftc.gov> wrote:

Mr. Fisher,


I am an attorney with the Federal Trade Commission. We corresponded last year around this time about a CID issued to Mr. Infante. Following an investigation into the website MyEx.com, Commission attorneys are forwarding a complaint recommendation to the Commission, naming EMP Media Inc., Aniello "Neil" Infante, Shad "John" Applegate AKA Shad Cottelli, and One or More Unknown Parties Doing Business as Yeicox Ltd., and alleging Proposed Defendants engage in unfair business practices on the website MyEx.com.

1

If you will be representing EMP Media, Inc. or any individual with regards to this matter and would like an opportunity to meet the Commissioners before they vote on the complaint, please contact me or my co-counsel Allison Lefrak by close of business on Tuesday, September 19, 2017.  I can be reached at mcox1@ftc.gov or (202) 326-2282 or Allison Lefrak at alefrak@ftc.gov or (202) 326-2804.  If we hear back from you, we can provide you with our current draft of the complaint.


Regards,

Megan Cox




---------------------

Megan Cox

Federal Trade Commission

Bureau of Consumer Protection

Division of Privacy and Identity Protection

600 Pennsylvania Avenue, N.W., CC-8232

Washington, DC  20580

202.326.2282 (direct)

mcox1@ftc.gov



---

**From:** Jason H. Fisher [mailto:jfisher@fisherlg.com]
**Sent:** Thursday, September 15, 2016 5:26 PM
**To:** Lefrak, Allison
**Cc:** Cox, Megan
**Subject:** RE: CID issued to Neil Infante


I have recieved a coy of it but have not reviewed it. I am still working out the details of my (potential) engagement by Mr. Infante.

Sent from my T-Mobile 4G LTE Device

-------- Original message --------

From: "Lefrak, Allison" <alefrak@ftc.gov>

Date: 9/15/16 1:45 PM (GMT-08:00)

To: "'jfisher@fisherlg.com'" <jfisher@fisherlg.com>

Cc: "Cox, Megan" <mcox1@ftc.gov>

Subject: CID issued to Neil Infante

Mr. Fisher- We are following up on the telephone call we had with you earlier today regarding the Civil Investigative Demand (CID) issued to your client, Neil Infante, on August 12, 2016 with a return date of September 12th and an informational hearing noticed for November 17th.  As noted in Instruction II.B. of the CID, Mr. Infante or his counsel was required to contact my colleague, Megan Cox, within fourteen (14) days of receipt of the CID to discuss compliance and attempt to resolve any issues, including any requests for modifications or extensions.  Accordingly, please let us know your availability for a telephonic meeting as soon as possible.

Best,

Allison Lefrak

**Allison M. Lefrak** | **Division of Privacy and Identity Protection** | **Federal Trade Commission**

202.326.2804

This email message and any attachments are confidential and may be privileged. If you are not the intended recipient, please delete the email and notify the sender.