# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FEDERAL TRADE COMMISSION, et al.,

    Plaintiff(s),

vs.

EMP MEDIA, INC., et al.,

    Defendant(s).

Case No. 2:18-cv-00035-APG-NJK

ORDER

(Docket No. 12)

Pending before the Court is Plaintiffs' motion for alternative service on Defendant Shad Applegate, also known as Shad Cottelli. Docket No. 12. Plaintiffs have redacted multiple parts of the motion and various exhibits. *See e.g.*, Docket Nos. 12 at 3, 12-2 at 4, 12-3 at 3, 12-4 at 3, 12-5 at 6. The Court **ORDERS** Plaintiffs to file an unredacted copy under seal pursuant to Local Rule IC 6-1(b), no later than February 1, 2018. To the extent the redactions pertain only to information governed by Local Rule IC 6-1(a), the parties are not required to file a motion to seal. However, if the redacted information falls outside the scope of Local Rule IC 6-1(a), the Court **ORDERS** Plaintiffs to file a concurrent motion to seal, that addresses all applicable standards.

    IT IS SO ORDERED.

    DATED: January 29, 2018

    _____
    NANCY J. KOPPE
    United States Magistrate Judge