DAVID C. SHONKA
Acting General Counsel
MEGAN COX
ALLISON M. LEFRAK
Attorneys
Federal Trade Commission
600 Pennsylvania Avenue NW
Mailstop CC-8256
Washington, DC 20580
Telephone: (202) 326-2282 (Cox)
Telephone: (202) 326-2804 (Lefrak)
Facsimile: (202) 326-3392
Email: mcox1@ftc.gov, alefrak@ftc.gov
*Attorneys for Plaintiff Federal Trade Commission*

ADAM PAUL LAXALT
Attorney General
JOHN R. MCGLAMERY
LAURA TUCKER
Deputy Attorneys General, Bureau of Consumer Protection
Office of the Attorney General
100 North Carson Street
Carson City, NV 89701-4717
Phone (775) 684-1169
Facsimile: (775) 684-1170
Email: JmcGlamery@ag.nv.gov, LMTucker@ag.nv.gov
*Attorneys for Plaintiff State of Nevada*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>and<br><br>STATE OF NEVADA,<br><br>      Plaintiffs,<br><br>v.<br><br>EMP MEDIA, INC., et al.,<br><br>      Defendants. | Case No: 2:18-cv-00035<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

1

Plaintiffs, the Federal Trade Commission and the State of Nevada, submit the attached proof of service of the complaint and summons on Defendant EMP Media, Inc., through service pursuant to Federal Rule of Civil Procedure Rule 4(h) on the registered agent for the corporation, Aniello Infante.

Respectfully submitted,

Dated: March 16, 2018

                                         /s/ *Megan Cox*
Megan Cox
Allison M. Lefrak
Attorneys for Plaintiff
Federal Trade Commission
600 Pennsylvania Avenue NW
Mailstop CC-8256
Washington, DC 20580
Telephone: (202) 326-2282 (Cox)
Telephone: (202) 326-2804 (Lefrak)
Facsimile: (202) 326-3392
Email: mcox1@ftc.gov,
alefrak@ftc.gov