Case 2:18-cv-00035-APG-NJK   Document 5   Filed 01/09/18   Page 6 of 6

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:18-cv-00035-APG-NJK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   **ANIELLO INFANTE**
was received by me on *(date)*   1/12/2018   .

☐ I personally served the summons on the individual at *(place)*   3016 Spring Meadow Circle, Youngstown, OH 44515   on *(date)* 1/19/18 @ 5:00p.m.   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____   ; or

☐ I returned the summons unexecuted because _____   ; or

☒ Other *(specify)*:
Description: 40, white, male, 5'6", 170, brown hair.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   1-24-18

*Server's signature*

JAMES LEWIS - PRIVATE PROCESS SERVER / OHIO
*Printed name and title*

221 SPRINGSIDE DRIVE, AKRON, OH 44333
*Server's address*

Additional information regarding attempted service, etc: