DAVID C. SHONKA
Acting General Counsel
MEGAN COX
ALLISON M. LEFRAK
Attorneys
Federal Trade Commission
600 Pennsylvania Avenue NW
Mailstop CC-8256
Washington, DC 20580
Telephone: (202) 326-2282 (Cox)
Telephone: (202) 326-2804 (Lefrak)
Facsimile: (202) 326-3392
Email: mcox1@ftc.gov, alefrak@ftc.gov
*Attorneys for Plaintiff Federal Trade Commission*

ADAM PAUL LAXALT
Attorney General
JOHN R. MCGLAMERY
LAURA TUCKER
Deputy Attorneys General, Bureau of Consumer Protection
Office of the Attorney General
100 North Carson Street
Carson City, NV 89701-4717
Phone (775) 684-1169
Facsimile: (775) 684-1170
Email: JmcGlamery@ag.nv.gov, LMTucker@ag.nv.gov
*Attorneys for Plaintiff State of Nevada*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>and<br><br>STATE OF NEVADA,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EMP MEDIA, INC., et al.,<br><br>　　　　Defendants. | Case No: 2:18-cv-00035<br><br>**CERTIFICATE OF SERVICE ON DEFENDANT SHAD APPLEGATE, AKA SHAD COTTELLI** |

**CERTIFICATE OF SERVICE ON**
**DEFENDANT SHAD APPLEGATE, AKA SHAD COTTELLI**

1

Plaintiffs, the Federal Trade Commission and the State of Nevada, submit the attached declaration of Matthew Smith, with supporting attachments, as proof of service of the complaint and summons on Defendant Shad Applegate, also known as Shad Cottelli, per the Court's February 1, 2018 order granting Plaintiffs' Motion for Alternative Service.[1]

Respectfully submitted,

Dated: March 16, 2018

                     _/s/ Megan Cox_____
Megan Cox
Allison M. Lefrak
Attorneys for Plaintiff
Federal Trade Commission
600 Pennsylvania Avenue NW
Mailstop CC-8256
Washington, DC 20580
Telephone: (202) 326-2282 (Cox)
Telephone: (202) 326-2804 (Lefrak)
Facsimile: (202) 326-3392
Email: mcox1@ftc.gov,
alefrak@ftc.gov

---

[1] The Court's order was granted pursuant to Federal Rule of Civil Procedure 4(f), for service of an individual in a foreign country. Federal Rule of Civil Procedure 4(m) provides the time limit for service to be 90 days and states, "This subdivision (m) does not apply to service in a foreign country under Rule 4(f), 4(h)(2), or 4(j)(1)." Accordingly, Rule 4(m)'s 90-day time limit for service does not apply to service on Defendant Shad Cottelli.

2