Index of Exhibits for Motion for Default Judgment

Exhibit 1 – Declaration of Cheryl Thomas

Exhibit 2 – Consumer Declaration

Exhibit 3 – Consumer Declaration

Exhibit 4 – Consumer Declaration

Exhibit 5 – Declaration of Thomas Van Wazer

Exhibit 6 – Excerpts of Aniello Infante Investigational Hearing Transcript

Exhibit 7 – Consumer Declaration

Exhibit 8 – Declaration of Carrie Goldberg

Exhibit 9 – Consumer Declaration

Exhibit 10 – Consumer Declaration

Exhibit 11 – Consumer Declaration

Exhibit 12 – Consumer Declaration