## Thomas Declaration Attachments

| | |
|---|---|
| Attachment A | Domain Tools Report |
| Attachment B | Select GoDaddy Documents |
| Attachment C | MyEx Website Terms of Use 2012 |
| Attachment D | MyEx Website Privacy Policy 2012 |
| Attachment E | MyEx Website Add Your Ex 2012 |
| Attachment F | MyEx Website Make A Post 2013 |
| Attachment G | MyEx Website Submit Your Ex 2015 |
| Attachment H | MyEx Website Landing Page 2013 |
| Attachment I | MyEx ID # 2012 |
| Attachment J | MyEx ID # 2013 |
| Attachment K | MyEx Website Landing Page 2016 |
| Attachment l | MyEx Website Add Your Ex 2013 |
| Attachment M | MyEx Website Terms of Use 2013 |
| Attachment N | MyEx Website Make a Post 2013 |
| Attachment O | MyEx Website Submit Your Ex 2014 |
| Attachment P | MyEx Website Landing and Search Page Sept. 2012 |
| Attachment Q | MyEx Website Landing and Search Page March 19, 2013 |
| Attachment R | MyEx Website Landing and Search Page March 25, 2013 |
| Attachment S | MyEx Website Landing and Search Page May 2013 |
| Attachment T | MyEx Website Landing and Search Page June 2013 |
| Attachment U | MyEx Website Submit My Ex 2016 |
| Attachment V | MyEx Website Contact Us 2013 |
| Attachment W | MyEx Website Removal Policy Oct. 2013 |
| Attachment X | MyEx Website Removal Policy Dec. 2013 |
| Attachment Y | MyEx Website Removal Policy March 2014 |
| Attachment Z | MyEx Website Landing Page 2014 |
| Attachment AA | MyEx Website Removal Policy June 2014 |
| Attachment BB | MyEx Website Submit Your Ex 2017 |
| Attachment CC | MyEx Website Landing Page Aug. 2017 |
| Attachment DD | MyEx Website Search and Sort Images and Videos 2017 |
| Attachment EE | MyEx Website Landing Page Sept. 2017 |
| Attachment FF | MyEx Website Comment 2017 |
| Attachment GG | MyEx Website Total Number of pages 2018 |
| Attachment HH | MyEx Website Google Search Results 2017 |
| Attachment II | EMP Media Secretary of State Records |
| Attachment JJ | Bank of America Account Documents, EMP Media, Inc. |
| Attachment KK | Bank of America Account Documents, EMP DBA Internet Secrets |
| Attachment LL | Bank of America Account Documents, EMP DBA Post My Ad |
| Attachment MM | Bank of America Account Documents, EMP DBA T & A Media |
| Attachment NN | Nevada DMV Records |
| Attachment OO | Court Documents Related to Applegate Name Change |
| Attachment PP | MyEx Website Advertising |
| Attachment QQ | MyEx Website Advertising Sales Email and Response |
| Attachment RR | MyEx Website Advertising Sales Follow Up Email |

Attachment SS    Traffichaus Earning Statement
Attachment TT    Traffichaus Advertisement URL
Attachment UU    Consumer Sentinel Complaints