# ATTACHMENT B

# Domain Information for Shopper ID 65318215

| | |
|---|---|
| Shopper ID: | 65318215 |
| Domain Name: | MYEX.COM |
| Registrar: | |
| Registration Period: | 6 |
| Create Date: | 3/11/1999 12:00:00 AM |
| Expiration Date: | 3/11/2018 12:00:00 AM |
| Update Date: | 5/24/2013 2:58:36 PM |
| Transfer Away Eligibility Date: | |
| Status: | 19 Transferred Away |
| Is Certified Domain: | False |
| Gaining Registrar Name: | EuroDNS S.A. |
| Transferred Away Date: | 6/11/2013 9:19:35 PM |
| Last Modified: | 6/11/2013 9:19:35 PM |
| Custom DNS: | No |
| Name Servers: | NS.RECURRING.COM |
| | NS2.RECURRING.COM |
| Auto Renew: | Yes |
| Renew Period: | 0 |

## Registrant Contact

| | |
|---|---|
| Name: | Eun Kim |
| Company: | |
| Email: | Eun@myex.com |
| Address 1: | Singel 540 |
| Address 2: | |
| City: | Amsterdam |
| State/Province: | |
| Postal Code: | 1017 AZ |
| Country: | Netherlands |
| Phone: | +31.08941349 |
| Fax: | |
| Modify Time: | 5/18/2013 2:22:24 PM |

## Technical Contact

| | |
|---|---|
| Name: | Eun Kim |
| Company: | |
| Email: | Eun@myex.com |
| Address 1: | Singel 540 |
| Address 2: | |
| City: | Amsterdam |
| State/Province: | |
| Postal Code: | 1017 AZ |
| Country: | Netherlands |
| Phone: | +31.08941349 |
| Fax: | |
| Modify Time: | 5/18/2013 2:22:24 PM |

## Administrative Contact

| | |
|---|---|
| Name: | Eun Kim |
| Company: | |
| Email: | Eun@myex.com |
| Address 1: | Singel 540 |
| Address 2: | |
| City: | Amsterdam |
| State/Province: | |
| Postal Code: | 1017 AZ |
| Country: | Netherlands |
| Phone: | +31.08941349 |
| Fax: | |
| Modify Time: | 5/18/2013 2:22:24 PM |

## Billing Contact

| | |
|---|---|
| Name: | Eun Kim |
| Company: | |
| Email: | Eun@myex.com |
| Address 1: | Singel 540 |
| Address 2: | |
| City: | Amsterdam |
| State/Province: | |
| Postal Code: | 1017 AZ |
| Country: | Netherlands |
| Phone: | +31.08941349 |
| Fax: | |
| Modify Time: | 5/18/2013 2:22:24 PM |

# Contact Audit History

## MYEX.COM

| Modified | Origin | Note |
|---|---|---|
| 5/18/2013 2:22:24 PM | Contact update: Shopper-65318215 | Billing info updated from: Eun\|Kim\|shad@myex.com\|\|Singel 540\|Amsterdam\|\|1017 AZ\|Netherlands\|+31.08941349\|\| |
| 5/18/2013 2:22:24 PM | Contact update: Shopper-65318215 | Administrative info updated from: Eun\|Kim\|shad@myex.com\|\|Singel 540\|Amsterdam\|\|1017 AZ\|Netherlands\|+31.08941349\|\| |
| 5/18/2013 2:22:24 PM | Contact update: Shopper-65318215 | Technical info updated from: Eun\|Kim\|shad@myex.com\|\|Singel 540\|Amsterdam\|\|1017 AZ\|Netherlands\|+31.08941349\|\| |
| 5/18/2013 2:22:24 PM | Contact update: Shopper-65318215 | Registrant info updated from: Eun\|Kim\|shad@myex.com\|\|Singel 540\|Amsterdam\|\|1017 AZ\|Netherlands\|+31.08941349\|\| |
| 5/11/2013 6:21:04 AM | RegCancelActionSvc::RemoveDBPContacts: Restore domain contact data to pre-DBP state. Set status to 0. REQUESTEDBY: Registrar Services | Billing info updated from: shad\|applegate\|shadapplegate@gmail.com\|\|6130 flamingo rd\|las vegas\|NV\|89103\|United States\|+1.7027158877\|\| |
| 5/11/2013 6:21:04 AM | RegCancelActionSvc::RemoveDBPContacts: Restore domain contact data to pre-DBP state. Set status to 0. REQUESTEDBY: Registrar Services | Administrative info updated from: shad\|applegate\|shadapplegate@gmail.com\|\|6130 flamingo rd\|las vegas\|NV\|89103\|United States\|+1.7027158877\|\| |
| 5/11/2013 6:21:04 AM | RegCancelActionSvc::RemoveDBPContacts: Restore domain contact data to pre-DBP state. Set status to 0. REQUESTEDBY: Registrar Services | Technical info updated from: shad\|applegate\|shadapplegate@gmail.com\|\|6130 flamingo rd\|las vegas\|NV\|89103\|United States\|+1.7027158877\|\| |
| 5/11/2013 6:21:04 AM | RegCancelActionSvc::RemoveDBPContacts: Restore domain contact data to pre-DBP state. Set status to 0. REQUESTEDBY: Registrar Services | Registrant info updated from: shad\|applegate\|shadapplegate@gmail.com\|\|6130 flamingo rd\|las vegas\|NV\|89103\|United States\|+1.7027158877\|\| |
| 5/11/2013 5:43:00 AM | RegCancelActionSvc::RemoveDBPContacts: Restore domain contact data to pre-DBP state. Set status to 0. REQUESTEDBY: Registrar Services | Billing info updated from: shad\|applegate\|shadapplegate@gmail.com\|\|6130 flamingo rd\|las vegas\|NV\|89103\|United States\|+1.7027158877\|\| |
| 5/11/2013 5:43:00 AM | RegCancelActionSvc::RemoveDBPContacts: Restore domain contact data to pre-DBP state. Set status to 0. REQUESTEDBY: Registrar Services | Administrative info updated from: shad\|applegate\|shadapplegate@gmail.com\|\|6130 flamingo rd\|las vegas\|NV\|89103\|United States\|+1.7027158877\|\| |
| 5/11/2013 5:43:00 AM | RegCancelActionSvc::RemoveDBPContacts: Restore domain contact data to pre-DBP state. Set status to 0. REQUESTEDBY: Registrar Services | Technical info updated from: shad\|applegate\|shadapplegate@gmail.com\|\|6130 flamingo rd\|las vegas\|NV\|89103\|United States\|+1.7027158877\|\| |
| 5/11/2013 5:43:00 AM | RegCancelActionSvc::RemoveDBPContacts: Restore domain contact data to pre-DBP state. Set status to 0. REQUESTEDBY: Registrar Services | Registrant info updated from: shad\|applegate\|shadapplegate@gmail.com\|\|6130 flamingo rd\|las vegas\|NV\|89103\|United States\|+1.7027158877\|\| |

