# ATTACHMENT AA

INTERNET ARCHIVE
Wayback Machine
http://myex.com/removal-policy   Go
109 captures
18 Aug 2012 - 8 Mar 2017

APR JUN JUL
◀ 05 ▶
2013 2014 2015

Advertisement

GET REVENGE.

HOME   SUBMIT YOUR EX   SEX TAPES   JUST GIRLS   JUST GUYS   CELEBRITIES   ATHLETES   ADVERTISING   FAQ

# Find Someone You Know...

First Name     Last Name     Location ▼

## Removal Policy

Myex.com is a site driven by user submitted content. Myex.com is not responsible for the content submitted by its users. Users who submit content to Myex.com agree to our terms of service. Myex.com Has a zero tolerance policy for posting photos of people under the age of 18. If someone has posted a picture of you as a minor please use the correct link below to request removal of photo of a minor.

Law Enforcement professionals will be given top priority when it comes to content removal please use the link below to request content be removed.

If you own a copy-write to images posted on the site please send the proper DCMA documentation to the DCMA link below and the content will be removed.

If there are photos of you posted that you would like removed please use the general removal link below. WE REQUIRE PHOTO ID TO PROVE THESE IMAGES ARE YOURS AND WILL LOG YOUR IP.

Law Enforcement requests will be handled first, followed by minor removal requests, DCMA, and then general requests.

As a general rule if you don't want photos of you ending up on the internet be more careful who you send them too or better yet don't send them at all.

Law Enforcement click here.

Minor Removal click here.

DMCA Complaint click here.

General Removals click here.

WEB SOLUTIONS B.V. © 2013, ALL RIGHTS RESERVED.   PRIVACY POLICY  |  TERMS & CONDITIONS  |  ADVERTISE  |  LAW ENFORCEMENT  |  FAQ  |  CONTACT

# ATTACHMENT BB





Advertisement

Privacy Policy | Terms & Conditions | Advertise | Law enforcement | FAQ | Contact

3:50:36 PM 8/14/2017                    www.myex.com/add-your-ex/

# ATTACHMENT CC



Advertisement



Redacted Intimate Images and Personal Information

Redacted Intimate Images and Personal Information

Redacted Intimate Images and Personal Information

**Looks cute but he's a loser**

He isn't what he seems. This guy cheats whenever he gets a chance!

2,023 VIEWS
1,529 VOTES

**Messed around with married man and more**

She messed around for months with a married man from her work. Stayed at his place and everything...

13,908 VIEWS
2,191 VOTES

more »

Most Rated Exs:

Redacted Intimate Images and Personal Information

Redacted Intimate Images and Personal Information

Redacted Intimate Images and Personal Information

**Slut wife**

Denise has fucked 21 guys after being married. Her husband only has 3 inches. She loves to bring...

6,715 VIEWS
2,080 VOTES

**Fat slut cheated with old man with little dick**

Fat slut cheated multiple times with various ugly fat old men compulsive liar constantly led me on...

22,549 VIEWS
4,826 VOTES

more »

Advertisement

Redacted Intimate Images and Personal Information

Redacted Intimate Images and Personal Information



**Cheating whore**

She fucked over the wrong guy, sent me these pictures just to find out shes married with kids.

19,552 VIEWS
4,525 VOTES

**Stupid Asian Whore**

This piece of shit never had a good word to say about anyone or anything. She thought she was the...

26,023 VIEWS
4,559 VOTES

| 1 | 2 | 3 | 4 | 5 | » | »» |

Advertisement

Privacy Policy | Terms & Conditions | Advertise | Law enforcement | FAQ | Contact

3:40:19 PM 8/14/2017                                 http://myex.com

# ATTACHMENT DD



Redacted Intimate Images and Personal Information

Redacted Intimate Images and Personal Information

Redacted Intimate Images and Personal Information

Advertisement

◄ Report content

## "prick tease"

this cheap whore sent me videos and pictures with the promise of sex that never came let me know what you think of her

more »

## Comments

⚑ August 2, 2017 at 15:00 PM
**Jared kushner** *says:*

First!!!! I hope OJ left some good porn in the cell for me

⚑ August 2, 2017 at 15:43 PM
**Althehat777** *says:*

This actually looks just like my mom but I'd still crush it like there's no tomorrow. My tongue muscles would be strong as an ox after licking that asshole.

⚑ August 2, 2017 at 15:56 PM
**Rebecca who????** *says:*

You fucking pussy.

⚑ August 2, 2017 at 16:57 PM
**HH Holmes** *says:*

This British heffer could not tease me. Only a welfare negro might have this.

⚑ August 2, 2017 at 18:02 PM
**TonyBravo** *says:*

Holy fuck it's Redacted with big floppy tits!

⚑ August 2, 2017 at 20:14 PM
**WOW** *says:*

Heres what we think op, if she sent you these pics and you still wanted to stick your little dick in that, then you are about the most pathetic, disgusting mother fucker in the world. gotta be a nigger to want to fuck that shit.

⚑ August 2, 2017 at 20:24 PM
**A Nigger** *says:*

Even a filthy nigger like me wouldnt touch this beast

⚑ August 3, 2017 at 01:31 AM
**A guy with tits?** *says:*

Not even the Trump troll would bang that one.

⚑ August 3, 2017 at 02:33 AM
**Your Majesty** *says:*

### Most Rated Exs:

Redacted Intimate Images and Personal Information

more »

This ugly cunt is ALMOST manly enough that even a flaming fag like me would fuck her. She looks a lot like my mommy AND daddy. Heil Trump, and kill all the NIGGERS!