# Notes Info for Shopper ID 65318215
## 1/1/2011 to 5/12/2016

| Entered Date / By | Note |
|---|---|
| 6/11/2013 9:25:19 PM / RegBulkEmailSvc / Client IP: GoDaddy Internal | RegBulkEmailSvc: Sent TransferAwayCancellation email for MYEX.COM to: admin. |
| 6/11/2013 9:19:44 PM / / Client IP: GoDaddy Internal | Cancellation Email Sent. ResourceID: 146657052, Namespace: domain |
| 6/11/2013 9:19:38 PM / DomainNotificat / Client IP: GoDaddy Internal | Cancelling: MYEX.COM OrderID: 546405480 RowID: 0 Namespace:domain ResourceID: 146657052 |
| 6/11/2013 9:19:37 PM / TransferAway / Client IP: GoDaddy Internal | Cancelling: MYEX.COM OrderID: 546405480 RowID: 0 Namespace:domain ResourceID: 146657052 |
| 6/11/2013 9:19:36 PM / ProcessTransferEmails / Client IP: GoDaddy Internal | ProcessTransferEmails:XferAwayAutoAck changed status from 12 to 19 for MYEX.COM |
| 6/6/2013 2:47:49 PM / ProcessTransferEmails / Client IP: GoDaddy Internal | ProcessTransferEmails:XferAway changed status from 0 to 12 (disPendtransaway). REQUESTEDBY: Registrar ServicesMYEX.COM |
| 6/6/2013 2:08:26 PM / Patterson, Christopher / Client IP: GoDaddy Internal | Domain Services Tracking ID: 844798<br>Review 60: Removed 60-Day Lock<br>Domain Names: MYEX.COM<br>Corresponded with: Shad Applegate<br>Email address: shadapplegate@gmail.com<br>Action Taken: Received appropriate documentation authorizing lock removal |
| 6/6/2013 2:08:20 PM / Christopher Patterson / Client IP: GoDaddy Internal | Incident 19442115 resolved by Christopher Patterson on Thursday, June 06, 2013 2:08:20 PM. |
| 6/6/2013 2:07:18 PM / Manager: Christopher M Patterson / Client IP: GoDaddy Internal | RegManager: Updated domain MYEX.COM. |
| 6/5/2013 8:09:42 AM / Castano, David / Client IP: GoDaddy Internal | Domain Services Tracking ID: 844798<br>Review 60: Need Docs<br>Domain Names: MYEX.COM<br>Corresponded with: Shad Applegate<br>Email address: shadapplegate@gmail.com<br>What we have: Form<br>What we need: Matching ID<br>Questions: Please Email Review60@secureserver.net |
| 6/4/2013 10:45:11 PM / Zachary Strickland / Client IP: GoDaddy Internal | Incident 19446156 resolved by Zachary Strickland on Tuesday, June 04, 2013 10:45:07 PM. |
| 6/4/2013 10:36:14 PM / Strickland, Zachary / Client IP: GoDaddy Internal | Accessing CRM from IRIS with incident # 19446156 |
| 6/4/2013 10:36:11 PM / Strickland, Zachary / Client IP: GoDaddy Internal | Zachary Strickland accessed account with reason "IRIS". Validation was skipped. |
| 6/4/2013 3:12:10 PM / Leyba, Daniel / Client IP: GoDaddy Internal | Shad ci 702-715-8877<br><br>MYEX.COM/cust trying to transfer domain but transfer is locked due to 60 day lock rule after he had canceled privacy and has already sent necessary info to review60@godaddy.com 2 days ago and still hasn&#39;t received any type of response or confirmation...<br><br>contacted domain services who said they don&#39;t do review60 issues but that cust will need to wait for them to email him back and they take it in the order it comes in even if he sends the info in multiple times... |
| 6/4/2013 3:03:34 PM / Daniel G Leyba / Client IP: GoDaddy Internal | Domains:0 - Entered Account |

# Notes Info for Shopper ID 65318215
## 1/1/2011 to 5/12/2016

| Entered Date / By | Note |
|---|---|
| 6/4/2013 2:54:05 PM / Girard, Miguel / Client IP: GoDaddy Internal | research |
| 6/4/2013 2:48:56 PM / Chapman, Stephanie / Client IP: GoDaddy Internal | Stephanie Chapman accessed account with reason "General/Research". Validation was skipped. |
| 6/4/2013 2:46:10 PM / Girard, Miguel / Client IP: GoDaddy Internal | Miguel Girard accessed account with reason "General/Research". Validation was skipped. |
| 6/4/2013 2:36:55 PM / Leyba, Daniel / Client IP: GoDaddy Internal | Daniel Leyba accessed account with reason "General/Research". Shopper PIN. |
| 6/4/2013 12:12:48 PM / Chapman, Stephanie / Client IP: GoDaddy Internal | rec call regarding claim. the domain services phone number does nothandle 60 day locks. Do Not direct him to call again. he needs to email review60@. |
| 6/4/2013 12:10:11 PM / Chapman, Stephanie / Client IP: GoDaddy Internal | Stephanie Chapman accessed account with reason "General/Research". Validation was skipped. |
| 6/4/2013 1:48:13 AM / Christa G Jenne / Client IP: GoDaddy Internal | A customer survey was automatically sent for Christa G Jenne |
| 6/4/2013 1:48:02 AM / Jenne, Christa / Client IP: GoDaddy Internal | Shad // pinv erif //<br>custoemr called upset about the domain not transferring out of ths account.<br>customer states that it is on internal block and he has sent in all the informatin.<br>stated that he is not getting off the phone w/o us transferring this.<br>checked with my sup, not able to get anyone in the domains dept. cstomermwas req to send info to Review60@secureserver.net, does not appear that we received the information.<br>that dept is not available outside of normal business hours.<br>needs to respond to email — nothing mroe we can do thsi time of night.<br>domain is myex.com |
| 6/4/2013 1:34:45 AM / Jenne, Christa / Client IP: GoDaddy Internal | Christa Jenne accessed account with reason "General/Research". Shopper PIN. |
| 6/4/2013 1:00:43 AM / RegComEPPSvc / Client IP: GoDaddy Internal | Request to transfer away MYEX.COM denied. Processed by RegComEPPSvc and confirmation email sent to customer on 06/04/13 01:00:43 |
| 6/4/2013 1:00:21 AM / ProcessTransferEmails / Client IP: GoDaddy Internal | ProcessTransferEmails:XferAway changed status from 0 to 16 (disTransTooYoung). Domain is currently in the process of changing ownership. REQUESTEDBY: Registrar ServicesMYEX.COM |
| 5/24/2013 12:58:40 PM / RegComEPPSvc / Client IP: GoDaddy Internal | RegComEPPSvc:processDomainPendMod changed Nameserver(s) from NS.WEBAIR.NET|NS2.WEBAIR.NET to NS.RECURRING.COM|NS2.RECURRING.COM for MYEX.COM |
| 5/24/2013 12:58:24 PM / Customer / Client IP: 70.189.205.133 | DCC domain nameserver update requested MYEX.COM (ID=146657052) |
| 5/21/2013 11:49:05 AM / Barrella, Debran / Client IP: GoDaddy Internal | Domain Services Tracking ID:845261 Claim Status for MYEX.COM changed from; Invalid Whois:  Complaint Sent Email to Invalid Whois: Info Updated |
| 5/21/2013 11:49:05 AM / Barrella, Debran / Client IP: GoDaddy Internal | Domain Services Tracking ID: 845261<br>Invalid Whois Update: Contact info updated and now appears valid<br>Domain Names: MYEX.COM  Action Taken: No further action taken. Notified complainant.<br>Questions: Please Email invalidwhois@secureserver.net |
| 5/18/2013 2:22:24 PM / Customer / Client IP: 70.189.246.110 | DCC domain contact update requested MYEX.COM (ID=146657052) |
| 5/14/2013 6:21:04 AM / Debran Barrella / Client IP: GoDaddy Internal | Incident 19217684 resolved by Debran Barrella on Tuesday, May 14, 2013 6:21:02 AM. |
| 5/14/2013 6:13:00 AM / Barrella, Debran / Client IP: GoDaddy Internal | Domain Services Tracking ID:845261 Claim Status for MYEX.COM changed from; Invalid Whois: New Claim to Invalid Whois:  Complaint Sent Email |

# Iris Notes for Shopper ID 65318215 in IncidentID: 19217673

## 1/1/2011 to 5/12/2016

| Note ID | Create Date/By | Modify Date/By | NoteType | Note |
|---|---|---|---|---|
| 53376569 | 5/14/2013 6:12:10 AM / Claim Manager | 5/14/2013 6:12:10 AM / Claim Manager | Reply | Dear shad applegate, |

Please consider this message as official notification that the contact information provided for the domain name registration for MYEX.COM appears to be invalid, or incomplete. Note that if there is a website associated with this domain it could be suspended at anytime during the investigation. Please update the information as per Section 4 of the Registration Agreement, which you agreed to at the time you registered your domain name. For your convenience, we have attached a copy of the current contact information listed for your domain name. If the update has not been accomplished within 5 business days, this can be grounds for cancellation of your domain name registration as per Section 7 of the Registration Agreement. Please respond to this email to confirm the changes have been made. Thank you for your cooperation.

Thank you,


GoDaddy.com, LLC

The relevant sections of the Registration Agreement are set forth below for your convenience.


4. up to date information; use of information and expiration

You agree to notify Go Daddy within five (5) business days when any of the information you provided as part of the application and/or registration process changes. It is your responsibility to keep this information in a current and accurate status. Failure by you, for whatever reason, to provide Go Daddy with accurate and reliable information on an initial and continual basis, shall be considered to be a material breach of this Agreement. Failure by you, for whatever reason, to respond within five (5) business days to any inquiries made by Go Daddy to determine the validity of information provided by you, shall also be considered to be a material breach of this Agreement. You agree to retain a copy for your record of the receipt for purchase of your domain name.

You agree that for each domain name registered by you, the following contact data is required: postal address, email address, telephone number, and if available, a facsimile number for the Registered Name Holder and, if different from the Registered Name Holder, the same contact information for, a technical contact, an administrative

# Iris Notes for Shopper ID 65318215 in IncidentID: 19217673
## 1/1/2011 to 5/12/2016

| Note ID | Create Date/By | Modify Date/By | NoteType | Note |
|---------|---------------|----------------|----------|------|
|  |  |  |  | contact and a billing contact. |

You acknowledge and agree that domain name registration requires that this contact information, in whole or in part, be shared with the registry operator. As required by ICANN, this information must also be made publicly available by means of Whois, and that the registry operator may also be required to make this information publicly available by Whois. Both Go Daddy and the registry operator may be required to archive this information with a third-party escrow service. You hereby consent and give permission for all such requirements and disclosures. Further, you represent and warrant that, if you are providing information about a third party, you have notified the third party of the disclosure and the purpose for the disclosure and you have obtained the third party's consent to such disclosure.