🚩 August 3, 2017 at 02:37 AM
**John Horndog** *says:*

Here's a good one for Kiwi...this is the finest he's seen on that miserable Island

🚩 August 4, 2017 at 09:27 AM
**Althehat777** *says:*

THE ^"LAME TROLL"^, , GOT HOT FOR REBECCA OF DURKA DURKA FARM, . SOOO LAME . . THANKS

🚩 August 8, 2017 at 15:04 PM
**Mr bean** *says:*

That is one ugly sweaty thing. Being Scottish, its eaten too many deep fried mars bars.

🚩 September 12, 2017 at 07:46 AM
**Jim** *says:*

Fat ugly fuckin bitch man made me puke

## Leave a comment

*Do not post phone number or addresses*

**Name (required)**

Name

**Mail (required) will not be shown**

your-email@example.com

**Your comment**

Your comment

Submit

Advertisement

Privacy Policy | Terms & Conditions | Advertise | Law enforcement | FAQ | Contact

4:55:00 PM 9/28/2017

Redacted Personal Information

# ATTACHMENT EE





**Cheater**
Can't keep his dick to himself

373 VIEWS
352 VOTES

**Little dick** Redacted
Here's a man who thinks his smart Redacted
Redacted his about as smart as the size of his
dick witch is...

579 VIEWS
568 VOTES

Redact Intimate Images and Personal Information

more »

Most Rated Exs:

**Cheating, Lying, cumslut hoe**
Idc to even say more than she tried to live
2 lives with her friends help, but I caught
her cheating...

9,305 VIEWS
1,056 VOTES

**Huntington, NY cheating slut**
class of 2008 from   Redacted
Redacted Personal Information n Old
Westbury cheats on every...

6,673 VIEWS
943 VOTES

more »

Advertisement



**Cheat**

Thought this girl was 'the one' until I found out that the cheating bitch had fucked at least 4 guys...

7,875 VIEWS
994 VOTES

**Tina Likes Two Dicks**

Ex gf Tina. Meth loving slut. Likes two dicks in her pussy. Double vaginal penetration.

7,054 VIEWS
1,011 VOTES

| 1 | 2 | 3 | 4 | 5 | ▸▸ | ▸▸| |

Advertisement

Privacy Policy | Terms & Conditions | Advertise | Law enforcement | FAQ | Contact

4:42:35 PM 9/27/2017                    http://www.myex.com/

# ATTACHMENT FF



try after he was telling me how his old man was giving him a business worth like 5 million dollars. We went out. He was so nervous couldn't even talk. Total lack of social skills. I really wasn't into him but I kept thinking about all that cash his dad was giving him. We ended up parking at this dump company he works at. He tried kissing me but you could tell he didn't know what he was doing. I asked him why he was so nervous. He told me he was a virgin lol. The date ended there for me. He kept messaging me for a couple more days. Even sent pics of his dick lol and offered to have a fully interactive MMF Threesome with me. Guess he has a little more experience with boys than with girls. Even 5 million bucks aint enough to pretend to like a loser like him.

## Comments


⚑ October 3, 2017 at 16:09 PM
**Butthurt Trump hating racist basement dweller** *says:*

Hey Johnny im in canada too. Hows aboot you meet me in a motel so you can unleash that virgin nut into my battered asshole then we can smoke herbal cigarettes and discuss politics...


⚑ October 3, 2017 at 18:35 PM
**Paone** *says:*

That's bloody funny. He gets humped by his fat butt buddy Jeff daily


⚑ October 4, 2017 at 01:47 AM
**Trump Supporter** *says:*

Butthurt Trump hating racist basement dweller , no wonder you hate trump, pin dick. You wish he ran your country! CANOOK YOU MOTHER FUCKER!


⚑ October 4, 2017 at 23:20 PM
**Ladyincubus** *says:*

Johnny and his brother are really cute lol


⚑ October 6, 2017 at 23:08 PM
**Your Majesty** *says:*

Johnny is indeed very hot, and I love his long hair! My favorite long-haired fella is Steven Tyler. Man, is he sexy! The only bad thing about Johnny is that he's from communist Canada. How do you like your socialized medicine, brain-dead libtards?! White power, MAGA, boycott the NIGGER Football League, and heil our great, sexy leader President Donald J. Trump!


⚑ October 7, 2017 at 15:05 PM
**Tina rose** *says:*

pfft he could probably tell u anything to get u to go out with him 5million dollars pfft dont u wish


⚑ October 9, 2017 at 09:11 AM
**Jaimee** *says:*

He has really bad acne


⚑ October 9, 2017 at 09:15 AM
**I LOVE TRUMP!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!** *says:*

Johnny reminds me of Jon Bon Jovi. Bon Jovi rocks!!!!!!!!!!!


⚑ October 12, 2017 at 16:16 PM
**Testing 123** *says:*

Testing 123 comments without enrolling or creating an account.


⚑ October 12, 2017 at 16:27 PM
**Testing 1234** *says:*

Testing 1234 again comments field without using an email address and without creating an account

Redacted Intimate Images and Personal Information

more »

## Most Rated Exs:

Redacted Intimate Images and Personal Information

more »

## Leave a comment

*Do not post phone number or addresses*

**Name (required)**

Name

**Mail (required) will not be shown**

your-email@example.com

**Your comment**

Your comment

Submit

Advertisement

Privacy Policy | Terms & Conditions | Advertise | Law enforcement | FAQ | Contact

10:24:43 AM 10/12/2017

http://www.myex.com

# ATTACHMENT GG