You agree that for each domain name registered by you the following information will be made publicly available in the Whois directory as determined by ICANN Policy and may be sold in bulk as set forth in the ICANN agreement:

- The domain name;
- Your name and postal address;
- The email address, postal address, voice and fax numbers for technical and administrative contacts;
- The Internet protocol numbers for the primary and secondary name servers;
- The corresponding names of the name servers; and
- The original date of registration and expiration date.

You agree that, to the extent permitted by ICANN, Go Daddy may make use of the publicly available information you provided during the registration process. If you engage in the reselling of domain names you agree to provide any individuals whose personal information you've obtained, information about the possible uses of their personal information pursuant to ICANN policy. You also agree to obtain consent, and evidence of consent, from those individuals for such use of the personal information they provide.

In order for us to comply with any current or future rules and policies for domain name systems including any rules or policies established by the CIRA or any provincial or federal government or by other organization having control or authority to establish rules or policies, you hereby grant to us the right to disclose to third parties through an interactive publicly accessible registration database the following information that you are required to provide when applying

# Iris Notes for Shopper ID 65318215 in IncidentID: 19217673
## 1/1/2011 to 5/12/2016

| Note ID | Create Date/By | Modify Date/By | NoteType | Note |
|---|---|---|---|---|
| | | | | for a domain name: |
| | | | | i. The domain or sub-domain name(s) registered by you; |
| | | | | ii. Your organization name, type and postal address; |
| | | | | iii. The name(s), position(s), postal address(es), e-mail address(es), voice telephone number(s) and where available the fax number(s) of the technical and administrative contacts for your domain or sub-domain name(s); |
| | | | | iv. The full hostnames and Internet protocol (IP) addresses of at least two (2) nameserver hosts (one primary and at least one secondary) for your domain or sub-domain name. Up to six (6) nameservers may be specified. If a host has more than one (1) IP address, use a comma-separated list; |
| | | | | v. The corresponding names of those nameservers; |
| | | | | vi. The original creation date of the registration; and |
| | | | | vii. The expiration date of the registration. |
| | | | | We may be required to make this information available in bulk form to third parties. We may also transfer or assign this information to CIRA or such other third party as we may decide, in our sole discretion. |
| | | | | 7. suspension of services; breach of agreement |
| | | | | You agree that, in addition to other events set forth in this Agreement: |
| | | | | i. Your ability to use any of the services provided by Go Daddy is subject to cancellation or suspension in the event there is an unresolved breach of this Agreement and/or suspension or cancellation is required by any policy now in effect or adopted later by ICANN; |
| | | | | ii. Your registration of any domain names shall be subject to suspension, cancellation or transfer pursuant to any ICANN adopted specification or policy, or pursuant to any Go Daddy procedure not inconsistent with an ICANN adopted specification or policy (a) to correct mistakes by Go Daddy or the registry operator in registering any domain name; or (b) for the resolution of disputes concerning any domain name. |
| | | | | You agree that your failure to comply completely with the terms and conditions of this Agreement and any Go Daddy |

# Iris Notes for Shopper ID 65318215 in IncidentID: 19217673
## 1/1/2011 to 5/12/2016

| Note ID | Create Date/By | Modify Date/By | NoteType | Note |
|---|---|---|---|---|
| | | | | rule or policy may be considered by Go Daddy to be a material breach of this Agreement and Go Daddy may provide you with notice of such breach either in writing or electronically (i.e. email). In the event you do not provide Go Daddy with material evidence that you have not breached your obligations to Go Daddy within ten (10) business days, Go Daddy may terminate its relationship with you and take any remedial action available to Go Daddy under the applicable laws. Such remedial action may be implemented without notice to you and may include, but is not limited to, cancelling the registration of any of your domain names and discontinuing any services provided by Go Daddy to you. No fees will be refunded to you should your Services be cancelled or terminated because of a breach. |

Go Daddy's failure to act upon or notify you of any event, which may constitute a breach, shall not relieve you from or excuse you of the fact that you have committed a breach.

Registrant:
Eun Kim
Singel 540
Amsterdam, 1017 AZ
Netherlands

Administrative Contact:
Kim, Eun shad@myex.com
Singel 540
Amsterdam, 1017 AZ
Netherlands
+31.08941349

Technical Contact:
Kim, Eun shad@myex.com
Singel 540
Amsterdam, 1017 AZ
Netherlands
+31.08941349

Domain servers in listed order:
NS.WEBAIR.NET
NS2.WEBAIR.NET

FOR FASTER SERVICE PLEASE REPLY DIRECTLY TO THIS EMAIL. REQUIRED DOCUMENTS CAN BE ATTACHED TO THIS EMAIL.

# Iris Notes for Shopper ID 65318215 in IncidentID: 19446156

## 1/1/2011 to 5/12/2016

| Note ID | Create Date/By | Modify Date/By | NoteType | Note |
|---|---|---|---|---|
| 53969581 | 6/4/2013 1:21:31 AM / Email | 6/4/2013 1:21:31 AM / Email | Customer | I already faxed you all the documentation today to transfer my domain name. Transfer it & stop holding my domain name hostage.<br><br>On Jun 4, 2013, at 1:00 AM, transfers@godaddy.com wrote:<br><br>> ********************************************<br>> REGISTRAR TRANSFER DENIED<br>> ********************************************<br>><br>> Dear Eun Kim,<br>><br>> The transfer you requested has been declined because you opted-in to a transfer lock for 60 days when you agreed to the Go Daddy Change of Registrant policy.<br>><br>> For security reasons, when you change the registrant's first name, last name, or organization name, you consent to a 60 day lock on transferring the domain name. Because you have provided your consent, Section 3(6) of the ICANN Policy on Transfer of Registration between Registrars permits us to decline your transfer request.<br>><br>><br>> http://www.icann.org/en/resources/registrars/transfers/policy-01jun12.htm<br>><br>> If you feel the lock was initiated in error, you may contact review60@secureserver.net to request a review.<br>><br>> Regards,<br>> Domain Services<br>> Go Daddy<br>><br>> - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>> Copyright (C) 1999-2013 Go Daddy. All rights reserved. |

# Iris Notes for Shopper ID 65318215 in IncidentID: 19162525
# 1/1/2011 to 5/12/2016

### Email: shadapplegate@gmail.com

| Note ID | Create Date/By | Modify Date/By | NoteType | Note |
|---------|----------------|----------------|----------|------|
| 53263353 | 5/9/2013 12:16:01 PM / Turner, Christine | 5/9/2013 12:16:01 PM / Turner, Christine | Resolution | Dear Shad Applegate,<br><br>A Request For Email Update form was received for MYEX.COM. Thank you for submitting the photo ID. <br><br>To process this request we require a copy of government-issued business ID for the company listed as the current account holder.<br><br>Acceptable forms of government-issued business ID include:<br><br>&bull; A copy of a government-issued business license from a local, county, state or federal agency<br>&bull; &lsquo;Doing Business As&rsquo; documentation<br>&bull; Fictitious Name documentation<br>&bull; Tax certificate documentation issued by the IRS (sending the EIN number alone is insufficient)<br>&bull; IRS 501(c)3 or 147 (c) Determination Letter &ndash; you may request a copy of this letter by contacting the IRS at <span style="white-space: nowrap;" class="baec5a81-e4d6-4674-97f3-e9220f0136c1">1.800.829.4933<a href="#" style="position: static !important; margin: 0px; width: 16px; bottom: 0px; display: inline; white-space: nowrap; float: none; height: 16px; vertical-align: middle; overflow: hidden; top: 0px; cursor: hand; right: 0px; left: 0px;border: medium none;" title="Call: 1.800.829.4933"><img alt="" style="position: static !important; margin: 0px; width: 16px; bottom: 0px; display: inline; white-space: nowrap; float: none; height: 16px; vertical-align: middle; overflow: hidden; top: 0px; cursor: hand; right: 0px; left: 0px;border: medium none;" title="Call: 1.800.829.4933" src="data:image/png;base64,iVBORw0KGgoAAAANSUhE UgAAABAAAAAQCAYAAAAf8/9hAAAACXBIWXMA AA7EAAAOxAGVKw4bAAAKT2IDQ1BQaG90b3Nob3A gSUNDIHByb2ZpbGUAAHjanVNnVFPpFj333vRCS4iAlE tvUhUIIFJCi4AUkSYqIQkQSoghodkVUcERRUUEG8igiA OOjoCMFVESDIoK2AfkIaKOg6OIisr74Xuja9a89+bN/rXX Pues852zzwfACAyWSDNRNYAMqUIeEeCDx8TG4fQuQ IEKJI1AAEAizZCFz/SMBAPh+PDwrIsAIIvgADeNMLCA DATZvAMRyH/w/qQplcAYCEacB0KThLCIAUABFBj6kK mAEBGAYCdmCZTAKAEAGDLY2LjAFAtAGAGAnf+bTA ICd+JI7AQBbICEVAaCRACATZYhEAGg7AKzPVopFAF gwABRmS8Q5ANgtADBJV2ZIALC3AMDOEAuyAAgM ADBRiIUpAAR7AGDlIyN4A4lSZABRG8le88SuuEOcqAA B4mbl8uSQ5RYFbCC1xB1dXLh4ozkKXxKxQ2YQJhmkAu wnmZGTKBNA/g88wAAKCRFRHgg/P9eM4Ors7ONo62 Dl8t6r8G/yLiYuP5c+rcEAAOF0ftH+LC+zGo7A7BoBt/qI I7gRoXgugdfeLZrIPQLUAoOnaV/Nw+H48PEWhkLnZ2e |

# Iris Notes for Shopper ID 65318215 in IncidentID: 19162525
## 1/1/2011 to 5/12/2016

**Email: shadapplegate@gmail.com**

| Note ID | Create Date/By | Modify Date/By | NoteType | Note |
|---------|---------------|----------------|----------|------|
| | | | | mKrhTbF5cVf9go3IljlG4dvyr1Z3JS0qavEuWTPZtJm6ebe LZ5bDpaql+aXDm4N2dq0Dd9WtO319kXbL5fNKNu7g7Z DuaO/PLi8ZafJzs07P1SkVPRU+IQ27tLdtWHX+G7R7ht7v PY07NXbW7z3/T7JvttVAVVN1WbVZftJ+7P3P66Jqun4lv ttXa1ObXHtxwPSA/0HIw6217nU1R3SPVRSj9Yr60cOxx+ +/p3vdy0NNg1VjZzG4iNwRHnk6fcJ3/ceDTradox7rOEH0 x92HWcdL2pCmvKaRptTmvtbYlu6T8w+0dbq3nr8R9stD5 w0PFI5SvNUyWna6YLTk2fyz4ydlZ19fi753GDborZ752PO 32oPb++6FHTh0kX/i+c7vDvOXPK4dPKy2+UTV7hXmq8 6X23qdOo8/pPTT8e7nLuarrlca7nuer21e2b36RueN87d9L1 58Rb/1tWcOT3dvfN6b/fF9/XfFt1+cif9zsu72Xcn7q28T7xf9 EDtQdlD3YfVP1v+3Njv3H9quwHeg89HcR/cGhYPP/pH1j w9DBY+Zj8uGDYbrnjg+OTniP3L96fynQ89kzyaeF/6i/suu FxYYvfvjV69fO0ZjRoZfyl5O/bXyl/erA6xmv28bCxh6+yXgz MV70VvvtwXfcdx3vo98PT+R8IH8o/2j5sfVT0Kf7kxmTk/ 8EA5jz/GMzLdsAAAAgY0hSTQAAeiUAAICDAAD5/wA AgOkAAHUwAADqYAAAOpgAABdvkl/FRgAAAaNJRE FUcNqk009oz3Ecx/IIIi9/P9/YQRWSi2MGmNrcbkpJgSLIu KEw5Kk5zUsgMOTrO42MUVxUWRg+LgaPWbUGq7rRk 7sExKNPt9vx8H32I921z2vrw+n3fvz/Pz/vP5JDFGy7HKwk 1/fz/sR09VNjAZG6fvl1buQHcZm3P8vAMfwCKswncoHCn 8nbuArati1EUQglwLXiMJz/FhvWYC9OFb4htBV6B9VyBts KzRJxbDhv0sSSS5i1kcQo736MNrjJcBeaG3MuFyInagA0fwc kHcGzzGiXJJIU38bk1U+x3W+x7U/yOvYU4prwG5MlAHP oS4925TMNDeIILxNUh0gGcRC9eFqk34TBMuAhfmL9b5 Vz3elIhAmfL.q02d4HQhhc4gBYcxUgZMFrclJecrsgaT6avd l6sPqu1hw9XSWs4U5Q6udgYFfP+he25MEysVWQvutOR LefTYax4gn3z/VoM8A7Xi/WuKNmQCRujpLc1TGkP46h OI1sKADdxG3PzjkzoTNCT1rSFiX+PuLIEoI4rGC+6/xEP MsFKs7YmM8bsAMlyf2OwTPszAMZMeayGCpJVAAAA AElFTkSuQmCC" /></a></span> &bull; State issued certificate of tax exemption showing charitable status<br><br>\<strong\>Note\</strong\>: Articles of incorporation/organization, employment applications, documents printed from the Internet, and/or tax returns will NOT be accepted as government-issued business ID.<br><br>Please reply directly to this email and attach a scanned or digital photo of the required documentation to it. |
| 53274119 | 5/9/2013 7:48:27 PM / Email | 5/9/2013 7:48:27 PM / | Customer | \<html\>\<head\>\<meta http-equiv="content-type" content="text/html; charset=utf-8"\>\</head\>\<body dir="auto"\>\<div\>This is not a business &amp; there's no business license. I need the email changed to \<a href="mailto:shadapplegate@gmail.com"\>shadapplegate@g mail.com\</a\>\</div\>\<div\>\<hr\>On May 9, 2013, at 12:16 PM, \<a href="mailto:accountservices@domainsbyproxy.com"\>acco untservices@domainsbyproxy.com\</a\> |

# Iris Notes for Shopper ID 65318215 in IncidentID: 19162525
## 1/1/2011 to 5/12/2016

### Email: shadapplegate@gmail.com

| Note ID | Create Date/By | Modify Date/By | NoteType | Note |
|---|---|---|---|---|
| 53285040 | 5/10/2013 7:28:34 AM / Email | 5/10/2013 7:28:34 AM / | Customer | <html><head><meta http-equiv="content-type" content="text/html; charset=utf-8"></head><body dir="auto"><div>I don't have a government paper. This is not a company. Change the god damn email. The domain is in my godaddy account 4422117</div><div><br>On May 9, 2013, at 12:16 PM, <a href="mailto:accountservices@domainsbyproxy.com">accountservices@domainsbyproxy.com</a> |
| 53296403 | 5/10/2013 1:31:03 PM / Fennell, Hap | 5/10/2013 1:31:03 PM / Fennell, Hap | Resolution | Dear Shad Applegate, Thank you for contacting Domains By Proxy. When a company is listed on the Domains By Proxy account, we must receive government-issued business identification to serve as consent to process the requested change to the account. Our policies are in place to protect our customers from unauthorized account changes. If you can confirm the company name listed on the account, please explain why documentation for that specific company cannot be provided so we may attempt to find an alternate means to assist you. Please let us know if you have any questions. |
| 53296881 | 5/10/2013 1:47:56 PM / Email | 5/10/2013 1:47:56 PM / | Customer | <html><head><meta http-equiv="content-type" content="text/html; charset=utf-8"></head><body dir="auto"><div>Because its not a company it's a made up name for the address &amp; phone number in the Netherlands. The fucking domain is in my godaddy account. I own it &amp; it has been sold &amp; I need to transfer it out. You have access to my godaddy account &amp; you have my phone number. I've already requested all my domain by proxy accounts to be merged.</div><div><br>On May 10, 2013, at 1:31 PM, <a href="mailto:accountservices@domainsbyproxy.com">accountservices@domainsbyproxy.com</a> |
| 53336128 | 5/12/2013 4:06:41 PM / Hutcherson, Jeffrey | 5/12/2013 4:06:41 PM / Hutcherson, Jeffrey | Resolution | Dear Shad Applegate, It appears this issue has been resolved as the domain is no longer using our privacy service. For further assistance with the domain, you will need to contact your registrar. |

# Iris Notes for Shopper ID 65318215 in IncidentID: 19186739
## 1/1/2011 to 5/12/2016

### Email: shadapplegate@gmail.com

| Note ID | Create Date/By | Modify Date/By | NoteType | Note |
|---|---|---|---|---|
| 53301043 | 5/10/2013 4:27:20 PM / Email | 5/10/2013 4:27:20 PM / Email | Customer | Hi, I recently did an account change for myex.com from 442217 to 65318215 & am transferring it to a different registrar. Please unlock the 60 day hold & release the domain to the new registrar. <br><br> Shad Applegate <br> 702-715-8877 |
| 53349422 | 5/13/2013 9:21:45 AM / Hernandez, Alejandro | 5/13/2013 9:21:45 AM / Hernandez, Alejandro | Resolution | Dear Shad Applegate, <br><br> Thank you for your email. To remove the transfer lock on the domain name(s), please provide us with the following: <br><br> 1. A completed 60-Day Lock Removal Request Form (attached). <br><br> 2. Photo identification. Acceptable photo identification is clear, readable, and issued by the government. We must be able to clearly identify the pictured person, name, signature, and expiration date. <br><br> You may scan or take a digital photo of the information and include it with your reply to this email. <br><br> Once we have received the documentation, we will further review your request. <br><br> Kindest Regards, <br><br> Review60 Team |

# Iris Notes for Shopper ID 65318215 in IncidentID: 19220661

## 1/1/2011 to 5/12/2016

### Email: shadapplegate@gmail.com

| Note ID | Create Date/By | Modify Date/By | NoteType | Note |
|---|---|---|---|---|
| 53386752 | 5/14/2013 10:12:48 AM / Heffelfinger, Jeremiah | 5/14/2013 10:12:48 AM / Heffelfinger, Jeremiah | Resolution | Dear Shad Applegate,<br><br>We have been contacted by Law Enforcement regarding content on your site, they have been attempting to establish contact with you to resolve the issue, however they have been unsuccessful to this point.<br><br>They have asked if we would be willing to reach out to you, and provide their contact information, since GoDaddy.com regularly works with courts and law enforcement from the local to the international level and we take reports of child exploitation very seriously, we have agreed to forward the Investigator's information along to you.<br><br>Please contact Redacted Personal Info. as soon as possible to resolve this issue. Below is the Investigator's full contact information. Please keep us in the loop so we are aware of a resolution.<br><br>Redacted Personal Info.<br><br>Redacted Personal Info.<br><br>Redacted Personal Information<br><br>Office: Redacted<br><br>Fax: Redacted<br><br>Cell: Redacted<br><br>The specific URL in question is:<br>Redacted Personal Information<br>Redacted<br><br>Please note, failure to respond could result in law enforcement requesting additional action be taken against the site.<br><br>Regards,<br><br>Redacted<br>Go Daddy Hosting &amp; Operations Security Team |

# Iris Notes for Shopper ID 65318215 in IncidentID: 19463819

## 1/1/2011 to 5/12/2016

### Email: shadapplegate@gmail.com

| Note ID | Create Date/By | Modify Date/By | NoteType | Note |
|---|---|---|---|---|
| 54016892 | 6/5/2013 10:40:50 AM / Heffelfinger, Jeremiah | 6/5/2013 10:40:50 AM / Heffelfinger, Jeremiah | Resolution | \<div style="position: relative; margin-left: 4px; font-family: verdana,times new roman; font-size: 11px;">Dear Shad Applegate,<br><br>We have received contact from the ▮Redacted Personal Info.▮ ▮Redacted▮ regarding underage content on your site. We are forwarding their request (attached) so the content can be removed:<br><br>\<span style="font-size: 11pt; line-height: 115%; font-family: calibri,sans-serif;">\<a title="Linkification: ▮Redacted Personal Information▮ ▮Redacted Personal Information▮ class="linkification-ext" ▮Redacted Personal Info.▮ ▮Redacted Personal Info.▮<br><br>If you have any questions, please contact the requesting officer at the following contact information:<br><br>▮Redacted▮<br>\<a title="Linkification: mailto:▮Redacted Personal Info.▮ href="mailto:▮Redacted Personal Info.▮ class="linkification-ext" ▮Redacted Personal Info.▮ /a><br>▮Redacted Personal Information▮ ▮Redacted Personal Information▮ Phone: ▮Redacted▮ Fax: ▮Redacted▮ \<a title="Linkification: ▮Redacted Personal Information▮ href=▮Redacted Personal Information▮ class="linkification-ext" ▮Redacted▮ /a><br><br>Once you have removed the offending content, user and related images please reply to the requesting officer and to this email confirming this has been done and the issue can be closed. We appreciate your cooperation.<br><br>Regards,<br>▮Redacted▮<br><br>Hosting &amp; Operations Security Team GoDaddy.com\</div> |

# Domain List for Shopper ID 442217

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| REVEIWS.NET | 0 Active | 4/6/2013 | 4/6/2017 | 534625277 |
| SETAPPOINTMENT.COM | 0 Active | 10/11/2003 | 10/11/2016 | 568394662 |
| POSH.NET | 0 Active | 6/12/1997 | 6/11/2017 | 571887437 |
| POSHSPOT.COM | 0 Active | 3/19/2005 | 3/19/2017 | 577168816 |
| POSHSPOTS.COM | 0 Active | 4/9/2012 | 4/9/2017 | 577657774 |
| SERIALKILLERS.NET | 0 Active | 3/29/1997 | 3/29/2017 | 578060281 |
| HOTSEARCH.NET | 76 Exp domain reassigned | 5/18/2000 | 5/18/2014 | 601274375 |
| NICECAMS.COM | 0 Active | 12/7/2012 | 12/7/2016 | 609828032 |
| FARTMETER.COM | 0 Active | 12/14/2013 | 12/14/2016 | 630383814 |
| GOLFPAL.COM | 0 Active | 8/8/2001 | 8/8/2016 | 636524110 |
| CORPORATEPAD.NET | 0 Active | 1/23/2014 | 1/23/2017 | 645958462 |
| VERIFIEDCLIENT.COM | 0 Active | 2/2/2011 | 2/2/2017 | 662314088 |
| AMERICANEAGLESUPPLY.COM | 149 Deleted - Redeemable | 3/4/2014 | 3/4/2016 | 663143376 |
| POSTMYAD.COM | 36 Ownership Changed | 4/3/2004 | 4/3/2016 | 672767364 |
| 44COMMERCIAL.COM | 0 Active | 4/17/2014 | 4/17/2017 | 681111713 |
| 44COMERCIAL.COM | 8 Cancelled | 4/20/2014 | 4/20/2015 | 681827432 |
| 44COMERCIAL.CO.ZA | 8 Cancelled | 4/20/2014 | 4/20/2016 | 681827432 |
| MANHATTANPROJECT.CO.ZA | 0 Active | 6/9/2014 | 6/9/2017 | 691705019 |
| FETISHESCORTS.COM | 36 Ownership Changed | 6/16/1998 | 6/15/2015 | 738484520 |
| LONDONSHEMALES.COM | 36 Ownership Changed | 1/29/2011 | 1/29/2015 | 738484523 |
| HOTLEADS.NET | 0 Active | 2/21/2004 | 2/21/2018 | 795493055 |
| VIPHOST.CO.ZA | 8 Cancelled | 4/10/2015 | 4/10/2016 | 816260633 |
| JADELOUNGE.CO.ZA | 165 Cancelled - Never Transferred | 5/31/2015 | n/a | 836056375 |
| chefstable.co.za | 0 Active | 6/19/2015 | 6/19/2017 | 843522234 |
| jadelounge.co.za | 0 Active | 11/13/2008 | 11/13/2016 | 886011960 |
| HOTTRAFFIC.COM | 0 Active | 4/17/2003 | 4/17/2017 | 886398506 |
| stayfit.com | 0 Active | 6/20/1995 | 6/19/2019 | 907186020 |
| cartelrestaurant.co.za | 0 Active | 12/30/2015 | 12/30/2016 | 918697802 |
| elcartel.co.za | 0 Active | 1/20/2016 | 1/20/2017 | 927007548 |
| donations.org | 0 Active | 2/28/1996 | 3/1/2024 | 942442857 |

# Notes Info for Shopper ID 442217
## 1/1/2011 to 5/12/2016

| Entered Date / By | Note |
|---|---|
| 5/24/2013 10:33:34 AM / Customer / Client IP: 70.189.205.133 | DCC domain nameserver update requested ADULTSEARCH.XXX (ID=133013414) |
| 5/24/2013 10:33:19 AM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 0: ADULTSEARCH.CO OrderID: 441083166 RowID: 0 Namespace:domain ResourceID: 126708603 EAR: OFF |
| 5/24/2013 10:33:16 AM / RegCOSvc / Client IP: GoDaddy Internal | RegCOSvc:processDomainPendMod changed Nameserver(s) from NS.WEBAIR.NET\|NS2.WEBAIR.NET to NS.RECURRING.COM\|NS2.RECURRING.COM for ADULTSEARCH.CO |
| 5/24/2013 10:32:33 AM / Customer / Client IP: 70.189.205.133 | DCC domain nameserver update requested ADULTSEARCH.CO (ID=126708603) |
| 5/15/2013 4:41:19 AM / RenewalNotice / Client IP: GoDaddy Internal | [Namespace=Renewals/Type=DomainRenewalMixed] Sending renewal notice to shopper 442217 for 3 Domain resource(s) set to expire around Aug. 13, 2013. Email BatchID=187187682. Credit card expiring on auto renew. ProfileID=460744 ; CCLast4Digits=9964 ; CCExpiration=8/2007. |
| 5/10/2013 3:50:19 PM / RegBulkEmailSvc / Client IP: GoDaddy Internal | RegBulkEmailSvc: Sent AccountChangeCompleteLosing email for MYEX.COM to: shopper. |
| 5/10/2013 3:44:24 PM / Latimore, David / Client IP: GoDaddy Internal | Name:  Shad<br>Phone:  702 715 8877<br>Reason for call:  Unable to access his DBP account for myex.com<br>Action taken:  Tried to retrieve password hint and reset password with no success.<br><br>Moved domain to another account.  Advised to email review60@godaddy.com to have the 60 lock removed. |
| 5/10/2013 3:41:28 PM / / Client IP: GoDaddy Internal | Cancellation Email Sent. ResourceID: 113017581, Namespace: domain |
| 5/10/2013 3:41:26 PM / DomainNotificat / Client IP: GoDaddy Internal | Cancelling: MYEX.COM OrderID: 377158558 RowID: 0 Namespace:domain ResourceID: 113017581 |
| 5/10/2013 3:40:37 PM / David S Latimore / Client IP: GoDaddy Internal | Email:36218767 (ed65debe-7db3-47a9-84a8-01638e0a2030) - Entered Account |
| 5/10/2013 3:39:47 PM / RegDCCBatchSimplePS / Client IP: GoDaddy Internal | Sent initial owner change emails to gaining shopper 65318215 (registrant contact email = shadapplegate@gmail.com) and losing shopper 442217 (sent to shopper email address) for domain(s): MYEX.COM |
| 5/10/2013 3:39:38 PM / Customer / Client IP: 70.189.246.110 | DCC domain registrant change initiated MYEX.COM (ID=113017581) |
| 5/10/2013 2:33:01 PM / David S Latimore / Client IP: GoDaddy Internal | Email:36218767 (ed65debe-7db3-47a9-84a8-01638e0a2030) - Entered Account |
| 5/10/2013 1:53:02 PM / Latimore, David / Client IP: GoDaddy Internal | David Latimore accessed account with reason "General/Research". Shopper PIN. |
| 5/10/2013 1:22:46 PM / Fennell, Hap / Client IP: GoDaddy Internal | Hap Fennell accessed account with reason "General/Research". Validation was skipped. |
| 5/9/2013 7:47:56 PM / Shamoon, Raymond / Client IP: GoDaddy Internal | CVV---Shad--702-715-8877<br>CCi--wanted to know how to remove privacy let him know he needs to update his email said they keep asking him for other things that he doesn&#39;t have. Told him to respond to the email. g2g. |
| 5/9/2013 7:36:44 PM / Shamoon, Raymond / Client IP: GoDaddy Internal | Raymond Shamoon accessed account with reason "General/Research". Shopper PIN. |
| 5/9/2013 5:36:56 PM / Carmichael, Leigh / Client IP: GoDaddy Internal | customer hung up while i was trying to figure out h ow to solve his DBP problem. called back; no answer |
| 5/9/2013 5:16:11 PM / Leigh M Carmichael / Client IP: GoDaddy Internal | Domains By Proxy®:0 - Entered Account |

# Notes Info for Shopper ID 442217
## 1/1/2011 to 5/12/2016

| Entered Date / By | Note |
| --- | --- |
| 1/1/2013 5:35:01 PM / RegComEPPSvc / Client IP: GoDaddy Internal | domain name NAUGHTYMERCHANT.COM renewed by RegComEPPSvc on 01/01/13 17:35:01 |
| 1/1/2013 5:35:00 PM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: ADULTSEARCH.XXX OrderID: 477006964 RowID: 0 Namespace:domain ResourceID: 133013414 |
| 1/1/2013 5:34:58 PM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: ADULTSEARCH.XXX OrderID: 477006964 RowID: 0 Namespace:domain ResourceID: 133013414 |
| 1/1/2013 5:34:56 PM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: HOTSEARCHIT.NET OrderID: 213716315 RowID: 2 Namespace:domain ResourceID: 74570150 |
| 1/1/2013 5:34:56 PM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: ADULTSEARCH.NET OrderID: 217313713 RowID: 0 Namespace:domain ResourceID: 75475637 |
| 1/1/2013 5:34:56 PM / RegXXXSvc / Client IP: GoDaddy Internal | domain name ADULTSEARCH.XXX renewed by RegXXXSvc on 01/01/13 17:34:56 |
| 1/1/2013 5:34:54 PM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: ADULTSEARCH.NET OrderID: 217313877 RowID: 2 Namespace:dbp ResourceID: 16268618 |
| 1/1/2013 5:34:54 PM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: Protected Registration OrderID: 217313877 RowID: 1 Namespace:bundle ResourceID: 3796394 |
| 1/1/2013 5:34:54 PM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: ADULTSEARCH.NET OrderID: 217313877 RowID: 3 Namespace:proxima ResourceID: 103906369 |
| 1/1/2013 5:34:54 PM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: ADULTSEARCH.NET OrderID: 217313877 RowID: 4 Namespace:protection ResourceID: 103906367 |
| 1/1/2013 5:34:52 PM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: ADULTSEARCH.NET OrderID: 217313877 RowID: 3 Namespace:proxima ResourceID: 103906369 |
| 1/1/2013 5:34:52 PM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: Protected Registration OrderID: 217313877 RowID: 1 Namespace:bundle ResourceID: 3796394 |
| 1/1/2013 5:34:52 PM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: ADULTSEARCH.NET OrderID: 217313877 RowID: 2 Namespace:dbp ResourceID: 16268618 |
| 1/1/2013 5:34:52 PM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: HOTSEARCHIT.NET OrderID: 213716315 RowID: 2 Namespace:domain ResourceID: 74570150 |
| 1/1/2013 5:34:52 PM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: ADULTSEARCH.NET OrderID: 217313713 RowID: 0 Namespace:domain ResourceID: 75475637 |
| 1/1/2013 5:34:52 PM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: ADULTSEARCH.NET OrderID: 217313877 RowID: 4 Namespace:protection ResourceID: 103906367 |
| 1/1/2013 5:34:50 PM / RegNetEPPSvc / Client IP: GoDaddy Internal | domain name HOTSEARCHIT.NET renewed by RegNetEPPSvc on 01/01/13 17:34:50 |
| 1/1/2013 5:34:50 PM / RegNetEPPSvc / Client IP: GoDaddy Internal | domain name ADULTSEARCH.NET renewed by RegNetEPPSvc on 01/01/13 17:34:50 |
| 1/1/2013 5:34:32 PM / Post Purchase Processing / Client IP: GoDaddy Internal | Domain MYEX.COM privacy set up.  DBP customer number is 3418779. |
| 1/1/2013 5:23:21 PM / Wunder, Jonathan / Client IP: GoDaddy Internal | Jonathan Wunder accessed account with reason "General/Research". Shopper PIN. |
| 1/1/2013 5:23:13 PM / Wunder, Jonathan / Client IP: GoDaddy Internal | Jonathan Wunder accessed account with reason "General/Research". Shopper PIN. |
| 12/31/2012 5:40:59 AM / GenerateRenewals / Client IP: GoDaddy Internal | Sending renewal notice to shopper 442217 for 3 Domain resource(s) set to expire on Jan. 05, 2013 |
| 12/31/2012 4:29:15 AM / BillingAgent / Client IP: GoDaddy Internal | Failed Billing Attempt: 3. Cancelling Hosting Bandwidth. Reason: Profile is inactive. Account: Bandwidth/Diskspace for 12/11/2012. aezamenor.com |

## Notes Info for Shopper ID 442217
## 1/1/2011 to 5/12/2016

| Entered Date / By | Note |
|---|---|
| 11/21/2011 5:54:01 PM / RegComEPPSvc / Client IP: GoDaddy Internal | Sent HostAddSuccess email to shadapplegate@gmail.com for MYEX.COM and/or NS2 changes. |
| 11/21/2011 5:53:48 PM / Customer / Client IP: 67.77.46.133 | DCC domain host changes requested MYEX.COM (ID=113017581) |
| 11/21/2011 5:53:21 PM / RegComEPPSvc / Client IP: GoDaddy Internal | Sent HostAddSuccess email to shadapplegate@gmail.com for MYEX.COM and/or NS1 changes. |
| 11/21/2011 5:52:54 PM / Customer / Client IP: 67.77.46.133 | DCC domain host changes requested MYEX.COM (ID=113017581) |
| 11/21/2011 5:49:25 PM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: MYEX.COM OrderID: 377158558 RowID: 0 Namespace:domain ResourceID: 113017581 |
| 11/21/2011 5:39:14 PM / RegDCCBatchSimpleSvc / Client IP: GoDaddy Internal | Sent initial owner change emails to gaining shopper 442217 (registrant contact email = shadapplegate@gmail.com) and losing shopper 43679288 (sent to shopper email address) for domain(s): MYEX.COM |
| 11/21/2011 5:34:40 PM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: DAILYBEAT.COM OrderID: 373965696 RowID: 0 Namespace:domain ResourceID: 112337280 |
| 11/21/2011 5:34:32 PM / RegComEPPSvc / Client IP: GoDaddy Internal | RegComEPPSvc:processDomainPendMod changed Nameserver(s) from NS1.DSREDIRECTION.COM\|NS2.DSREDIRECTION.COM to NS1.DAILYBEAT.COM\|NS2.DAILYBEAT.COM for DAILYBEAT.COM |
| 11/21/2011 5:34:23 PM / Customer / Client IP: 67.77.46.133 | DCC domain nameserver update requested DAILYBEAT.COM (ID=112337280) |
| 11/21/2011 5:33:48 PM / RegComEPPSvc / Client IP: GoDaddy Internal | Sent HostAddSuccess email to DAILYBEAT.COM@domainsbyproxy.com for DAILYBEAT.COM and/or NS2 changes. |
| 11/21/2011 5:33:00 PM / Customer / Client IP: 67.77.46.133 | DCC domain host changes requested DAILYBEAT.COM (ID=112337280) |
| 11/21/2011 5:32:26 PM / RegComEPPSvc / Client IP: GoDaddy Internal | Sent HostAddSuccess email to DAILYBEAT.COM@domainsbyproxy.com for DAILYBEAT.COM and/or NS1 changes. |
| 11/21/2011 5:32:12 PM / Customer / Client IP: 67.77.46.133 | DCC domain host changes requested DAILYBEAT.COM (ID=112337280) |
| 11/18/2011 9:26:05 AM / Stutz, Matthew / Client IP: GoDaddy Internal | -=XXX Group 3 Membership Call=- message left - reply to ICM Membership email |
| 11/18/2011 9:26:01 AM / Stutz, Matthew / Client IP: GoDaddy Internal | 1 This is reminder call regarding your .XXX sunrise application.  Last chance/reminder to complete the membership ID validation step Failure to Act:Results in a failed Sunrise application with no refund.<br>   (they have received an email notice from ICM Registry)<br>2  with &quot;MEMBERSHIP&quot; content<br>3 IF they can not find their email from ICM, go to this link:<br>      https://member-icmregistry.custhelp.com/app/utils/login_form<br>      (icmregistry.com &gt; click Member login&gt;<br>4 Select &quot;Forgot your password or need to resend the member validation email?&quot;<br>      THIS WILL TRIGGER THE RESENDING OF THE EMAIL.<br>5 Follow the process outlined in the email.<br> 6 Further questions?  Call support at (480-505-8877) or email tldlaunch@godaddy.com |
| 11/18/2011 6:25:45 AM / GenerateRenewals / Client IP: GoDaddy Internal | Sending expiration notice to shopper 442217 for 1 Domain resource(s) set to expire on Nov. 12, 2011 |

**Iris Notes for Shopper ID 442217 in IncidentID: 19117309**

**1/1/2011 to 5/12/2016**

| Note ID | Create Date/By | Modify Date/By | NoteType | Note |
|---|---|---|---|---|
| 53118253 | 5/5/2013 8:30:15 AM / GoDaddy.com Community | 5/5/2013 8:30:15 AM / GoDaddy.com Community | Customer | Name : Redacted r\nShopperID : \r\nShopper Validated : No\r\nBrowser : Mozilla/5.0 (Windows NT 5.1; rv:20.0) Gecko/20100101 Firefox/20.0\r\nReason : 191\r\nOther : content removal\r\nIssue : \r\nI'm hoping you can help me out removing content from a site that is connected with godaddy.com it is called www.myex.com. I am trying to get this post Redacted Personal Info. Redacted removed from the site but figured I send not only them a request but also the bigger sister site (you guys). I simply want that post to be deleted and the faster the better. I appreciate your efforts in advance and I will be checking my email frequently, thank you. |
| 53124870 | 5/5/2013 2:12:59 PM / Dorsey, Theresa | 5/5/2013 2:12:59 PM / Dorsey, Theresa | Resolution | Dear Redacted  I understand that you need assistance with removing content from a site.  Upon reviewing of the domain's DNS settings it appears to be hosted through another provider. You will want to contact the hosting provider for the domain to see if you have any options to have them remove content hosted through their servers.  We currently show that your domain is using the following nameservers:  NS.WEBAIR.NET  NS2.WEBAIR.NET  Please let us know if we can assist you in any other way.  Regards,.  Theresa P.  Online Support |
| 53124871 | 5/5/2013 2:12:59 PM / Dorsey, Theresa | 5/5/2013 2:12:59 PM / Dorsey, Theresa | Comment | <group>Webboard</group>MYEX.COM in account 442217 is ACTIVE  NS.WEBAIR.NET  NS2.WEBAIR.NET |
| 53125171 | 5/5/2013 2:29:01 PM / Email | 5/5/2013 2:29:01 PM | Customer | Thank you for your speedy response. I realized after submitting the request that you only host domains, which i remember learning from the go daddy bowl for football which is great by the way. Would I contact then through the contact link on their site (which i sent right before the ticket to godaddy) or would i send it through one of the links you provided in your responce? Thank you again thats great that you guys responded so quick to something that doesnt directly concern you. I apologize for any mispelling im on a mobile device right now<span></span><hr>  <br>On Sunday, May 5, 2013, |

# Shopper Contact Audit History for Shopper ID 442217

| Change Date | Requested By | IP Address | Value Changed | Previous Value | Changed To |
|---|---|---|---|---|---|
| 2/26/2016 11:22:44 AM | Employee | GoDaddy Internal IP | email | shadapplegate@gmail.com | shadcottelli@gmail.com |
| 2/26/2016 11:22:44 AM | Employee | GoDaddy Internal IP | first_name | shad | Shad |
| 11/13/2015 10:43:15 AM | M1PWMYAW EB001.Shopper DataProvider | 197.85.141.100 | company | EMP Media, Inc | |
| 11/13/2015 10:43:15 AM | M1PWMYAW EB001.Shopper DataProvider | 197.85.141.100 | last_name | applegate | Cottelli |
| 4/14/2015 4:59:11 PM | M1PWMYAW EB009.Shopper DataProvider | 197.85.133.241 | company | | EMP Media, Inc |
| 4/14/2015 4:59:11 PM | M1PWMYAW EB009.Shopper DataProvider | 197.85.133.241 | country | us | US |
| 4/14/2015 4:59:11 PM | M1PWMYAW EB009.Shopper DataProvider | 197.85.133.241 | phone1 | Redacted | Redacted |
| 2/8/2014 1:22:06 PM | BackfillShopper Phones | M1PWSBEAPP 001 | phone1 | Redacted | Redacted |
| 2/2/2009 2:57:57 PM | Cust-442217 | 67.77.46.133 | phone1 | Redacted | Redacted |
| 3/11/2008 10:09:42 AM | Cust-442217 | 70.173.177.61 | email | shad_applegate@yahoo.com | shadapplegate@gmail.com |
| 3/11/2008 10:05:55 AM | Cust-442217 | 70.173.177.61 | city | Redacted | Las Vegas |
| 3/11/2008 10:05:55 AM | Cust-442217 | 70.173.177.61 | phone1 | Redacted | 7022190207 |
| 3/11/2008 10:05:55 AM | Cust-442217 | 70.173.177.61 | state | CA | NV |
| 3/11/2008 10:05:55 AM | Cust-442217 | 70.173.177.61 | street1 | Redacted | 6130 flamingo road |
| 3/11/2008 10:05:55 AM | Cust-442217 | 70.173.177.61 | zip | Redacted | 89103 |
| 4/10/2007 10:33:19 AM | User Password Change | GoDaddy Internal IP | city | Redacted | Redacted |
| 4/10/2007 10:33:19 AM | User Password Change | GoDaddy Internal IP | phone1 | Redacted | Redacted |
| 4/10/2007 10:33:19 AM | User Password Change | GoDaddy Internal IP | street1 | Redacted Personal Info. | Redacted |
| 4/10/2007 10:33:19 AM | User Password Change | GoDaddy Internal IP | zip | Redacted | Redacted |

# Legal Receipt for Shopper ID 65318215

| | |
|---|---|
| Shopper ID: | 65318215 |
| Receipt ID: | 547760650 |
| Reseller: | GoDaddy |
| Date: | 5/14/2013 6:11:34 AM By Debran E Barrella via Phone |
| Source Code: | ??? |

**Shipping Information**

shad applegate

6130 flamingo rd

las vegas, NV 89103 us

Daytime Phone: 7027158877

shadapplegate@gmail.com

**Billing Information**

shad applegate

6130 flamingo rd

las vegas, NV 89103 US

Daytime Phone: 7027158877

shadapplegate@gmail.com

| | |
|---|---|
| Notes: | We have received a third party complaint on this domain: domain appears to have invalid Whois information. |
| IP: | 172.18.48.166::172.18.48.166 |

**Transaction Occurred as: United States Dollar (USD)**

*Payment 1: $20.00*

| | |
|---|---|
| Paid: | Credit Card |
| Name: | shad applegate |
| Creditcard Number: | Redacted |
| Creditcard Information: | Visa Exp. Redacted |

Our Charges will appear on their credit card statement in the name "GODADDY.COM"

| Row | Label | Name | Unit Price | Today's Price | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|
| 0 | 8014-1 | Administrative Fees - Invalid Whois -25 Length: 1 year(s) This a service item. | $20.00 | $20.00 | 1 | $0.00 | $20.00 |

| Subtotal | Shipping & Handling | Tax | Total |
|---|---|---|---|
| $20.00 | $0.00 | $0.00 | $20.00 |

**Confidential Treatment**
**Requested By**
**Go Daddy Operating Company, LLC**

# Legal Receipt for Shopper ID 65318215

| | |
|---|---|
| Shopper ID: | 65318215 |
| Receipt ID: | 546407288 |
| Reseller: | GoDaddy |
| Date: | 5/10/2013 4:16:52 PM By Eugene  Rollin via Phone |
| Source Code: | ?SR |

## Shipping Information

shad applegate

6130 flamingo rd

las vegas, NV 89103 us

Daytime Phone: 7027158877

shadapplegate@gmail.com

## Billing Information

shad applegate

6130 flamingo rd

las vegas, NV 89103 US

Daytime Phone: 7027158877

shadapplegate@gmail.com

IP:  Redacted Personal Info.

**Transaction Occurred as: United States Dollar (USD)**

*Payment 1: $48.28*

| | |
|---|---|
| Paid: | Credit Card |
| Name: | shad applegate |
| Creditcard Number: | Redacted |
| Creditcard Information: | Visa Exp. Redacted |

Our Charges will appear on their credit card statement in the name "GODADDY.COM"

| Row | Label | Name | Unit Price | Today's Price | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|
| 0 | 7001-1 | Private Registration Services Length: 4.833 year(s) MYEX.COM This a service item. | $9.99 | $9.99 | 1 | $0.00 | $48.28 |

| Subtotal | | Shipping & Handling | | Tax | | Total | |
|---|---|---|---|---|---|---|---|
| $48.28 | | $0.00 | | $0.00 | | $48.28 | |

**Confidential Treatment**
**Requested By**
**Go Daddy Operating Company, LLC**

# Legal Receipt for Shopper ID 442217

| | |
|---|---|
| Shopper ID: | 442217 |
| Receipt ID: | 954850192 |
| Reseller: | GoDaddy |
| Date: | 3/25/2016 9:30:47 AM By customer via Online |
| Source Code: | ??? |

**Shipping Information**

Shad Cottelli

6130 flamingo road

Las Vegas, NV 89103 US

Daytime Phone: +1.7024301990

shadcottelli@gmail.com

**Billing Information**

Shad Cottelli

6130 flamingo road

Las Vegas, NV 89103 US

Daytime Phone: +1.7024301990

shadcottelli@gmail.com

IP: Redacted Personal Information

**Transaction Occurred as: United States Dollar (USD)**

*Payment 1: $161.67*

Paid: Redacted

Account: Redacted Personal Info.

Our Charges will appear on their credit card statement in the name "GODADDY.COM"

| Row | Label | Name | Unit Price | Today's Price | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|
| 0 | 968-1 | .COM Bulk Domain Name Renewal (6-20) (recurring) Length: 1 year(s) POSHSPOT.COM This a service item. | $14.99 | $14.99 | 1 | $0.00 | $15.17 |
| 1 | 17001-1 | Private Registration Services   Renewal Length: 1 year(s) POSHSPOT.COM This a service item. | $9.99 | $9.99 | 1 | $0.00 | $9.99 |
| 2 | 968-1 | .COM Bulk Domain Name Renewal (6-20) (recurring) Length: 1 year(s) HOTTRAFFIC.COM This a service item. | $14.99 | $14.99 | 1 | $0.00 | $15.17 |
| 3 | 7001-1 | Private Registration Services Length: 1.064 year(s) HOTTRAFFIC.COM This a service item. | $9.99 | $7.99 | 1 | $0.00 | $8.50 |
| 4 | 968-1 | .COM Bulk Domain Name Renewal (6-20) (recurring) Length: 1 year(s) MASSAGEREVIEWS.COM This a service item. | $14.99 | $12.83 | 1 | $0.00 | $13.01 |
| 5 | 17001-1 | Private Registration Services - Renewal Length: 1 year(s) MASSAGEREVIEWS.COM This a service item. | $9.99 | $9.99 | 1 | $0.00 | $9.99 |
| 6 | 33931-1 | .ZA (.CO.ZA) Bulk Domain Name Registration (6-20) - Renewal - 1  Year Length: 1 year(s) MANHATTANPROJECT.CO.ZA This a service item. | $9.99 | $9.99 | 1 | $0.00 | $9.99 |
| 7 | 17001-1 | Private Registration Services - Renewal Length: 1 year(s) MANHATTANPROJECT.CO.ZA This a service item. | $9.99 | $9.99 | 1 | $0.00 | $9.99 |
| 8 | 980-1 | .NET Bulk Domain Name Renewal (6-20) (recurring) Length: 1 year(s) POSH.NET This a service item. | $16.99 | $16.99 | 1 | $0.00 | $17.17 |

**Confidential Treatment**
**Requested By**
**Go Daddy Operating Company, LLC**

Att. B - Page 24

# Legal Receipt for Shopper ID 442217

| | |
|---|---|
| Shopper ID: | 442217 |
| Receipt ID: | 928647270 |
| Reseller: | GoDaddy |
| Date: | 1/24/2016 6:17:03 AM By billing agent via billing agent |
| Source Code: | ROHB from_app: wsc_dr |

## Shipping Information

shad Cottelli

6130 flamingo road

Las Vegas, NV 89103 US

Daytime Phone: +1.7024301990

shadapplegate@gmail.com

## Billing Information

shad Cottelli

6130 flamingo road

Las Vegas, NV 89103 US

Daytime Phone: +1.7024301990

shadapplegate@gmail.com

**Transaction Occurred as: United States Dollar (USD)**

*Payment 1: $27.16*

Paid:   Redacted

Account:   Redacted Personal Info.

Our Charges will appear on their credit card statement in the name "GODADDY.COM"

| Row | Label | Name | Unit Price | Today's Price | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|
| 0 | 12012-1 | .NET Domain Name Renewal - 1 Year (recurring) Length: 1 year(s) CORPORATEPAD.NET | $16.99 | $16.99 | 1 | $0.00 | $17.17 |
| 1 | 17001-1 | Private Registration Services - Renewal Length: 1 year(s) CORPORATEPAD.NET | $9.99 | $9.99 | 1 | $0.00 | $9.99 |

| Subtotal | Shipping & Handling | Tax | Total |
|---|---|---|---|
| $27.16 | $0.00 | $0.00 | $27.16 |

**Confidential Treatment**

**Requested By**

**Go Daddy Operating Company, LLC**

# Legal Receipt for Shopper ID 442217

| | |
|---|---|
| Shopper ID: | 442217 |
| Receipt ID: | 843522234 |
| Reseller: | GoDaddy |
| Date: | 6/19/2015 12:11:42 PM By customer via Online |
| Source Code: | ??? |

## Shipping Information

## Billing Information

shad applegate

6130 flamingo road

Las Vegas, NV 89103 us

Daytime Phone: +1.7024301990

shadapplegate@gmail.com

IP:                          105.233.106.139::105.233.106.139

**Transaction Occurred as: South Africa Rand (ZAR)**

*Payment 1: R195,98*

| | |
|---|---|
| Paid: | Credit Card |
| Name: | shad cottelli |
| Creditcard Number: | Redacted Personal Info. |
| Creditcard Information: | Visa Exp. Redacted |

Our Charges will appear on their credit card statement in the name "Domain Names/Hosting Srvc"

| Row | Label | Name | Unit Price | Today's Price | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|
| 0 | 33899-1 | .ZA (.CO.ZA) Domain Name Registration - 1 Year Length: 1 year(s) chefstable.co.za This a service item. | R149,99 | R99,99 | 1 | R0,00 | R99,99 |
| 1 | 7001-1 | Private Registration Services Length: 1 year(s) chefstable.co.za This a service item. | R119,99 | R95,99 | 1 | R0,00 | R95,99 |

| Subtotal | Shipping & Handling | Tax | Total |
|---|---|---|---|
| R195,98 | R0,00 | R0,00 | R195,98 |

**Confidential Treatment**
**Requested By**
**Go Daddy Operating Company, LLC**