# ATTACHMENT HH



Myex. com

All    News    Videos    Images    Shopping    More                  Settings    Tools

About 66,300,000 results (1.01 seconds)

**MyEx.com! Naked Pics of Your Ex**
www.myex.com/ ▾
Get the dirt before you get hurt or submit your ex gf and bf!

**Just Girls**                           **Submit your ex**
Submit your ex   Sex Tapes   Just      Add Your Ex: Drag and drop Photos
Girls   Just Guys   Get Laid   Live ...  and/or Videos, you can ...

**Sex Tapes**                            **Just Guys**
Submit your ex   Sex Tapes   Just      Rick Hefner is just a jerk. Sorry not
Girls   Just Guys   Get Laid   Live ...  sorry but you're a total ass. 1 ...

More results from myex.com »

**MyEx.com - Wikipedia**
https://en.wikipedia.org/wiki/MyEx.com ▾
**MyEx.com** is a controversial, free revenge porn website focusing on nude photographs of people
posted by former lovers along with their real names.

**MyEx - Myex.com - Amateur Porn Site - The Porn Dude**
https://theporndude.com › Amateur Porn Sites ▾
Amateur Porn Sites. ... **My Ex** is a revenge porn site where you can submit your ex or view other
people's and although ThePornDude isn't sure if it's completely user submitted, it's quite fun looking
through all of the shamed exes! ... Amateur Porn Sites Like **MyEx**.

**MyEx.com Post Removal | Reputation Stars**
reputationstars.com/what-we-do/reputation-repair/myex-com-post-removal/ ▾
About **MyEx.com**: **MyEx.com** is a site that allows anyone to post pictures and information about their
past girlfriends or boyfriends. This is better known as.

**MYEX, MY HEX: A TRIP INTO THE CAULDRON OF REVENGE PORN ...**
www.cagoldberglaw.com/myex-my-hex-a-trip-into-the-cauldron-of-revenge-porn/ ▾
Mar 13, 2014 - The website is **myex.com**. I was really torn about whether to write that since the last
thing I want to do is promote it or draw others to Betty's body ...

**REPORT MY EX – Get Revenge! Post or find a cheater in your area.**
www.reportmyex.com/ ▾
7 hours ago - ReportMyEx.com exposes cheaters, players and unreliable people to warn their current
partners about the person they are dating.

**Revenge Porn Site MyEx.com Sued For Copyright Infringement ...**
adamsteinbaugh.com/.../revenge-porn-site-myex-com-sued-for-copyright-infringeme... ▾
Mar 7, 2014 - Revenge porn site **MyEx.com**, along with Google and Yahoo!, has been ... **MyEx.com**
is one of few remaining websites dedicated to so-called ...

**MyEx.com Lawsuit: Suing the non-existent owner of a revenge porn**
https://www.internetreputation.com/.../myex-com-lawsuit-suing-the-non-existent-own... ▾
Jul 9, 2014 - **MyEx.com** with their co-accused Google and Yahoo have been sued because a recent
complaint by a woman claiming that the site did not ...

                1  **2**  3  4  5  6  7  8  9  10        Next

20001, Washington, DC - From your Internet address - Use precise location - Learn more

Help     Send feedback     Privacy     Terms

# ATTACHMENT II

# STATE OF NEVADA

**BARBARA K. CEGAVSKE**
*Secretary of State*

**KIMBERLEY PERONDI**
*Deputy Secretary
for Commercial Recordings*



**OFFICE OF THE
SECRETARY OF STATE**

*Commercial Recordings Division*
*202 N. Carson Street*
*Carson City, NV 89701-4201*
*Telephone (775) 684-5708*
*Fax (775) 684-7138*

KEVIN HAVENS

NV

**Job:C20161206-0823**
December 7, 2016

**Special Handling Instructions:**
KHAVENS@FTC.GOV
CMR 12-7-16
ALL DOCS
1206-0823

## Charges

| Description | Document Number | Filing Date/Time | Qty | Price | Amount |
|---|---|---|---|---|---|
| Entity Copies | 00010486319-42 | | 19 | $2.00 | $38.00 |
| Total | | | | | $38.00 |

## Payments

| Type | Description | Amount |
|---|---|---|
| Credit | Redacted Personal Information | $38.00 |
| Total | | $38.00 |

**Credit Balance:** $0.00

**Job Contents:**
NV Corp Copy Request Cover Letter(s): 1

KEVIN HAVENS

NV

**STATE OF NEVADA**



*BARBARA K. CEGAVSKE*
*Secretary of State*

*KIMBERLEY PERONDI*
*Deputy Secretary*
*for Commercial Recordings*

*Commercial Recordings Division*
*202 N. Carson Street*
*Carson City, NV 89701-4201*
*Telephone (775) 684-5708*
*Fax (775) 684-7138*

**OFFICE OF THE**
**SECRETARY OF STATE**

## Copy Request

December 7, 2016

**Job Number:** C20161206-0823
**Reference Number:** 00010486319-42
**Expedite:**
**Through Date:**

| Document Number(s) | Description | Number of Pages |
|---|---|---|
| 00001986416-15 | Articles of Incorporation | 1 Pages/1 Copies |
| 20080583782-73 | Initial List | 1 Pages/1 Copies |
| 20080630394-85 | Amended List | 1 Pages/1 Copies |
| 20090725789-89 | Annual List | 1 Pages/1 Copies |
| 20100302180-07 | Amended List | 1 Pages/1 Copies |
| 20100503747-19 | Annual List | 1 Pages/1 Copies |
| 20100876718-50 | Registered Agent Change | 1 Pages/1 Copies |
| 20120086774-27 | Annual List | 1 Pages/1 Copies |
| 20120743740-60 | Annual List | 1 Pages/1 Copies |
| 20130218930-59 | Amended List | 1 Pages/1 Copies |
| 20130575732-15 | Annual List | 1 Pages/1 Copies |
| 20140083318-80 | Amended List | 1 Pages/1 Copies |
| 20140261079-62 | Amended List | 1 Pages/1 Copies |
| 20140264663-04 | Amended List | 1 Pages/1 Copies |
| 20140498244-88 | Registered Agent Resignation | 1 Pages/1 Copies |
| 20150372153-49 | Annual List | 1 Pages/1 Copies |
| 20150372154-50 | Annual List | 1 Pages/1 Copies |
| 20150372155-61 | Registered Agent Change | 1 Pages/1 Copies |
| 20160317379-29 | Certificate of Dissolution | 1 Pages/1 Copies |

**Commercial Recording Division**
202 N. Carson Street
Carson City, Nevada 89701-4201
Telephone (775) 684-5708
Fax (775) 684-7138

Att. II - Page 2

Respectfully,

BARBARA K. CEGAVSKE
Secretary of State



**ROSS MILLER**
**Secretary of State**
**206 North Carson Street**
**Carson City, Nevada 89701-4299**
**(775) 684 5708**
**Website: www.nvsos.gov**

# Articles of Incorporation
(PURSUANT TO NRS CHAPTER 78)

| Filed in the office of | Document Number |
|---|---|
| *[signature]* Ross Miller Secretary of State State of Nevada | **00001986416-15** |
| | Filing Date and Time **08/21/2008 1:26 PM** |
| | Entity Number Redacted |

USE BLACK INK ONLY - DO NOT HIGHLIGHT                    **ABOVE SPACE IS FOR OFFICE USE ONLY**

| **1. Name of Corporation:** | $EMP\ Media, Inc$ |
|---|---|

**2. Registered Agent for Service of Process:** (check only one box)

☐ Commercial Registered Agent:
    Name

☐ Noncommercial Registered Agent    **OR**    ☒ Office or Position with Entity
    (name and address below)                (name and address below)

Neil Infante    President
Name of Noncommercial Registered Agent  **OR**  Name of Title of Office or Other Position with Entity

6130 Flamingo Road   Las Vegas   Nevada 89103
Street Address                City              Zip Code

                                        Nevada
Mailing Address (if different from street address)   City        Zip Code

**3. Authorized Stock:** (number of shares corporation is authorized to issue)

Number of shares with par value: 35,000    Par value per share: $ .10    Number of shares without par value: 35,000

**4. Names and Addresses of the Board of Directors/Trustees:** (each Director/Trustee must be a natural person at least 18 years of age; attach additional page if more than two directors/trustees)

1) Neil Infante
   Name
   6130 Flamingo Road   Las Vegas   NV   89103
   Street Address          City        State  Zip Code

2)
   Name

   Street Address          City        State  Zip Code

**5. Purpose:** (optional; see instructions)

The purpose of the corporation shall be:

**6. Name, Address and Signature of Incorporator:** (attach additional page if more than one incorporator)

Neil Infante    X *[signature]*
Name                Incorporator Signature

6130 Flamingo Road   Las Vegas   NV   89103
Address              City        State  Zip Code

**7. Certificate of Acceptance of Appointment of Registered Agent:**

I hereby accept appointment as Registered Agent for the above named Entity.

X *[signature]*                                        8-21-08
Authorized Signature of Registered Agent or On Behalf of Registered Agent Entity    Date

*This form must be accompanied by appropriate fees.*

Nevada Secretary of State NRS 78 Articles
Revised on 7-1-08

**(PROFIT) INITIAL LIST OF OFFICERS, DIRECTORS AND REGISTERED AGENT OF**

FILE NUMBER

EMP MEDIA, INC

Redacted

(Name of Corporation)

FOR THE FILING PERIOD OF **8/2008** TO **8/2009**

The corporation's duly appointed registered agent in the State of Nevada upon whom process can be served is:

EMP MEDIA, INC C/O NEIL INFANTE, PRESIDENT
6130 FLAMINGO ROAD
LAS VEGAS, NV 89103  USA

| Filed in the office of | Document Number |
|---|---|
| *signature* Ross Miller Secretary of State State of Nevada | 20080583782-73 |
| | Filing Date and Time 09/02/2008 10:30 AM |
| | Entity Number Redacted |

☐ CHECK BOX IF YOU REQUIRE A FORM TO UPDATE YOUR REGISTERED AGENT INFORMATION

(This document was filed electronically.)
THE ABOVE SPACE IS FOR OFFICE USE ONLY

Important: Read instructions before completing and returning this form.

1. Print or type names and addresses either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors must be named. Have an officer sign the form. FORM WILL BE RETURNED IF UNSIGNED.
2. If there are additional directors attach a list of them to this form.
3. Return the completed form with the $125.00 filing fee. A $75.00 penalty must be added for failure to file this form by the last day of first month following the incorporation/initial registration with this office.
4. Make your check payable to the Secretary of State. Your cancelled check will constitute a certificate to transact business per NRS 78.155. To receive a certified copy, enclose an additional $30.00 and appropriate instructions.
5. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, NV 89701-4201, (775) 684-5708.
6. Form must be in the possession of the Secretary of State on or before the last day of the first month following the incorporation/initial registration date. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties.

FILING FEE $125.00      LATE PENALTY $75.00

---

**CHECK ONLY IF APPLICABLE**

☐ This corporation is a publicly traded corporation. The Central Index Key number is:

☐ This publicly traded corporation is not required to have a Central Index Key number.

| NAME | TITLE(S) | | |
|---|---|---|---|
| NEIL INFANTE | PRESIDENT (OR EQUIVALENT OF) | | |
| ADDRESS | CITY | ST | ZIP |
| Redacted Personal Information | LAS VEGAS | NV | Redacted |
| NAME | TITLE(S) | | |
| NEIL INFANTE | SECRETARY (OR EQUIVALENT OF) | | |
| ADDRESS | CITY | ST | ZIP |
| Redacted Personal Information | LAS VEGAS | NV | Redacted |
| NAME | TITLE(S) | | |
| NEIL INFANTE | TREASURER (OR EQUIVALENT OF) | | |
| ADDRESS | CITY | ST | ZIP |
| Redacted Personal Information | LAS VEGAS | NV | Redacted |
| NAME | TITLE(S) | | |
| NEIL INFANTE | DIRECTOR | | |
| ADDRESS | CITY | ST | ZIP |
| Redacted Personal Information | LAS VEGAS | NV | Redacted |

I declare, to the best of my knowledge under penalty of perjury that the above mentioned entity has complied with the provisions of NRS 360.780 and acknowledge that pursuant to NRS 239.330 it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

X Signature of Officer NEIL INFANTE     Title PRESIDENT     Date 9/2/2008 10:45:06 AM

Nevada Secretary of State Form INITIAL LIST-PROFIT 2003
Revised on 7/21/2003

(PROFIT) ANNUAL LIST OF OFFICERS, DIRECTORS AND REGISTERED AGENT OF

FILE NUMBER

Redacted

EMP MEDIA, INC

(Name of Corporation)

FOR THE FILING PERIOD OF 8/2008 TO 8/2009

The corporation's duly appointed registered agent in the State of Nevada upon whom process can be served is:

EMP MEDIA, INC C/O NEIL INFANTE, PRESIDENT
6130 FLAMINGO ROAD
LAS VEGAS, NV 89103  USA

| Filed in the office of | Document Number |
|---|---|
| *signature* Ross Miller Secretary of State State of Nevada | 20080630394-85 |
| | Filing Date and Time |
| | 09/23/2008 6:10 PM |
| | Entity Number |
| | Redacted |

☐ CHECK BOX IF YOU REQUIRE A FORM TO UPDATE YOUR REGISTERED AGENT INFORMATION

Important: Read instructions before completing and returning this form.

(This document was filed electronically.)
THE ABOVE SPACE IS FOR OFFICE USE ONLY

1. Print or type names and addresses either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors and all directors must be named. Have an officer sign the form. FORM WILL BE RETURNED IF UNSIGNED.
2. If there are additional directors attach a list of them to this form.
3. Return the completed to* with the filing fee. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.
4. Make your check payable to the Secretary of State. Your cancelled check will constitute a certificate to transact business per NRS 78.155. To receive a certified copy, enclose an additional $30.00 and appropriate instructions.
5. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, NV 89701-4201, (775) 684-5708.
6. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties.

## CHECK ONLY IF APPLICABLE

☐ This corporation is a publicly traded corporation. The Central Index Key number is:

☐ This publicly traded corporation is not required to have a Central Index Key number.

| NAME | TITLE(S) | | |
|---|---|---|---|
| BURAK BASKAN | PRESIDENT (OR EQUIVALENT OF) | | |
| ADDRESS | CITY | St | Zip |
| Redacted Personal Information | LAS VEGAS | NV | Redacted |

| NAME | TITLE(S) | | |
|---|---|---|---|
| NEIL INFANTE | SECRETARY (OR EQUIVALENT OF) | | |
| ADDRESS | CITY | St | Zip |
| Redacted Personal Information | LAS VEGAS | NV | Redacted |

| NAME | TITLE(S) | | |
|---|---|---|---|
| NEIL INFANTE | TREASURER (OR EQUIVALENT OF) | | |
| ADDRESS | CITY | St | Zip |
| Redacted Personal Information | LAS VEGAS | NV | Redacted |

| NAME | TITLE(S) | | |
|---|---|---|---|
| NEIL INFANTE | DIRECTOR | | |
| ADDRESS | CITY | St | Zip |
| Redacted Personal Information | LAS VEGAS | NV | Redacted |

I declare, to the best of my knowledge under penalty of perjury, that the above mentioned entity has complied with the provisions of NRS 360-780 and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

X Signature of Officer
BURAK BASKAN

Title PRESIDENT

Date 9/23/2008 5:23:10 PM

**(PROFIT) ANNUAL LIST OF OFFICERS, DIRECTORS AND REGISTERED AGENT AND STATE BUSINESS LICENSE APPLICATION OF:**

FILE NUMBER

| Redacted |

EMP MEDIA, INC

NAME OF CORPORATION

FOR THE FILING PERIOD OF: 8/2009 TO 8/2010

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsos.gov\*\***

The entity's duly appointed registered agent in the State of Nevada upon whom process can be served is:

*\*110101\**

EMP MEDIA, INC C/O NEIL INFANTE, PRESIDENT
6130 FLAMINGO ROAD
LAS VEGAS, NV 89103 USA

| Filed in the office of | Document Number |
| --- | --- |
| *[signature]* Ross Miller Secretary of State State of Nevada | 20090725789-89 |
| | Filing Date and Time |
| | 10/05/2009 2:38 PM |
| | Entity Number |
| | Redacted |

A FORM TO CHANGE REGISTERED AGENT INFORMATION IS FOUND AT: www.nvsos.gov

(This document was filed electronically.)
ABOVE SPACE IS FOR OFFICE USE ONLY

**USE BLACK INK ONLY - DO NOT HIGHLIGHT**

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT: Read instructions before completing and returning this form*

1 Print or type names and addresses, either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors must be named. There must be at least one director. An **Officer** must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*

2 If there are additional officers, attach a list of them to this form.

3 Complete the form with the filing fee. Annual list fee is based upon the current total authorized stock as explained in the Annual List Fee Schedule For Profit Corporations. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.

4 State business license fee is $200.00 Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.

5 Make your check payable to the Secretary of State.

6 **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. **A copy fee of $2.00 per page** is required for **each additional copy** generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.

7 Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708

8 Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

**CHECK ONLY IF APPLICABLE**

☐ Pursuant to NRS, this corporation is exempt from the business license fee. Exemption code:

☐ Month and year your State Business License expires: 20

☐ This corporation is a publicly traded corporation. The Central Index Key number is:

☐ This publicly traded corporation is not required to have a Central Index Key number.

**Section 7(2) Exemption Codes**

001 - Governmental Entity
002 - 501(c) Nonprofit Entity
003 - Home-based Business
004 - Natural Person with 4 or less rental dwelling units
005 - Motion Picture Company

| NAME | TITLE(S) | | |
| --- | --- | --- | --- |
| BURAK BASKAN | PRESIDENT (OR EQUIVALENT OF) | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| Redacted Personal Information | LAS VEGAS | NV | Redacted |

| NAME | TITLE(S) | | |
| --- | --- | --- | --- |
| NEIL INFANTE | SECRETARY (OR EQUIVALENT OF) | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| Redacted Personal Information | LAS VEGAS | NV | Redacted |

| NAME | TITLE(S) | | |
| --- | --- | --- | --- |
| NEIL INFANTE | TREASURER (OR EQUIVALENT OF) | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| Redacted Personal Information | LAS VEGAS | NV | Redacted |

| NAME | TITLE(S) | | |
| --- | --- | --- | --- |
| NEIL INFANTE | DIRECTOR | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| Redacted Personal Information | LAS VEGAS | NV | Redacted |

I declare, to the best of my knowledge under penalty of perjury, that the above mentioned entity has complied with the provisions of sections 6 to 15 of AB 146 of the 2009 session of the Nevada Legislature and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

BURAK BASKAN

**X** _____
**Signature of Officer**

| Title | Date |
| --- | --- |
| PRESIDENT | 10/5/2009 2:36:01 PM |

Nevada Secretary of State Annual List Profit
Revised: 8-5-09

Att. II - Page 7

**(PROFIT) ANNUAL LIST OF OFFICERS, DIRECTORS AND REGISTERED AGENT AND STATE BUSINESS LICENSE APPLICATION OF:**

FILE NUMBER

EMP MEDIA, INC

Redacted

NAME OF CORPORATION

FOR THE FILING PERIOD OF: 8/2009 TO 8/2010

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsos.gov\*\***

The entity's duly appointed registered agent in the State of Nevada upon whom process can be served is:

\*110101\*

EMP MEDIA, INC C/O NEIL INFANTE, PRESIDENT
6130 FLAMINGO ROAD
LAS VEGAS, NV 89103 USA

| Filed in the office of | Document Number |
| --- | --- |
| *~signature~* Ross Miller Secretary of State State of Nevada | 20100302180-07 |
| | Filing Date and Time |
| | 05/03/2010 4:42 PM |
| | Entity Number |
| | Redacted |

A FORM TO CHANGE REGISTERED AGENT INFORMATION IS FOUND AT: www.nvsos.gov

(This document was filed electronically.)
ABOVE SPACE IS FOR OFFICE USE ONLY

**USE BLACK INK ONLY - DO NOT HIGHLIGHT**

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT: Read instructions before completing and returning this form*

1. Print or type names and addresses, either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors must be named. There must be at least one director. An **Officer** must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*
2. If there are additional officers, attach a list of them to this form.
3. Return the complete form with the filing fee. Annual list fee is based upon the current total authorized stock as explained in the Annual List Fee Schedule For Profit Corporations. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.
4. State business license fee is $200.00. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.
5. Make your check payable to the Secretary of State.
6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A **copy fee of $2.00 per page** is required for **each additional copy** generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.
7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708
8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

| CHECK ONLY IF APPLICABLE | Section 7(2) Exemption Codes |
| --- | --- |
| ☐ Pursuant to NRS, this corporation is exempt from the business license fee. Exemption code: | 001 - Governmental Entity |
| ☐ Month and year your State Business License expires: 20 | 002 - 501(c) Nonprofit Entity |
| ☐ This corporation is a publicly traded corporation. The Central Index Key number is: | 003 - Home-based Business |
| ☐ This publicly traded corporation is not required to have a Central Index Key number. | 004 - Natural Person with 4 or less rental dwelling units |
| | 005 - Motion Picture Company |
| | 006 - NRS 680B.020 Insurance Co. |

| NAME | TITLE(S) |
| --- | --- |
| BURAK BASKAN | **PRESIDENT** (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- |
| Redacted Personal Information | LAS VEGAS | NV | Redacted |

| NAME | TITLE(S) |
| --- | --- |
| NEIL INFANTE | **SECRETARY** (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- |
| Redacted Personal Information | LAS VEGAS | NV | Redacted |

| NAME | TITLE(S) |
| --- | --- |
| SHAD APPLEGATE | **TREASURER** (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- |
| 6130 FLAMKINGO RD , USA | LAS VEGAS | NV | 89103 |

| NAME | TITLE(S) |
| --- | --- |
| NEIL INFANTE | **DIRECTOR** |

| ADDRESS | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- |
| Redacted Personal Information | LAS VEGAS | NV | Redacted |

I declare, to the best of my knowledge under penalty of perjury, that the above mentioned entity has complied with the provisions of sections 6 to 18 of AB 146 of the 2009 session of the Nevada Legislature and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

BURAK BASKAN

X _____
**Signature of Officer**

| Title | Date |
| --- | --- |
| PRESIDENT | 5/3/2010 4:41:04 PM |

Nevada Secretary of State Annual List Profit
Revised: 8-5-09

Att. II - Page 8

**(PROFIT) ANNUAL LIST OF OFFICERS, DIRECTORS AND REGISTERED AGENT AND STATE BUSINESS LICENSE APPLICATION OF:**

FILE NUMBER

EMP MEDIA, INC

Redacted

NAME OF CORPORATION

FOR THE FILING PERIOD OF: 8/2010 TO 8/2011

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsos.gov\*\***

The entity's duly appointed registered agent in the State of Nevada upon whom process can be served is:

\*110101\*

EMP MEDIA, INC C/O NEIL INFANTE, PRESIDENT
6130 FLAMINGO ROAD
LAS VEGAS, NV 89103 USA

| Filed in the office of | Document Number |
| --- | --- |
| *signature* Ross Miller Secretary of State State of Nevada | 20100503747-19 |
| | Filing Date and Time |
| | 07/08/2010 3:35 PM |
| | Entity Number |
| | Redacted |

A FORM TO CHANGE REGISTERED AGENT INFORMATION IS FOUND AT: www.nvsos.gov

(This document was filed electronically.)
ABOVE SPACE IS FOR OFFICE USE ONLY

**USE BLACK INK ONLY - DO NOT HIGHLIGHT**

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT: Read instructions before completing and returning this form*

1. Print or type names and addresses, either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors must be named. There must be at least one director. An **Officer** must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*
2. If there are additional officers, attach a list of them to this form.
3. Return the complete form with the filing fee. Annual list fee is based upon the current total authorized stock as explained in the Annual List Fee Schedule For Profit Corporations. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.
4. State business license fee is $200.00. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.
5. Make your check payable to the Secretary of State.
6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional cost. To receive a certified copy, enclose an additional $30.00 per certification. A **copy fee of $2.00 per page** is required for **each additional copy** generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.
7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708
8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

| **CHECK ONLY IF APPLICABLE** | Section 7(2) Exemption Codes |
| --- | --- |
| ☐ Pursuant to NRS, this corporation is exempt from the business license fee. Exemption code: | 001 - Governmental Entity |
| ☐ Month and year your State Business License expires: 20 | 002 - 501(c) Nonprofit Entity |
| ☐ This corporation is a publicly traded corporation. The Central Index Key number is: | 003 - Home-based Business<br>004 - Natural Person with 4 or less rental dwelling units |
| ☐ This publicly traded corporation is not required to have a Central Index Key number. | 005 - Motion Picture Company<br>006 - NRS 680B.020 Insurance Co. |

| NAME | TITLE(S) |
| --- | --- |
| BURAK BASKAN | **PRESIDENT** (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- |
| Redacted Personal Information | LAS VEGAS | NV | Redacted |

| NAME | TITLE(S) |
| --- | --- |
| NEIL INFANTE | **SECRETARY** (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- |
| Redacted Personal Information | LAS VEGAS | NV | Redacted |

| NAME | TITLE(S) |
| --- | --- |
| SHAD APPLEGATE | **TREASURER** (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- |
| 6130 FLAMKINGO RD , USA | LAS VEGAS | NV | 89103 |

| NAME | TITLE(S) |
| --- | --- |
| NEIL INFANTE | **DIRECTOR** |

| ADDRESS | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- |
| Redacted Personal Information | LAS VEGAS | NV | Redacted |

I declare, to the best of my knowledge under penalty of perjury, that the above mentioned entity has complied with the provisions of sections 6 to 16 of AB 146 of the 2009 session of the Nevada Legislature and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

BURAK BASKAN

**X** _____

**Signature of Officer**

| Title | Date |
| --- | --- |
| PRESIDENT | 7/8/2010 3:28:47 PM |

Nevada Secretary of State Annual List Profit
Revised: 8-5-09

Att. II - Page 9



**ROSS MILLER**
**Secretary of State**
**202 North Carson Street**
**Carson City, Nevada 89701-4201**
**(775) 684-5708**
**Website: www.nvsos.gov**



*181002*

# Statement of Change of Registered Agent by Represented Entity

(PURSUANT TO NRS 77.340)

| Filed in the office of | Document Number |
|---|---|
| *(signature)* Ross Miller Secretary of State State of Nevada | **20100876718-50** |
| | Filing Date and Time **11/22/2010 4:03 PM** |
| | Entity Number Redacted |

This form may be submitted by: the Represented Entity to appoint a new Registered Agent or amend own service of process info. For more information please visit http://www.nvsos.gov/index.aspx?page=141

USE BLACK INK ONLY - DO NOT HIGHLIGHT

ABOVE SPACE IS FOR OFFICE USE ONLY

1. Name of Represented Entity:

EMP MEDIA, INC

2. Entity File Number: Redacted

3. This statement of change will have the following effect: (check only one)

   ☒ Appoints a new agent for service of process (complete 4a or 4b)

   ☐ Updates contact information of the Represented Entity acting as own agent (complete 4c)

4. Information in effect upon the filing of this statement: (complete only one section)

a) Commercial Registered Agent:

_____
Name

b) Noncommercial Registered Agent:

KEITH E. GREGORY & ASSOCIATES
Name

| Redacted Personal Information | LAS VEGAS | Nevada | Redacted |
|---|---|---|---|
| Street Address | City | | Zip Code |
| | | Nevada | |
| Mailing Address (if different from street address) | City | | Zip Code |

c) Title of Office or Other Position within Represented Entity:

_____
Name of Title or Position

| | | Nevada | |
|---|---|---|---|
| Street Address | City | | Zip Code |
| | | Nevada | |
| Mailing Address (if different from street address) | City | | Zip Code |

5. Signature of Represented Entity: (required)

X _____
Authorized Signature

11/22/10
Date

6. Registered Agent Acceptance: (required)

I hereby accept appointment as Registered Agent for the above named Entity.

X _____
Authorized Signature of Registered Agent or On Behalf of Registered Agent Entity

11/22/10
Date

## FEE: $60.00

This form must be accompanied by appropriate fees.

Nevada Secretary of State Form RA Change by Entity
Effective 5-13-10

# (PROFIT) ANNUAL LIST OF OFFICERS, DIRECTORS AND REGISTERED AGENT AND STATE BUSINESS LICENSE APPLICATION OF:

FILE NUMBER

EMP MEDIA, INC

Redacted

NAME OF CORPORATION

FOR THE FILING PERIOD OF: 8/2011 TO 8/2012

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsos.gov\*\***

The entity's duly appointed registered agent in the State of Nevada upon whom process can be served is:

KEITH GREGORY & ASSOCIATES

Redacted Personal Information

LAS VEGAS, NV

A FORM TO CHANGE REGISTERED AGENT INFORMATION IS FOUND AT: www.nvsos.gov

*110101*

| Filed in the office of | Document Number |
|---|---|
| *signature* Ross Miller Secretary of State State of Nevada | 20120086774-27 |
| | Filing Date and Time |
| | 02/06/2012 12:43 PM |
| | Entity Number |
| | Redacted |

(This document was filed electronically.)
ABOVE SPACE IS FOR OFFICE USE ONLY

**USE BLACK INK ONLY - DO NOT HIGHLIGHT**

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT: Read instructions before completing and returning this form*

1. Print or type names and addresses, either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors must be named. There must be at least one director. An **Officer** must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*

2. If there are additional officers, attach a list of them to this form.

3. Return the complete form with the filing fee. Annual list fee is based upon the current total authorized stock as explained in the Annual List Fee Schedule For Profit Corporations. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.

4. State business license fee is $200.00. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.

5. Make your check payable to the Secretary of State.

6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional cost. To receive a certified copy, enclose an additional $30.00 per certification. **A copy fee of $2.00 per page** is required for **each additional copy** generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.

7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708

8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

| CHECK ONLY IF APPLICABLE | Section 7(2) Exemption Codes |
|---|---|
| ☐ Pursuant to NRS, this corporation is exempt from the business license fee. Exemption code: | 001 - Governmental Entity |
| ☐ Month and year your State Business License expires: 20 | 002 - 501(c) Nonprofit Entity |
| | 003 - Home-based Business |
| ☐ This corporation is a publicly traded corporation. The Central Index Key number is: | 004 - Natural Person with 4 or less rental dwelling units |
| | 005 - Motion Picture Company |
| ☐ This publicly traded corporation is not required to have a Central Index Key number. | 006 - NRS 680B.020 Insurance Co. |

| NAME | TITLE(S) | | |
|---|---|---|---|
| BURAK BASKAN | PRESIDENT (OR EQUIVALENT OF) | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| Redacted Personal Information | LAS VEGAS | NV | Redacted |

| NAME | TITLE(S) | | |
|---|---|---|---|
| NEIL INFANTE | SECRETARY (OR EQUIVALENT OF) | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| Redacted Personal Information | LAS VEGAS | NV | Redacted |

| NAME | TITLE(S) | | |
|---|---|---|---|
| SHAD APPLEGATE | TREASURER (OR EQUIVALENT OF) | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| 6130 FLAMKINGO RD , USA | LAS VEGAS | NV | 89103 |

| NAME | TITLE(S) | | |
|---|---|---|---|
| NEIL INFANTE | DIRECTOR | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| Redacted Personal Information | LAS VEGAS | NV | Redacted |

I declare, to the best of my knowledge under penalty of perjury, that the above mentioned entity has complied with the provisions of sections 6 to 18 of AB 146 of the 2009 session of the Nevada Legislature and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

SHAD APPLEGATE

X _____
**Signature of Officer**

| Title | Date |
|---|---|
| TREASURER | 2/6/2012 12:40:53 PM |

Nevada Secretary of State Annual List Profit
Revised: 8-5-09

Att. II - Page 11

# (PROFIT) ANNUAL LIST OF OFFICERS, DIRECTORS AND REGISTERED AGENT AND STATE BUSINESS LICENSE APPLICATION OF:

FILE NUMBER

**EMP MEDIA, INC**

Redacted

NAME OF CORPORATION

| FOR THE FILING PERIOD OF | 8/2012 | TO | 8/2013 |

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsos.gov\*\***

The entity's duly appointed registered agent in the State of Nevada upon whom process can be served is:

KEITH GREGORY & ASSOCIATES
Redacted Personal Information
LAS VEGAS, NV

A FORM TO CHANGE REGISTERED AGENT INFORMATION IS FOUND AT: www.nvsos.gov

*110101*

Filed in the office of

*[signature]* Ross Miller
Secretary of State
State of Nevada

Document Number
**20120743740-60**

Filing Date and Time
**10/31/2012 1:00 PM**

Entity Number
Redacted

(This document was filed electronically.)
ABOVE SPACE IS FOR OFFICE USE ONLY

**USE BLACK INK ONLY - DO NOT HIGHLIGHT**

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT: Read instructions before completing and returning this form*

1. Print or type names and addresses, either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors must be named. There must be at least one director. An **Officer** must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*

2. If there are additional officers, attach a list of them to this form.

3. Return the complete form with the filing fee. Annual list fee is based upon the current total authorized stock as explained in the Annual List Fee Schedule For Profit Corporations. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.

4. State business license fee is $200.00. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.

5. Make your check payable to the Secretary of State.

6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. **A copy fee of $2.00 per page** is required for **each additional copy** generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.

7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708

8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

| **CHECK ONLY IF APPLICABLE** | Section 7(2) Exemption Codes |
|---|---|
| ☐ Pursuant to NRS, this corporation is exempt from the business license fee. Exemption code: | 001 - Governmental Entity<br>002 - 501(c) Nonprofit Entity |
| ☐ Month and year your State Business License expires: **20** | 003 - Home-based Business<br>004 - Natural Person with 4 or less rental dwelling units |
| ☐ This corporation is a publicly traded corporation. The Central Index Key number is: | 005 - Motion Picture Company |
| ☐ This publicly traded corporation is not required to have a Central Index Key number. | 006 - NRS 680B.020 Insurance Co. |

| NAME | TITLE(S) |
|---|---|
| SHAD APPLEGATE | PRESIDENT (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 6130 FLAMINGO RD , USA | LAS VEGAS | NV | 89103 |

| NAME | TITLE(S) |
|---|---|
| SHAD APPLEGATE | SECRETARY (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 6130 FLAMINGO RD , USA | LAS VEGAS | NV | 89103 |

| NAME | TITLE(S) |
|---|---|
| SHAD APPLEGATE | TREASURER (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 6130 FLAMKINGO RD , USA | LAS VEGAS | NV | 89103 |

| NAME | TITLE(S) |
|---|---|
| SHAD APPLEGATE | DIRECTOR |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 6130 FLAMINGO RD , USA | LAS VEGAS | NV | 89103 |

I declare, to the best of my knowledge under penalty of perjury, that the above mentioned entity has complied with the provisions of sections 6 to 16 of AB 146 of the 2009 session of the Nevada Legislature and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

SHAD APPLEGATE

**X** _____
**Signature of Officer**

| Title | Date |
|---|---|
| PRESIDENT | 10/31/2012 12:58:36 PM |

Nevada Secretary of State Annual List Profit
Revised: 8-5-09

Att. II - Page 12

# (PROFIT) ANNUAL LIST OF OFFICERS, DIRECTORS AND REGISTERED AGENT AND STATE BUSINESS LICENSE APPLICATION OF:

FILE NUMBER

EMP MEDIA, INC

Redacted

NAME OF CORPORATION

FOR THE FILING PERIOD OF: **AUG, 2012** TO **AUG, 2013**

*110105*

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsos.gov\*\***

The entity's duly appointed registered agent in the State of Nevada upon whom process can be served is:

**KEITH GREGORY & ASSOCIATES**

Redacted Personal Information

**LAS VEGAS, NV**

| Filed in the office of | Document Number |
| --- | --- |
| *signature* Ross Miller Secretary of State State of Nevada | 20130218930-59 |
| | Filing Date and Time |
| | **04/01/2013 3:09 PM** |
| | Entity Number |
| | Redacted |

A FORM TO CHANGE REGISTERED AGENT INFORMATION IS FOUND AT: www.nvsos.gov

(This document was filed electronically.)
**ABOVE SPACE IS FOR OFFICE USE ONLY**

**USE BLACK INK ONLY - DO NOT HIGHLIGHT**

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT: Read instructions before completing and returning this form*

1. Print or type names and addresses, either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors must be named. There must be at least one director. An **Officer** must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*
2. If there are additional officers, attach a list of them to this form.
3. Complete the completed form with the filing fee. Annual list fee is based upon the current total authorized stock as explained in the Annual List Fee Schedule For Profit Corporations. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.
4. State business license fee is $200.00 Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.
5. Make your check payable to the Secretary of State.
6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A **copy fee of $2.00 per page** is required for **each additional copy** generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.
7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708
8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

**CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW**

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: ☐

**NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.**

☐ The corporation is a publicly traded corporation. The Central Index Key number is:

☐ This publicly traded corporation is not required to have a Central Index Key number.

**NRS 76.020 Exemption Codes**
001 - Governmental Entity
005 - Motion Picture Company
006 - NRS 680B.020 Insurance Co.

| NAME | TITLE(S) | | |
| --- | --- | --- | --- |
| DENA RENEE WRIGHT | **PRESIDENT** (OR EQUIVALENT OF) | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| 6130 FLAMINGO RD , USA | LAS VEGAS | NV | 89103 |

| NAME | TITLE(S) | | |
| --- | --- | --- | --- |
| SHAD APPLEGATE | **SECRETARY** (OR EQUIVALENT OF) | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| 6130 FLAMINGO RD , USA | LAS VEGAS | NV | 89103 |

| NAME | TITLE(S) | | |
| --- | --- | --- | --- |
| SHAD APPLEGATE | **TREASURER** (OR EQUIVALENT OF) | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| 6130 FLAMKINGO RD , USA | LAS VEGAS | NV | 89103 |

| NAME | TITLE(S) | | |
| --- | --- | --- | --- |
| SHAD APPLEGATE | **DIRECTOR** | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| 6130 FLAMINGO RD , USA | LAS VEGAS | NV | 89103 |

I declare, to the best of my knowledge under penalty of perjury, that the above mentioned entity has complied with the provisions of NRS Chapter 76 and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

NEIL INFANTE

**X** _____

**Signature of Officer**

| Title | Date |
| --- | --- |
| CEO | 4/1/2013 3:09:10 PM |

Nevada Secretary of State Annual List Profit
Revised 3-9-12

# (PROFIT) ANNUAL LIST OF OFFICERS, DIRECTORS AND REGISTERED AGENT AND STATE BUSINESS LICENSE APPLICATION OF:

FILE NUMBER

Redacted

EMP MEDIA, INC

NAME OF CORPORATION

FOR THE FILING PERIOD OF **AUG, 2013** TO **AUG, 2014**

||||||||||||||||||||||||||
*110105*

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsos.gov\*\***

The entity's duly appointed registered agent in the State of Nevada upon whom process can be served is:

**KEITH GREGORY & ASSOCIATES**

Redacted Personal Information

**LAS VEGAS, NV**

A FORM TO CHANGE REGISTERED AGENT INFORMATION IS FOUND AT: www.nvsos.gov

| Filed in the office of | Document Number |
| --- | --- |
| *~in Mu* | 20130575732-15 |
| | Filing Date and Time |
| Ross Miller | 08/30/2013 3:29 PM |
| Secretary of State | Entity Number |
| State of Nevada | Redacted |

(This document was filed electronically.)
ABOVE SPACE IS FOR OFFICE USE ONLY

**USE BLACK INK ONLY - DO NOT HIGHLIGHT**

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT: Read instructions before completing and returning this form.*

1. Print or type names and addresses, either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors must be named. There must be at least one director. An **Officer** must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*
2. If there are additional officers, attach a list of them to this form.
3. Return the completed form with the filing fee. Annual list fee is based upon the current total authorized stock as explained in the Annual List Fee Schedule For Profit Corporations. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.
4. State business license fee is $200.00. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.
5. Make your check payable to the Secretary of State.
6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. **A copy fee of $2.00 per page** is required for **each additional copy** generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.
7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708
8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

**CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW**

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code:

**NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.**

☐ This corporation is a publicly traded corporation. The Central Index Key number is:

☐ This publicly traded corporation is not required to have a Central Index Key number.

**NRS 76.020 Exemption Codes**
001 - Governmental Entity
005 - Motion Picture Company
006 - NRS 680B.020 Insurance Co.

| NAME | TITLE(S) | | |
| --- | --- | --- | --- |
| DENA RENEE WRIGHT | **PRESIDENT** (OR EQUIVALENT OF) | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| 6130 FLAMINGO RD , USA | LAS VEGAS | NV | 89103 |

| NAME | TITLE(S) | | |
| --- | --- | --- | --- |
| SHAD APPLEGATE | **SECRETARY** (OR EQUIVALENT OF) | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| 6130 FLAMINGO RD , USA | LAS VEGAS | NV | 89103 |

| NAME | TITLE(S) | | |
| --- | --- | --- | --- |
| SHAD APPLEGATE | **TREASURER** (OR EQUIVALENT OF) | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| 6130 FLAMKINGO RD , USA | LAS VEGAS | NV | 89103 |

| NAME | TITLE(S) | | |
| --- | --- | --- | --- |
| SHAD APPLEGATE | **DIRECTOR** | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| 6130 FLAMINGO RD , USA | LAS VEGAS | NV | 89103 |

I declare, to the best of my knowledge under penalty of perjury, that the above mentioned entity has complied with the provisions of NRS Chapter 76 and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

SHAD APPLEGATE

**X** _____

**Signature of Officer**

| Title | Date |
| --- | --- |
| SECRETARY | 8/30/2013 3:29:02 PM |

Nevada Secretary of State Annual List Profit
Revised 3-9-12

# (PROFIT) INITIAL/ANNUAL LIST OF OFFICERS, DIRECTORS AND STATE BUSINESS LICENSE APPLICATION OF:

ENTITY NUMBER

Redacted

**EMP MEDIA, INC**
NAME OF CORPORATION

FOR THE FILING PERIOD OF: **AUG, 2013** TO **AUG, 2014**

*100101*

USE BLACK INK ONLY - DO NOT HIGHLIGHT

## **YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov**

☐ **Return one file stamped copy.** (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT:* Read instructions before completing and returning this form.

1. Print or type names and addresses, either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors must be named. There must be at least one director. An **Officer** must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*

2. If there are additional officers, attach a list of them to this form.

3. Return the completed form with the filing fee. Annual list fee is based upon the current total authorized stock as explained in the Annual List Fee Schedule For Profit Corporations. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.

4. State business license fee is $200.00. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.

5. Make your check payable to the Secretary of State.

6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. **A copy fee of $2.00 per page** is required for **each additional copy** generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.

7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708

8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

| | |
|---|---|
| Filed in the office of | Document Number |
| *~Ross Miller~* | 20140083318-80 |
| | Filing Date and Time |
| Ross Miller | 02/03/2014 11:47 AM |
| Secretary of State | Entity Number |
| State of Nevada | Redacted |

(This document was filed electronically.)
**ABOVE SPACE IS FOR OFFICE USE ONLY**

## CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: ☐

**NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.**

☐ This corporation is a publicly traded corporation. The Central Index Key number is:

☐ This publicly traded corporation is not required to have a Central Index Key number.

**NRS 76.020 Exemption Codes**
001 - Governmental Entity
005 - Motion Picture Company
006 - NRS 680B.020 Insurance Co.

| NAME | TITLE(S) | | | |
|---|---|---|---|---|
| BOGDAN PRUNES | **PRESIDENT** (OR EQUIVALENT OF) | | | |
| ADDRESS | CITY | | STATE | ZIP CODE |
| Redacted Personal Information | LAS VEGAS | | NV | Redacted |

| NAME | TITLE(S) | | | |
|---|---|---|---|---|
| SHAD APPLEGATE | **SECRETARY** (OR EQUIVALENT OF) | | | |
| ADDRESS | CITY | | STATE | ZIP CODE |
| 6130 FLAMINGO RD , USA | LAS VEGAS | | NV | 89103 |

| NAME | TITLE(S) | | | |
|---|---|---|---|---|
| DENA RENEE WRIGHT | **TREASURER** (OR EQUIVALENT OF) | | | |
| ADDRESS | CITY | | STATE | ZIP CODE |
| 6130 FLAMINGO RD , USA | LAS VEGAS | | NV | 89103 |

| NAME | TITLE(S) | | | |
|---|---|---|---|---|
| SHAD APPLEGATE | **DIRECTOR** | | | |
| ADDRESS | CITY | | STATE | ZIP CODE |
| 6130 FLAMINGO RD , USA | LAS VEGAS | | NV | 89103 |

**None of the officers or directors identified in the list of officers has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of an officer or director in furtherance of any unlawful conduct.**

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

**X** NEIL INFANTE

**Signature of Officer or
Other Authorized Signature**

| Title | Date |
|---|---|
| DIRECTOR | 2/3/2014 11:47:32 AM |

Nevada Secretary of State List Profit
Revised 7-31-13

**(PROFIT) INITIAL/ANNUAL LIST OF OFFICERS, DIRECTORS AND STATE BUSINESS LICENSE APPLICATION OF:**

ENTITY NUMBER

EMP MEDIA, INC
NAME OF CORPORATION

Redacted

FOR THE FILING PERIOD OF   AUG, 2013   TO   AUG, 2014

*100101*

**USE BLACK INK ONLY - DO NOT HIGHLIGHT**

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov\*\***

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT: Read instructions before completing and returning this form.*

1 Print or type names and addresses, either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors must be named. There must be at least one director. An **Officer** must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*

2 If there are additional officers, attach a list of them to this form.

3 Return the completed form with the filing fee. Annual list fee is based upon the current total authorized stock as explained in the Annual List Fee Schedule For Profit Corporations. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.

4 State business license fee is $200.00. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.

5 Make your check payable to the Secretary of State.

6 **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. **A copy fee of $2.00 per page** is required for **each additional copy** generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.

7 Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708

8 Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

Filed in the office of

Ross Miller
Secretary of State
State of Nevada

Document Number
20140261079-62
Filing Date and Time
04/08/2014 12:24 PM
Entity Number
Redacted

(This document was filed electronically.)
**ABOVE SPACE IS FOR OFFICE USE ONLY**

| CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW | |
|---|---|
| ☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: [ ] | **NRS 76.020 Exemption Codes** |
| **NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.** | 001 - Governmental Entity |
| ☐ This corporation is a publicly traded corporation. The Central Index Key number is: | 005 - Motion Picture Company |
| ☐ This publicly traded corporation is not required to have a Central Index Key number. | 006 - NRS 680B.020 Insurance Co. |

| NAME | TITLE(S) |
|---|---|
| B. LAMBERT | PRESIDENT (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| Redacted Personal Information | SPARKS | NV | Redacted |

| NAME | TITLE(S) |
|---|---|
| B. LAMBERT | SECRETARY (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| Redacted Personal Information | SPARKS | NV | Redacted |

| NAME | TITLE(S) |
|---|---|
| B. LAMBERT | TREASURER (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| Redacted Personal Information | SPARKS | NV | Redacted |

| NAME | TITLE(S) |
|---|---|
| B. LAMBERT | DIRECTOR |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| Redacted Personal Information | SPARKS | NV | Redacted |

**None of the officers or directors identified in the list of officers has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of an officer or director in furtherance of any unlawful conduct.**

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

**X** B. LAMBERT

**Signature of Officer or Other Authorized Signature**

| Title | Date |
|---|---|
| PRESIDENT | 4/8/2014 12:24:08 PM |

Nevada Secretary of State List Profit
Revised 7-31-13

Att. II - Page 16

# (PROFIT) INITIAL ANNUAL LIST OF OFFICERS, DIRECTORS AND STATE BUSINESS LICENSE APPLICATION OF:

ENTITY NUMBER

Redacted

**EMP MEDIA, INC**
NAME OF CORPORATION

FOR THE FILING PERIOD OF ☐ **AUG, 2013** TO ☐ **AUG, 2014**

*100101*

**USE BLACK INK ONLY - DO NOT HIGHLIGHT**

## **\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov\*\***

☐ **Return one file stamped copy.** (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT:* Read instructions before completing and returning this form.

1 Print or type names and addresses, either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors must be named. There must be at least one director. An **Officer** must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*

2 If there are additional officers, attach a list of them to this form.

3 Return the completed form with the filing fee. Annual list fee is based upon the current total authorized stock as explained in the Annual List Fee Schedule For Profit Corporations. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.

4 State business license fee is $200.00. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.

5 Make your check payable to the Secretary of State.

6 **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. **A copy fee of $2.00 per page** is required for **each additional copy** generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.

7 Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708

8 Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

| Filed in the office of | Document Number |
|---|---|
| *signature* Ross Miller Secretary of State State of Nevada | 20140264663-04 |
| | Filing Date and Time |
| | 04/09/2014 2:53 PM |
| | Entity Number |
| | Redacted |

(This document was filed electronically.)
**ABOVE SPACE IS FOR OFFICE USE ONLY**

## CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: ☐

**NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.**

☐ This corporation is a publicly traded corporation. The Central Index Key number is:

☐ This publicly traded corporation is not required to have a Central Index Key number.

**NRS 76.020 Exemption Codes**
001 - Governmental Entity
005 - Motion Picture Company
006 - NRS 680B.020 Insurance Co.

| NAME | TITLE(S) |
|---|---|
| B. LAMBERT | **PRESIDENT** (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| Redacted Personal Information | SPARKS | NV | Redacted |

| NAME | TITLE(S) |
|---|---|
| SHAD APPLEGATE | **SECRETARY** (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 6130 FLAMINGO , USA | LAS VEGAS | NV | 89103 |

| NAME | TITLE(S) |
|---|---|
| B. LAMBERT | **TREASURER** (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| Redacted Personal Information | SPARKS | NV | Redacted |

| NAME | TITLE(S) |
|---|---|
| B. LAMBERT | **DIRECTOR** |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| Redacted Personal Information | SPARKS | NV | Redacted |

**None of the officers or directors identified in the list of officers has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of an officer or director in furtherance of any unlawful conduct.**

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

**X** SHAD APPLEGATE

**Signature of Officer or
Other Authorized Signature**

| Title | Date |
|---|---|
| SECRETARY | 4/9/2014 2:52:59 PM |

Nevada Secretary of State List Profit
Revised 7-31-13



**ROSS MILLER**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov



*180402*

# Statement of Resignation of Registered Agent

(PURSUANT TO NRS 77.370)

**This form may be submitted by:** a Commercial Registered Agent, Noncommercial Registered Agent or Represented Entity. For more information please visit http://www.nvsos.gov/index.aspx?page=141

| Filed in the office of | Document Number |
|---|---|
| *signature* Ross Miller Secretary of State State of Nevada | **20140498244-88** |
| | Filing Date and Time |
| | **07/10/2014 5:53 AM** |
| | Entity Number |
| | Redacted |

USE BLACK INK ONLY - DO NOT HIGHLIGHT

ABOVE SPACE IS FOR OFFICE USE ONLY

1. Name of Registered Agent:

KEITH GREGORY & ASSOCIATES

2. The above named registered agent resigns from serving as agent for service of process for the following entity(ies) and will send notice required by NRS 77.370 subsection 3 to the name and address stated for each. List entities in **alphabetical order**. Resigning agent may write "see attached list" in area below and attach a spreadsheet listing the entities in **alphabetical order** with required information provided.

| Entity Name | Entity Number | Name and Address Where Notice Sent |
|---|---|---|
| EMP MEDIA, INC | Redacted | Shad Applegate Redacted Personal Information Las Vegas, NV Redacted |
| J.P. SLACK AND COMPANY, LLC | Redacted | Revoked Address unknown |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



**X**
Authorized Signature of Registered Agent or On Behalf of Registered Agent Entity

**EFFECTIVE DATE:** This statement of resignation takes effect on the earlier of the 31st day after the day on which it is filed or the appointment of a new registered agent for the represented entity.

**FEE: $100.00** for the first entity and **$1.00** for each additional entity. (NRS 77.280)

Nevada Secretary of State Form RA Resignation
Effective: 5-14-10

**(PROFIT) INITIAL/ANNUAL LIST OF OFFICERS, DIRECTORS AND STATE BUSINESS**

## LICENSE APPLICATION OF:

ENTITY NUMBER

| Redacted |

EMP Media, Inc.

NAME OF CORPORATION

|||||
*100103*

FOR THE FILING PERIOD OF    8/31/14    TO    8/31/15

USE BLACK INK ONLY - DO NOT HIGHLIGHT

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov\*\***

☒ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT: Read instructions before completing and returning this form.*

1. Print or type names and addresses, either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors must be named. There must be at least one director. An Officer must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*

2. If there are additional officers, attach a list of them to this form.

3. Return the completed form with the filing fee. Annual list fee is based upon the current total authorized stock as explained in the Annual List Fee Schedule For Profit Corporations. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.

4. State business license fee is $500.00/$200.00 for Professional Corporations filed pursuant to NRS Chapter 89. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.

5. Make your check payable to the Secretary of State.

6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A copy fee of $2.00 per page is required for each additional copy generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.

7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.

8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

| Filed in the office of | Document Number |
| *Barbara K Cegaske* | **20150372153-49** |
| Barbara K. Cegavske | Filing Date and Time |
| Secretary of State | **08/20/2015 10:26 AM** |
| State of Nevada | Entity Number |
| | Redacted |

ABOVE SPACE IS FOR OFFICE USE ONLY

**CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW**

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: [ ]

NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached. **Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.**

☐ This corporation is a publicly traded corporation. The Central Index Key number is: _____

☐ This publicly traded corporation is not required to have a Central Index Key number.

**NRS 76.020 Exemption Codes**
001 - Governmental Entity
005 - Motion Picture Company
006 - NRS 680B.020 Insurance Co.

| NAME | TITLE(S) | | |
|------|----------|--|--|
| Neil Infante | PRESIDENT (OR EQUIVALENT OF) | | |
| **ADDRESS** | **CITY** | **STATE** | **ZIP CODE** |
| 6130 Flamingo Rd. #732 | Las Vegas | NV | 89103 |

| NAME | TITLE(S) | | |
|------|----------|--|--|
| Neil Infante | SECRETARY (OR EQUIVALENT OF) | | |
| **ADDRESS** | **CITY** | **STATE** | **ZIP CODE** |
| 6130 Flamingo Rd. #732 | Las Vegas | NV | 89103 |

| NAME | TITLE(S) | | |
|------|----------|--|--|
| Neil Infante | TREASURER (OR EQUIVALENT OF) | | |
| **ADDRESS** | **CITY** | **STATE** | **ZIP CODE** |
| 6130 Flamingo Rd. #732 | Las Vegas | NV | 89103 |

| NAME | TITLE(S) | | |
|------|----------|--|--|
| Neil Infante | DIRECTOR | | |
| **ADDRESS** | **CITY** | **STATE** | **ZIP CODE** |
| 6130 Flamingo Rd. #732 | Las Vegas | NV | 89103 |

None of the officers or directors identified in the list of officers has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of an officer or director in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

**X** _____

**Signature of Officer or Other Authorized Signature**

| Title | Date |
|-------|------|
| President | 8/20/15 |

Nevada Secretary of State List Profit
Revised: 7-1-15
Art. II - Page 19

# (PROFIT) INITIAL/ANNUAL LIST OF OFFICERS, DIRECTORS AND STATE BUSINESS LICENSE APPLICATION OF:

ENTITY NUMBER

| | |
|---|---|
| EMP Media, Inc. | Redacted |
| NAME OF CORPORATION | |

FOR THE FILING PERIOD OF  8/31/15  TO  8/31/16

\*100103\*

USE BLACK INK ONLY - DO NOT HIGHLIGHT

## **YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov**

☒ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT: Read instructions before completing and returning this form.*

1. Print or type names and addresses, either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors must be named. There must be at least one director. An Officer must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*

2. If there are additional officers, attach a list of them to this form.

3. Return the completed form with the filing fee. Annual list fee is based upon the current total authorized stock as explained in the Annual List Fee Schedule For Profit Corporations. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.

4. State business license fee is $500.00/$200.00 for Professional Corporations filed pursuant to NRS Chapter 89. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.

5. Make your check payable to the Secretary of State.

6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A copy fee of $2.00 per page is required for each additional copy generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.

7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.

8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

| | |
|---|---|
| Filed in the office of *Barbara K Cegavske* | Document Number **20150372154-50** |
| Barbara K. Cegavske Secretary of State State of Nevada | Filing Date and Time **08/20/2015 10:26 AM** |
| | Entity Number Redacted |

ABOVE SPACE IS FOR OFFICE USE ONLY

### CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: [ ]

NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.

☐ This corporation is a publicly traded corporation. The Central Index Key number is:

☐ This publicly traded corporation is not required to have a Central Index Key number.

NRS 76.020 Exemption Codes
001 - Governmental Entity
005 - Motion Picture Company
006 - NRS 680B.020 Insurance Co.

| NAME | TITLE(S) | | |
|---|---|---|---|
| Neil Infante | PRESIDENT (OR EQUIVALENT OF) | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| 6130 Flamingo Rd. #732 | Las Vegas | NV | 89103 |

| NAME | TITLE(S) | | |
|---|---|---|---|
| Neil Infante | SECRETARY (OR EQUIVALENT OF) | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| 6130 Flamingo Rd. #732 | Las Vegas | NV | 89103 |

| NAME | TITLE(S) | | |
|---|---|---|---|
| Neil Infante | TREASURER (OR EQUIVALENT OF) | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| 6130 Flamingo Rd. #732 | Las Vegas | NV | 89103 |

| NAME | TITLE(S) | | |
|---|---|---|---|
| Neil Infante | DIRECTOR | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| 6130 Flamingo Rd. #732 | Las Vegas | NV | 89103 |

None of the officers or directors identified in the list of officers has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of an officer or director in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

X _____
Signature of Officer or
Other Authorized Signature

| Title | Date |
|---|---|
| President | 8/20/15 |



**Secretary of State**
**202 North Carson Street**
**Carson City, Nevada 89701-4201**
**(775) 684-5708**
**Website: www.nvsos.gov**

# Statement of Change of Registered Agent by Represented Entity

(PURSUANT TO NRS 77.340)

This form may be submitted by: the Represented Entity to appoint a new Registered Agent or amend own service of process info. For more information please visit http://www.nvsos.gov/index.aspx?page=141

| Filed in the office of | Document Number |
|---|---|
| *Barbara K Cegavske* | **20150372155-61** |
| Barbara K. Cegavske | Filing Date and Time |
| Secretary of State | **08/20/2015 10:26 AM** |
| State of Nevada | Entity Number |
| | Redacted |

USE BLACK INK ONLY - DO NOT HIGHLIGHT          ABOVE SPACE IS FOR OFFICE USE ONLY

1. Name of Represented Entity:

EMP Media, Inc.

2. Entity File Number:  Redacted

3. This statement of change will have the following effect:   (check only one)

[X] Appoints a new agent for service of process (complete 4a or 4b)

[ ] Updates contact information of the Represented Entity acting as own agent (complete 4c)

4. Information in effect upon the filing of this statement:   (complete only one section)

a) Commercial Registered Agent:

Name

b) Noncommercial Registered Agent:

Name

| | | Nevada | |
|---|---|---|---|
| Street Address | City | | Zip Code |
| | | Nevada | |
| Mailing Address (if different from street address) | City | | Zip Code |

c) Title of Office or Other Position within Represented Entity:

Neil Infante / President
Name of Title or Position

| 6130 Flamingo Rd. #732 | Las Vegas | Nevada | 89103 |
|---|---|---|---|
| Street Address | City | | Zip Code |
| | | Nevada | |
| Mailing Address (if different from street address) | City | | Zip Code |

5. Signature of Represented Entity: (required)

X _____          8/20/15
Authorized Signature                      Date

6. Registered Agent Acceptance: (required)

I hereby accept appointment as Registered Agent for the above named Entity.

X _____          8/20/15
Authorized Signature of Registered Agent or On Behalf of Registered Agent Entity          Date

**FEE: $60.00**
This form must be accompanied by appropriate fees.

Nevada Secretary of State Form RA Change by Entity
Revised: 1-6-16



*130205*



**BARBARA K. CEGAVSKE**
**Secretary of State**
**202 North Carson Street**
**Carson City, Nevada 89701-4201**
**(775) 684-5708**
**Website:  www.nvsos.gov**

| Filed in the office of | Document Number |
| --- | --- |
| *Barbara K Cegavske* | **20160317379-29** |
| Barbara K. Cegavske | Filing Date and Time |
| Secretary of State | **07/18/2016 2:11 PM** |
| State of Nevada | Entity Number |
| | Redacted |

# Certificate of Dissolution

(PURSUANT TO NRS 78.580)

ABOVE SPACE IS FOR OFFICE USE ONLY

USE BLACK INK ONLY - DO NOT HIGHLIGHT

### Certificate of Dissolution
### For a Nevada Profit Corporation
### Before or After Issuance of Stock and After Beginning of Business
### (Pursuant to NRS 78.580)

1. Name of corporation:

EMP MEDIA, INC.

2. Entity or NV I.D. number: Redacted

3. The resolution to dissolve said corporation has been approved by the directors or both the directors and stockholders as provided in NRS 78.580(1) and (2).  The names and addresses of the **president, secretary, treasurer and all directors\*** are:

| Neil Infante | 6130 Flamingo Rd. #732, Las Vegas, NV 89103 |
| --- | --- |
| Name of **president** | Address |
| Neil Infante | 6130 Flamingo Rd. #732, Las Vegas, NV 89103 |
| Name of **secretary** | Address |
| Neil Infante | 6130 Flamingo Rd. #732, Las Vegas, NV 89103 |
| Name of **treasurer** | Address |
| Neil Infante | 6130 Flamingo Rd. #732, Las Vegas, NV 89103 |
| Name of **director** | Address |
| | |
| Name of **additional director, if any** | Address |

3. Effective date and time of dissolution: (optional) Date:  7/7/16   Time:  5 pm   PST

(must not be later than 90 days after the certificate is filed)

4. Signature: (required)

**X** _____

**Signature of Officer**

| 7/7/16 |
| --- |
| Date |

\*attach a plain 8 1/2" x 11" sheet to list additional directors.
**FILING FEE: $100.00**

**IMPORTANT:** Failure to include any of the above information and submit with the proper fees may cause this filing to be rejected.
*This form must be accompanied by appropriate fees.*      Nevada Secretary of State Dissolution Profit-After
Revised: 1-26-16

# ATTACHMENT JJ

2013-Sep-14 11:25 AM bank of america 702 352-0626

27/30

**Bank of America**

BANK OF AMERICA, N.A. (THE "BANK")

Redacted Personal Info.

**Business Signature Card
with Substitute Form W-9**

**Account Number:** Redacted          **Bank Number:** ▮

**Account Type:**   ☒ DDA   ☐ SAV   ☐ CD

**Account Title:**

EMP MEDIA, INC

**Legal Designation:**

☐ Individual/Sole Proprietor   ☐ Trust/Estate   ☐ Unincorporated Association   ☒ C Corporation   ☐ S Corporation

☐ Partnership   (Enter the type of partnership: General, LP, LLP or LLLP)

☐ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor)

☐ Other (Defined in W-9 Instructions)

**Social Security Number** _____   (or)   **Employer Identification Number** Redacted

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, I/we acknowledge the receipt of these documents. By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

**Substitute Form W-9. Certification** - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions).

**Certification Instructions:** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS Instructions for Form W-9).

☐ Exempt Payee (check if applicable)

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

☐ Nonresident Alien Status (if applicable) If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

| Name (typed or printed) | | Title (if applicable) | Signature | Date |
|---|---|---|---|---|
| 1 SHAD APPLEGATH | MANAGER | Secretary | _Shad Applegath_ | 09-13-13 |
| 2 JASON HOWARD FISHER | AUTH SIGNER | | | 09-13-13 |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

© 2012 Bank of America, N.A. All Rights Reserved

NNV
00-14-9297M 02-2013

Page 1 of 2

**Account Number:** Redacted

☐ **Signature Card Addendum on File**

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

_____                          Secretary
Authorized Signer                                 Title

**Review Information**

**Customer 1:**

Name SHAD APPLEGATE

| | | | | |
|---|---|---|---|---|
| ID Type: US Driver License W/Photo | ID#: Redacted | ID Issuer: Arizona | Iss. Date: 03/2009 | Exp. Date: 03/2035 |
| ID Type: BOA ATM/Ckrd No Photo | ID#: | ID Issuer: BOA VISA DEBIT CARD | Iss. Date: N/A | Exp. Date: 07/2017 |

**Customer 2:**

Name JASON HOWARD FISHER

| | | | | |
|---|---|---|---|---|
| ID Type: US Driver License W/Photo | ID#: Redacted | ID Issuer: Nevada | Iss. Date: 10/2011 | Exp. Date: 05/2015 |
| ID Type: Major Fin'l Credit Cd | ID#: | ID Issuer: AMEX CREDIT CARD | Iss. Date: N/A | Exp. Date: 01/2016 |

**Customer 3:**

Name

| | | | | |
|---|---|---|---|---|
| ID Type: | ID#: | ID Issuer: | Iss. Date: | Exp. Date: |
| ID Type: | ID#: | ID Issuer: | Iss. Date: | Exp. Date: |

**Customer 4:**

Name

| | | | | |
|---|---|---|---|---|
| ID Type: | ID#: | ID Issuer: | Iss. Date: | Exp. Date: |
| ID Type: | ID#: | ID Issuer: | Iss. Date: | Exp. Date: |

**Customer 5:**

Name

| | | | | |
|---|---|---|---|---|
| ID Type: | ID#: | ID Issuer: | Iss. Date: | Exp. Date: |
| ID Type: | ID#: | ID Issuer: | Iss. Date: | Exp. Date: |

**Bank Information**

| | |
|---|---|
| Date | 09/13/2013 |
| Banking Center Name | TROPICANA / DECATUR |
| Associate's Name | Hanna Ashqarie |
| Associate's Phone Number | 702-654-5000 |

NNV
00-14-9297M 02-2013

Page 2 of 2

BoA-FTC-000023

2013-Sep-14 11:25 AM bank of america 702 352-0826                                    29/30

**Bank of America**

BANK OF AMERICA, N.A. (THE "BANK")

**Redacted Personal Information**

Certified Copy of Corporate Resolutions – Opening
and Maintaining Deposit Accounts and Services

Name of Corporation   EMP MEDIA, INC

I, the undersigned, hereby certify to   BANK OF AMERICA, N.A.

that I am the Secretary/Assistant Secretary and the designated keeper of the records and minutes of
EMP MEDIA, INC                                          , duly organized and existing under the laws of the
State of   Nevada                          (the "Corporation"); that the following is a true copy of resolutions duly adopted by the Board of
Directors of said Corporation at a meeting duly held on the   13   day of   Sept   2013   , at which a quorum was present and acted
throughout or adopted by the unanimous written consent of the Board of Directors; and that such resolutions are in full force and effect and have not been amended
or rescinded.

1. **Resolved,** that   BANK OF AMERICA, N.A.                                             (the "Bank") is hereby designated
as a depository of the Corporation and that deposit accounts and/or time deposits (CDs) be opened and maintained in the name of this Corporation with Bank in
accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts; that any one of the
following officers or employees of the Corporation:

| Shad Applegate | Secretary |
| Name | Title |
| Jason Howard Fisher | Auth Signer |
| Name | Title |
| | |
| Name | Title |
| | |
| Name | Title |

is hereby authorized, on behalf of this Corporation and in its name, to execute and to sign any application, deposit agreement, signature card and any other
documentation required by Bank to open said accounts; to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment
of money; to endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this Corporation for deposit with Bank or for collection
or discount by Bank; to accept drafts, acceptances, and other instruments payable at Bank; to place orders with Bank for the purchase and sale of foreign currencies
on behalf of this Corporation; to execute and deliver an electronic fund transfers agreement and to make transfers or withdrawals by electronic transfer on behalf of
the Corporation; to obtain an access device (including but not limited to a card, code, or other means of access to the Corporation's accounts) that may be used for
the purpose of initiating electronic fund transfers [Corporation agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U.S.C. 1693 et seq.) nor
Regulation E (12 C.F.R. Part 205) are applicable to any such access device]; to establish and maintain a night deposit relationship; to execute and deliver a wire
transfer agreement and to request, or to appoint or delegate from time to time such persons who may request, wires of funds; to enter into any agreements with the
Bank for the provision by Bank of various Treasury Management services to this Corporation as such officer or employee may determine, in his or her sole
discretion, and to sign any and all documents and take all actions required by Bank relative to such Treasury Management services or the performance of the
Corporation's obligations thereunder, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate
given in accordance with the terms of any such agreement shall have been received by Bank and that such termination shall not affect any action taken by the Bank
prior to such termination; to rent or lease a safe deposit box from Bank, to execute the rental agreement or lease, to enter the safe deposit box and to terminate the
rental agreement or lease; to take whatever other actions or enter in to whatever other agreements relating to the accounts or investment of funds in such accounts
with Bank and to execute, amend, supplement and deliver to Bank such agreements on behalf of the Corporation upon such terms and conditions as such officer or
employee may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any
other actions pursuant to such agreements in connection with said accounts that the officer or employee deems necessary; and to waive presentment, demand,
protest, and notice of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Corporation; and

2. **Further Resolved,** that the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for money orders or other instruments all instruments
signed in accordance with the foregoing resolutions even though such payment may create an overdraft or even though such instruments may be drawn or endorsed to the
order of any officer or employee signing the same or tendered by such officer or employee or a third party for exchange or cashing, or in payment of the individual
obligation of such officer or employee, or for deposit to such officer's or employee's personal account and Bank shall not be required or be under any obligation to
inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing resolutions or the application or disposition of such
instrument or the proceeds thereof; and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for payment or transfer of funds
whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an above authorized officer or employee; and

3. **Further Resolved,** that the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for
the payment of money drawn or purportedly drawn in this Corporation's name, including those payable to the individual order of any person whose name appears
thereon as signer thereof, when bearing or purporting to bear the facsimile signature of an officer or employee authorized in the foregoing resolutions and Bank shall
be entitled to honor, to treat as authorized, and to charge this Corporation for such checks, drafts, or other orders regardless of by whom or by what means the actual
or purported facsimile signature thereon may have been affixed thereon, if such signature resembles the facsimile specimen duly certified to or filed with the Bank by
the Secretary or Assistant Secretary or other officer of this Corporation or if such facsimile signature resembles any facsimile signature previously affixed to any
check, draft, or other order drawn in the Corporation's name, which check, draft, or other order was accepted and paid without timely objection by the Corporation,
thereby ratifying the use of such facsimile signature; and the Corporation hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or
expense suffered or incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature;
and

NHV
00-14-9012M  02-2011

2013-Sep-14 11:25 AM bank of america 702 352-0626                                    30/30

███████ Redacted Personal Information ███████

4. **Further Resolved,** that endorsements for deposit may be evidenced by the name of the Corporation being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection; and

5. **Further Resolved,** that the Secretary or Assistant Secretary of this Corporation shall certify to Bank names and signatures of persons authorized to act on behalf of this Corporation under the foregoing resolutions and shall from time to time hereafter, as changes in the identity of said officers and employees are made, immediately report, furnish and certify such changes to Bank and shall submit to Bank a new account signature card reflecting such change(s) in order to make such changes effective and Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any officer or employee so certified, or refusing to honor any signature not so certified; and

6. **Further Resolved,** the foregoing resolutions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as Bank is concerned until three (3) business days after Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by said Bank prior thereto; and

7. **Further Resolved,** that all transactions by any officer or employee of this Corporation on its behalf and in its name with Bank prior to the delivery to Bank of a certified copy of the foregoing resolutions are, in all respects, hereby ratified, confirmed, approved and adopted; and

8. **Further Resolved,** that the Secretary or Assistant Secretary be and hereby is, authorized and directed to certify those resolutions to said Bank and that the provisions hereof are in conformity with the Charter or Articles of Incorporation and Bylaws of this Corporation and that the Secretary or Assistant Secretary be, and hereby is, authorized and directed to certify, from time to time hereafter, the names of the holders of the above authorized titles and their signatures on any signature card or other documentation required by said Bank.

In Witness Whereof, I have hereunto subscribed my name and affixed the seal of this Corporation, this _12_ day of _Sept 2013_ .

Secretary/Assistant Secretary

S. A.
No corporate seal

(Corporate Seal)

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

| Bank Information | |
| --- | --- |
| Date | 09/12/2013 |
| Banking Center Name | TROPICANA / DECATUR |
| Associate's Name | Hanna Ashagrie |
| Associate's Phone Number | 702-654-5000 |

00-14-9012M 02-2011

Att. JJ - Page 4

BoA-FTC-000025

Bank of America Legal Order Processing
RE: Reference #  D050916000625
Court Case number:
Court or Issuer:  FEDERAL TRADE COMMISSION
Court Case Name:  EMP MEDIA

**AFFIDAVIT OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS**

Before me, the undersigned authority, personally appeared,
Lytiasha Jones
Who, being duly sworn by me, deposes and says as follows:

1.) **Authority.** I, Lytiasha Jones, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this affidavit and certify to the authenticity and accuracy of the records produced with this affidavit.

2.) **Records.** The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:

a.)   Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

b.)  Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and

c.)  Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

**Additional Comments:** These records include:

- SIGNATURE CARD AND CORPORATE RESOLUTION, BANK STATEMENTS, DEPOSITS WITH OFFSETS, CANCELLED CHECKS, WIRE TRANSFERS FOR ACCOUNT ENDING IN 2477 IN THE NAME OF  EMP MEDIA, INC FOR THE TIME FRAME OF  JANUARY 2014 THRU APRIL 2016 (RECORDS PRODUCED ELECTRONICALLY-SEE CD)
- SIGNATURE CARD AND CORPORATE RESOLUTION, BANK STATEMENTS, DEPOSITS WITH OFFSETS FOR ACCOUNT ENDING IN 3162 IN THE NAME OF EMP MEDIA, INC FOR THE TIME FRAME OF  JANUARY 2014 THRU APRIL 2016 (RECORDS PRODUCED ELECTRONICALLY-SEE CD)
- SIGNATURE CARD AND CORPORATE RESOLUTION, BANK STATEMENTS FOR ACCOUNT ENDING IN 8159 IN THE NAME OF HOT MEDIA LTD FOR THE TIME FRAME OF  JANUARY 2014 THRU APRIL 2016 (RECORDS PRODUCED ELECTRONICALLY-SEE CD)
- BANK STATEMENTS, DEPOSITS WITH OFFSETS, WIRE TRANSFERS FOR ACCOUNT ENDING IN 4672 IN THE NAME OF  EMP MEDIA, INC FOR THE TIME FRAME OF  JULY 2014 THRU APRIL 2016 (RECORDS PRODUCED ELECTRONICALLY-SEE CD)
- CERTIFICATION OF BUSINESS, BANK STATEMENTS FOR ACCOUNT ENDING IN 4532 IN THE NAME OF EMP MEDIA INC FOR THE TIME FRAME OF AUGUST 2015 THRU APRIL 2016 (RECORD PRODUCED ELECTRONICALLY-SEE CD)
- SIGNATURE CARD AND CORPORATE RESOLUTION, BANK STATEMENTS, DEPOSIT WITH OFFSETS, WIRE TRANSFERS FOR ACCOUNT ENDING IN 6721 IN THE NAME OF WEB TRAFFICE NETWORKS, LLC FOR THE TIME FRAME OF  JUNE 2014 THRU APRIL 2016 (RECORDS PRODUCED ELECTRONICALLY-SEE CD)
- SIGNATURE CARD AND CORPORATE RESOLUTION, BANK STATEMENTS, DEPOSITS WITH OFFSETS, CANCELLED CHECKS, WIRE TRANSFERS FOR ACCOUNT ENDING IN 2472 IN THE NAME OF DIRO MEDIA LLC FOR THE TIME FRAME OF JANAUARY 2014 THRU APRIL 2016 (RECORDS PRODUCED ELECTRONICALLY-SEE CD)
- SIGNATURE CARD AND CORPORATE RESOLUTION, BAMK STATEMENTS FOR ACCOUNT ENDING IN 3717 IN THE NAME OF ADT SEARCH MEDIA, INC FOR THE TIME FRAME OF  JANUARY 2014 THRU APRIL 2016 (RECORDS PRODUCED ELECTRONICALLY-SEE CD)

3.) **Production**

___X___ The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).

**OR**

_____ A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Date: _5/17/2016_  Signature: _Antonio Tran_

The above named Bank of America N.A. bank officer and/or custodian of records is known to me (or satisfactorily proven) to be the person who subscribed the within document and acknowledged to me that he/she executed the same for the purposes stated there in.

___X___ Signer is personally known to me.

_____ Signer has produced the following identification: _____

Sworn to and subscribed before me this _17_ day of _my date_. In witness thereof I have set my hand and official seal.

_Sean Crash_
Signature of Notary Public in and for
State of Delaware
City/County of Newark/New Castle
My Commission Expires _____

SEAN C RASH
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Feb. 17, 2018



**Bank of America**

May 17, 2016

FEDERAL TRADE COMMISSION
MEGAN COX
600 PENNSYLVANIA AVE, MAIL STOP CC-8232
WASHINGTON, DC  20580

Regarding reference number: D050916000625
Case name: EMP MEDIA
Case number:
Customer name: DIRO MEDIA LLC, WEB TRAFFIC NETWORKS LLC, EMP MEDIA, INC, HOT MEDIA LTD, ADT SEARCH
MEDIA,INC

# Enclosed are the documents requested in the subpoena/legal request issued in the above case.

## What you need to know

We consider your receipt of these records compliance with the above referenced subpoena/legal request and our file is now closed for this matter.

NOTE: THE BANK DOES NOT POSSESS ANY OF THE FOLLOWING:

*CANCELLED CHECKS, WIRE TRANSFERS FOR ACCOUNT ENDING IN 3162 IN THE NAME OF EMP MEDIA, INC
*DEPOSITS WITH OFFSETS, CANCELLED CHECKS, WIRE TRANSFERS FOR ACCOUNT ENDING IN 8159 IN THE NAME OF
HOT MEDIA LTD *SIGNATURE CARD, CORPORATE RESOLUTION, CANCELLED CHECKS FOR ACCOUNT ENDING IN 4672
IN THE NAME OF EMP MEDIA, INC *DEPOSITS WITH OFFSETS, CANCELLED CHECKS, WIRE TRANSFERS FOR ACCOUNT
ENDING IN 4532 IN THE NAME OF EMP MEDIA, INC *CANCELLED CHECKS FOR ACCOUNT ENDING IN 6721 IN THE
NAME OF WEB TRAFFIC NETWORKS, LLC
*DEPOSITS WITH OFFSETS, CANCELLED CHECKS, WIRE TRANSFERS FOR ACCOUNT ENDING IN 3717 IN THE NAME OF
ADT SEARCH MEDIA, INC.

## What you need to do

If you need to forward any additional correspondence to us regarding this case, please mail it to the following address:

Bank of America
DE5-024-02-08
P.O. Box 15047
Wilmington, DE 19850

## Questions?

If you have any questions, please call us at 213-580-0702. We're available Monday through Friday 9 a.m. to 5 p.m. local time. When contacting us regarding this notice, please use the reference number listed above.

Legal Order Processing

# ATTACHMENT KK

2012-Dec-18 09:00 AM bank of america 702-352-0626                                    1/6

# Bank of America 🇺🇸

BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card
with Substitute Form W-9**

**Account Number:** Redacted      **Bank Number:** ▮

**Account Type:** ☒ DDA   ☐ SAV   ☐ CD

**Account Title:**

EMP MEDIA, INC

DBA INTERNET SECRETS

**Legal Designation:**

☐ Individual/Sole Proprietor   ☐ Trust/Estate   ☐ Unincorporated Association   ☒ C Corporation   ☐ S Corporation

☐ Partnership   (Enter the type of partnership: General, LP, LLP or LLLP) _____

☐ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor) _____

☐ Other (Defined in W-9 instructions) _____

**Social Security Number** _____ **(or) Employer Identification Number** Redacted

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, I/we acknowledge the receipt of these documents. By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

Substitute Form W-9. Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 Instructions).

Certification Instructions: You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS Instructions for Form W-9).

☐ Exempt Payee (check if applicable)

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

☐ Nonresident Alien Status (if applicable) if the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

| Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|
| 1 SHAD APPLEGATE | PRESIDENT/SECRETARY | _Shad Applegat_ | 12/14/12 |
| 2 Bogdan A. Pronce | Authorized Signer | _Bogdan P._ | 12/14/12 |
| 3 | | | |
| 4 | | | |
| 5 | | | |

© 2012 Bank of America, N.A. All Rights Reserved

NNV
00-14-9297M 08-2012

Page 1 of 2

2012-Dec-18 09:00 AM bank of america 702 352-0626                                    2/6

☐ Signature Card Addendum on File    **Redacted Personal Information**

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

Authorized Signer _____      Title _President / Secretary_

**Review Information**

**Customer 1:**

Name SHAD APPLEGATE

| | | | | |
|---|---|---|---|---|
| ID Type: US Driver License W/Photo | ID#: Redacted | ID Issuer: AZ | Iss. Date: 03/2008 | Exp. Date: 03/2036 |
| ID Type: BOA ATM/Cked No Photo | ID#: ▉ | ID Issuer: BOFA | Iss. Date: N/A | Exp. Date: 10/2016 |

**Customer 2:**

Name Boydan A. Prunes.

| | | | | |
|---|---|---|---|---|
| ID Type: US DL | ID#: Redacted | ID Issuer: NV | Iss. Date: 10/09 | Exp. Date: 6/13 |
| ID Type: Visa Debit Camel | ID#: Redacted | ID Issuer: Wells fargo | Iss. Date: N/A | Exp. Date: 6/13 |

**Customer 3:**

Name _____

| | | | | |
|---|---|---|---|---|
| ID Type: | ID#: | ID Issuer: | Iss. Date: | Exp. Date: |
| ID Type: | ID#: | ID Issuer: | Iss. Date: | Exp. Date: |

**Customer 4:**

Name _____

| | | | | |
|---|---|---|---|---|
| ID Type: | ID#: | ID Issuer: | Iss. Date: | Exp. Date: |
| ID Type: | ID#: | ID Issuer: | Iss. Date: | Exp. Date: |

**Customer 5:**

Name _____

| | | | | |
|---|---|---|---|---|
| ID Type: | ID#: | ID Issuer: | Iss. Date: | Exp. Date: |
| ID Type: | ID#: | ID Issuer: | Iss. Date: | Exp. Date: |

**Bank Information**

| | |
|---|---|
| Date | 12/14/2012 |
| Banking Center Name | TROPICANA / DECATUR |
| Associate's Name | IMRAN IQBAL |
| Associate's Phone Number | 702-352-0617 |

NNV
00-14-9297M 08-2012

Page 2 of 2

Att. KK - Page 2

BoA-FTC-000027

2012-Dec-18 09:00 AM bank of america 702 352 0626

3/6

## Bank of America

Redacted Personal Infomation

BANK OF AMERICA, N.A. (THE "BANK")

Certified Copy of Corporate Resolutions - Opening
and Maintaining Deposit Accounts and Services

Name of Corporation    EMP MEDIA, INC

I, the undersigned, hereby certify to    BANK OF AMERICA, N.A.

that I am the Secretary/Assistant Secretary and the designated keeper of the records and minutes of

EMP MEDIA, INC                                                                , duly organized and existing under the laws of the

State of   Nevada                        (the "Corporation"; that the following is a true copy of resolutions duly adopted by the Board of

Directors of said Corporation at a meeting duly held on the    14   day of   Dec   ,   2012   , at which a quorum was present and acted

throughout and adopted by the unanimous written consent of the Board of Directors; and that such resolutions are in full force and effect and have not been amended
or rescinded.

**1. Resolved,** that   BANK OF AMERICA, N.A.                                     (the "Bank") is hereby designated
as a depository of the Corporation and that deposit accounts and/or time deposits (CDs) be opened and maintained in the name of this Corporation with Bank in
accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts; that any one of the
following officers or employees of the Corporation:

| Name | Title |
|------|-------|
| Shad   Applegate | President / Secretary |
| Bogdan A. Prunes. | Authorized  Signer. |
| | |
| Name | Title |
| | |
| Name | Title |

is hereby authorized, on behalf of this Corporation and in its name, to execute and to sign any application, deposit agreement, signature card and any other
documentation required by Bank to open said accounts; to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment
of money; to endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this Corporation for deposit with Bank or for collection
or discount by Bank; to accept drafts, acceptances, and other instruments payable at Bank; to place orders with Bank for the purchase and sale of foreign currencies
on behalf of this Corporation; to execute and deliver an instrument requiring the agreement and to make transfers or withdrawals by electronic transfer on behalf of
the Corporation; to obtain an access device (including but not limited to a card, code, or other means of access to the Corporation's accounts) that may be used for
the purpose of initiating electronic fund transfers [Corporation agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U.S.C. 1693 et seq.) nor
Regulation E (12 C.F.R. Part 205) are applicable to any such access device]; to establish and maintain a night deposit relationship; to execute and deliver a wire
transfer agreement and to request, or to appoint or delegate from time to time such persons who may request, wires of funds; to enter into any agreements with the
Bank for the provision by Bank of various Treasury Management services to this Corporation as such officer or employee may determine, in his or her sole
discretion, and to sign any and all documents and take all actions required by Bank relative to such Treasury Management services or the performance of the
Corporation's obligations thereunder, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate
given in accordance with the terms of any such agreement shall have been received by Bank and that such termination shall not affect any action taken by the Bank
prior to such termination; to rent or lease a safe deposit box from Bank, to execute the rental agreement or lease, to enter the safe deposit box and to terminate the
rental agreement or lease; to take whatever other actions or enter in to whatever other agreements relating to the accounts or investment of funds in such accounts
with Bank and to execute, amend, supplement and deliver to Bank such agreements on behalf of the Corporation upon such terms and conditions as such officer or
employee may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any
other actions pursuant to such agreements in connection with said accounts that the officer or employee deems necessary; and to waive presentment, demand,
protest, and notice of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Corporation; and

**2. Further Resolved,** that the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for money orders or other instruments all instruments
signed in accordance with the foregoing resolutions even though such payment may create an overdraft or even though such instruments may be drawn or endorsed to the
order of any officer or employee signing the same or tendered by such officer or employee or a third party for exchange or cashing, or in payment of the individual
obligation of such officer or employee, or for deposit to such officer's or employee's personal account and Bank shall not be required to or under any obligation to
inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing resolutions or the application or disposition of such
instrument or the proceeds thereof; and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for payment or transfer of funds
whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an above authorized officer or employee; and

**3. Further Resolved,** that the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for
the payment of money drawn or purportedly drawn in this Corporation's name, including those payable to the individual order of any person whose name appears
thereon as signer thereof, when bearing or purporting to bear the facsimile signature of an officer or employee authorized in the foregoing resolutions and Bank shall
be entitled to honor, to treat as authorized, and to charge this Corporation for such checks, drafts, or other orders regardless of by whom or by what means the actual
or purported facsimile signature thereon may have been affixed thereon, if such signature resembles the facsimile specimen duly certified to or filed with the Bank by
the Secretary or Assistant Secretary or other officer of this Corporation or if such facsimile signature resembles any facsimile signature previously affixed to any
check, draft, or other order drawn in the Corporation's name, which check, draft, or other order was accepted and paid without timely objection by the Corporation,
thereby ratifying the use of such facsimile signature; and the Corporation hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or
expense suffered or incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature;
and

NNV
00-14-9012M 02-2011



BoA-FTC-000028

2012-Dec-18 09:00 AM bank of america 702 352-0626                          4/6

Redacted Personal Information

**4. Further Resolved,** that endorsements for deposit may be evidenced by the name of the Corporation being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection; and

**5. Further Resolved,** that the Secretary or Assistant Secretary of this Corporation shall certify to Bank names and signatures of persons authorized to act on behalf of this Corporation under the foregoing resolutions and shall from time to time hereafter, as changes in the identity of said officers and employees are made, immediately report, furnish and certify such changes to Bank and shall submit to Bank a new account signature card reflecting such change(s) in order to make such changes effective and Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any officer or employee so certified, or refusing to honor any signature not so certified; and

**6. Further Resolved,** the foregoing resolutions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as Bank is concerned until three (3) business days after Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by said Bank prior thereto; and

**7. Further Resolved,** that all transactions by any officer or employee of this Corporation on its behalf and in its name with Bank prior to the delivery to Bank of a certified copy of the foregoing resolutions are, in all respects, hereby ratified, confirmed, approved and adopted; and

**8. Further Resolved,** that the Secretary or Assistant Secretary be and hereby is, authorized and directed to certify these resolutions to said Bank and that the provisions hereof are in conformity with the Charter or Articles of Incorporation and Bylaws of this Corporation and that the Secretary or Assistant Secretary be, and hereby is, authorized and directed to certify, from time to time hereafter, the names of the holders of the above authorized titles and their signatures on any signature card or other documentation required by said Bank.

In Witness Whereof, I have hereunto subscribed my name and affixed the seal of this Corporation, this ___14___ day of __Dec__, 2012 .

_____
Secretary/Assistant Secretary

SA
(Corporate Seal)

No Corp Seal

| Bank Information | |
| --- | --- |
| Date | 12/14/2012 |
| Banking Center Name | TROPICANA / DECATUR |
| Associate's Name | IMRAN IQBAL |
| Associate's Phone Number | 702-352-0617 |

00-14-9012M 02-2011

Bank of America Legal Order Processing
RE: Reference #  D050916000625
Court Case number:
Court or Issuer:  FEDERAL TRADE COMMISSION
Court Case Name:  EMP MEDIA

**AFFIDAVIT OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS**

Before me, the undersigned authority, personally appeared,
Lytiasha Jones
Who, being duly sworn by me, deposes and says as follows:

1.) **Authority.** I, Lytiasha Jones, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this affidavit and certify to the authenticity and accuracy of the records produced with this affidavit.

2.) **Records.** The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:

a.)   Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

b.)  Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and

c.)  Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

**Additional Comments:** These records include:

- SIGNATURE CARD AND CORPORATE RESOLUTION, BANK STATEMENTS, DEPOSITS WITH OFFSETS, CANCELLED CHECKS, WIRE TRANSFERS FOR ACCOUNT ENDING IN 2477 IN THE NAME OF  EMP MEDIA, INC FOR THE TIME FRAME OF  JANUARY 2014 THRU APRIL 2016 (RECORDS PRODUCED ELECTRONICALLY-SEE CD)
- SIGNATURE CARD AND CORPORATE RESOLUTION, BANK STATEMENTS, DEPOSITS WITH OFFSETS FOR ACCOUNT ENDING IN 3162 IN THE NAME OF EMP MEDIA, INC FOR THE TIME FRAME OF  JANUARY 2014 THRU APRIL 2016 (RECORDS PRODUCED ELECTRONICALLY-SEE CD)
- SIGNATURE CARD AND CORPORATE RESOLUTION, BANK STATEMENTS FOR ACCOUNT ENDING IN 8159 IN THE NAME OF HOT MEDIA LTD FOR THE TIME FRAME OF  JANUARY 2014 THRU APRIL 2016 (RECORDS PRODUCED ELECTRONICALLY-SEE CD)
- BANK STATEMENTS, DEPOSITS WITH OFFSETS, WIRE TRANSFERS FOR ACCOUNT ENDING IN 4672 IN THE NAME OF  EMP MEDIA, INC FOR THE TIME FRAME OF  JULY 2014 THRU APRIL 2016 (RECORDS PRODUCED ELECTRONICALLY-SEE CD)
- CERTIFICATION OF BUSINESS, BANK STATEMENTS FOR ACCOUNT ENDING IN 4532 IN THE NAME OF EMP MEDIA INC FOR THE TIME FRAME OF AUGUST 2015 THRU APRIL 2016 (RECORD PRODUCED ELECTRONICALLY-SEE CD)
- SIGNATURE CARD AND CORPORATE RESOLUTION, BANK STATEMENTS, DEPOSIT WITH OFFSETS, WIRE TRANSFERS FOR ACCOUNT ENDING IN 6721 IN THE NAME OF WEB TRAFFICE NETWORKS, LLC FOR THE TIME FRAME OF  JUNE 2014 THRU APRIL 2016 (RECORDS PRODUCED ELECTRONICALLY-SEE CD)
- SIGNATURE CARD AND CORPORATE RESOLUTION, BANK STATEMENTS, DEPOSITS WITH OFFSETS, CANCELLED CHECKS, WIRE TRANSFERS FOR ACCOUNT ENDING IN 2472 IN THE NAME OF DIRO MEDIA LLC FOR THE TIME FRAME OF JANAUARY 2014 THRU APRIL 2016 (RECORDS PRODUCED ELECTRONICALLY-SEE CD)
- SIGNATURE CARD AND CORPORATE RESOLUTION, BAMK STATEMENTS FOR ACCOUNT ENDING IN 3717 IN THE NAME OF ADT SEARCH MEDIA, INC FOR THE TIME FRAME OF  JANUARY 2014 THRU APRIL 2016 (RECORDS PRODUCED ELECTRONICALLY-SEE CD)

3.) **Production**

  __X__  The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).

**OR**

  _____  A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Date: _____ Signature: _____

The above named Bank of America N.A. bank officer and/or custodian of records is known to me (or satisfactorily proven) to be the person who subscribed the within document and acknowledged to me that he/she executed the same for the purposes stated there in.

  ____X____  Signer is personally known to me.

  _____  Signer has produced the following identification: _____

Sworn to and subscribed before me this ___ day of _____. In witness thereof I have set my hand and official seal.

_____
Signature of Notary Public in and for
State of Delaware
City/County of Newark/New Castle
My Commission Expires _____

SEAN C RASH
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Feb. 17, 2018



**Bank of America**

May 17, 2016

FEDERAL TRADE COMMISSION
MEGAN COX
600 PENNSYLVANIA AVE, MAIL STOP CC-8232
WASHINGTON, DC 20580

Regarding reference number: D050916000625
Case name: EMP MEDIA
Case number:
Customer name: DIRO MEDIA LLC, WEB TRAFFIC NETWORKS LLC, EMP MEDIA, INC, HOT MEDIA LTD, ADT SEARCH
MEDIA,INC

# Enclosed are the documents requested in the subpoena/legal request issued in the above case.

## What you need to know
We consider your receipt of these records compliance with the above referenced subpoena/legal request and our file is
now closed for this matter.

NOTE: THE BANK DOES NOT POSSESS ANY OF THE FOLLOWING:

*CANCELLED CHECKS, WIRE TRANSFERS FOR ACCOUNT ENDING IN 3162 IN THE NAME OF EMP MEDIA, INC
*DEPOSITS WITH OFFSETS, CANCELLED CHECKS, WIRE TRANSFERS FOR ACCOUNT ENDING IN 8159 IN THE NAME OF
HOT MEDIA LTD *SIGNATURE CARD, CORPORATE RESOLUTION, CANCELLED CHECKS FOR ACCOUNT ENDING IN 4672
IN THE NAME OF EMP MEDIA, INC *DEPOSITS WITH OFFSETS, CANCELLED CHECKS, WIRE TRANSFERS FOR ACCOUNT
ENDING IN 4532 IN THE NAME OF EMP MEDIA, INC *CANCELLED CHECKS FOR ACCOUNT ENDING IN 6721 IN THE
NAME OF WEB TRAFFIC NETWORKS, LLC
*DEPOSITS WITH OFFSETS, CANCELLED CHECKS, WIRE TRANSFERS FOR ACCOUNT ENDING IN 3717 IN THE NAME OF
ADT SEARCH MEDIA, INC.

## What you need to do
If you need to forward any additional correspondence to us regarding this case, please mail it to the following address:

Bank of America
DE5-024-02-08
P.O. Box 15047
Wilmington, DE 19850

## Questions?

If you have any questions, please call us at 213-580-0702. We're available Monday through Friday 9 a.m. to 5 p.m. local time. When contacting us regarding this notice, please use the reference number listed above.

Legal Order Processing

# ATTACHMENT LL

BankofAmerica-East1a 8/4/2015 11:15:11 AM  PAGE  28/033  888-294-5658

Redacted Personal Information

FILED
JUL 07 2015
by Mari Goya
CLERK

# Certificate of Business: Fictitious Firm Name

Please Select One:
☒ New Application
☐ Renewal of existing ficlitious firm name

**Please Print or Type**

The expiration date for such certificates shall be the last day of the sixtieth month from the date of filing.

The undersigned do/does hereby certify  EMP·MEDIA, INC
(Name of individual, corporation, partnership or trust)

with a mailing address of  6130  W FLAMINGO RD  #732  LAS VEGAS NV  89103
(Mailing Address for notification of renewal) (Street)    (City)   (State)   (Zip)

is/are conducting business in Clark County, Nevada, under the fictitious name of

POST MY AD
(Fictitious Firm Name) or (Doing Business As)

and that said firm is composed of the following person(s) whose name(s) and address(es) are as follows:

By signing below I do solemnly swear (or affirm), under penalty of perjury, that all statements made in this document are true.

(1) BRAD LAMBERT , DIRECTOR          Signature          7·7·2015
Full Name and title (Type or Print)                              Date

6130 W FLAMINGO RD #732          LAS VEGAS NV          89103
Street Address of Business or Residence          City, State, Zip

Mailing Address, if different from above          City, State, Zip

(2)
Full Name and title (Type or Print)          Signature          Date

Street Address of Business or Residence          City, State, Zip

Mailing Address, if different from above          City, State, Zip

(3)
Full Name and title (Type or Print)          Signature          Date

Street Address of Business or Residence          City, State, Zip

Mailing Address, if different from above          City, State, Zip

(4)
Full Name and title (Type or Print)          Signature          Date

Street Address of Business or Residence          City, State, Zip

Mailing Address, if different from above          City, State, Zip

RECEIVED
JUL 07 2015
COUNTY CLERK

Mail to: Lynn Marie Goya, County Clerk, Attn: FFN, P.O. Box 551604, Las Vegas NV 89155-1604
Include: Filing Fee of $20.00, original certificate plus 2 photocopies of the signed certificate and a self-addressed stamped envelope

Lynn Marie Goya, County Clerk
07/07/2015 03:24:24 PM

Bank of America Legal Order Processing
RE: Reference #  D050916000625
Court Case number:
Court or Issuer:  FEDERAL TRADE COMMISSION
Court Case Name:  EMP MEDIA

**AFFIDAVIT OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS**

Before me, the undersigned authority, personally appeared,
Lytiasha Jones
Who, being duly sworn by me, deposes and says as follows:

1.) **Authority.** I, Lytiasha Jones, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this affidavit and certify to the authenticity and accuracy of the records produced with this affidavit.

2.) **Records.** The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:

a.)  Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

b.)  Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and

c.)  Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

**Additional Comments:** These records include:

- **SIGNATURE CARD AND CORPORATE RESOLUTION, BANK STATEMENTS, DEPOSITS WITH OFFSETS, CANCELLED CHECKS, WIRE TRANSFERS FOR ACCOUNT ENDING IN 2477 IN THE NAME OF  EMP MEDIA, INC FOR THE TIME FRAME OF  JANUARY 2014 THRU APRIL 2016 (RECORDS PRODUCED ELECTRONICALLY-SEE CD)**
- **SIGNATURE CARD AND CORPORATE RESOLUTION, BANK STATEMENTS, DEPOSITS WITH OFFSETS FOR ACCOUNT ENDING IN 3162 IN THE NAME OF EMP MEDIA, INC FOR THE TIME FRAME OF  JANUARY 2014 THRU APRIL 2016 (RECORDS PRODUCED ELECTRONICALLY-SEE CD)**
- **SIGNATURE CARD AND CORPORATE RESOLUTION, BANK STATEMENTS FOR ACCOUNT ENDING IN 8159 IN THE NAME OF HOT MEDIA LTD FOR THE TIME FRAME OF  JANUARY 2014 THRU APRIL 2016 (RECORDS PRODUCED ELECTRONICALLY-SEE CD)**
- **BANK STATEMENTS, DEPOSITS WITH OFFSETS, WIRE TRANSFERS FOR ACCOUNT ENDING IN 4672 IN THE NAME OF  EMP MEDIA, INC FOR THE TIME FRAME OF  JULY 2014 THRU APRIL 2016 (RECORDS PRODUCED ELECTRONICALLY-SEE CD)**
- **CERTIFICATION OF BUSINESS, BANK STATEMENTS FOR ACCOUNT ENDING IN 4532 IN THE NAME OF EMP MEDIA INC FOR THE TIME FRAME OF AUGUST 2015 THRU APRIL 2016 (RECORD PRODUCED ELECTRONICALLY-SEE CD)**
- **SIGNATURE CARD AND CORPORATE RESOLUTION, BANK STATEMENTS, DEPOSIT WITH OFFSETS, WIRE TRANSFERS FOR ACCOUNT ENDING IN 6721 IN THE NAME OF WEB TRAFFICE NETWORKS, LLC FOR THE TIME FRAME OF  JUNE 2014 THRU APRIL 2016 (RECORDS PRODUCED ELECTRONICALLY-SEE CD)**
- **SIGNATURE CARD AND CORPORATE RESOLUTION, BANK STATEMENTS, DEPOSITS WITH OFFSETS, CANCELLED CHECKS, WIRE TRANSFERS FOR ACCOUNT ENDING IN 2472 IN THE NAME OF DIRO MEDIA LLC FOR THE TIME FRAME OF JANAUARY 2014 THRU APRIL 2016 (RECORDS PRODUCED ELECTRONICALLY-SEE CD)**
- **SIGNATURE CARD AND CORPORATE RESOLUTION, BAMK STATEMENTS FOR ACCOUNT ENDING IN 3717 IN THE NAME OF ADT SEARCH MEDIA, INC FOR THE TIME FRAME OF  JANUARY 2014 THRU APRIL 2016 (RECORDS PRODUCED ELECTRONICALLY-SEE CD)**

3.) **Production**

___X___ The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).

**OR**

_____ A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Date: ___5/17/2016___ Signature: ___Antonio Tran___

The above named Bank of America N.A. bank officer and/or custodian of records is known to me (or satisfactorily proven) to be the person who subscribed the within document and acknowledged to me that he/she executed the same for the purposes stated there in.

___X___ Signer is personally known to me.

_____ Signer has produced the following identification: _____

Sworn to and subscribed before me this __17__ day of ___My date__. In witness thereof I have set my hand and official seal.

___Sean Crash___

Signature of Notary Public in and for
State of Delaware
City/County of Newark/New Castle
My Commission Expires _____

SEAN C RASH
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Feb. 17, 2018



**Bank of America**

May 17, 2016

FEDERAL TRADE COMMISSION
MEGAN COX
600 PENNSYLVANIA AVE, MAIL STOP CC-8232
WASHINGTON, DC 20580

Regarding reference number: D050916000625
Case name: EMP MEDIA
Case number:
Customer name: DIRO MEDIA LLC, WEB TRAFFIC NETWORKS LLC, EMP MEDIA, INC, HOT MEDIA LTD, ADT SEARCH
MEDIA,INC

# Enclosed are the documents requested in the subpoena/legal request issued in the above case.

## What you need to know
We consider your receipt of these records compliance with the above referenced subpoena/legal request and our file is
now closed for this matter.

NOTE: THE BANK DOES NOT POSSESS ANY OF THE FOLLOWING:

*CANCELLED CHECKS, WIRE TRANSFERS FOR ACCOUNT ENDING IN 3162 IN THE NAME OF EMP MEDIA, INC
*DEPOSITS WITH OFFSETS, CANCELLED CHECKS, WIRE TRANSFERS FOR ACCOUNT ENDING IN 8159 IN THE NAME OF
HOT MEDIA LTD *SIGNATURE CARD, CORPORATE RESOLUTION, CANCELLED CHECKS FOR ACCOUNT ENDING IN 4672
IN THE NAME OF EMP MEDIA, INC *DEPOSITS WITH OFFSETS, CANCELLED CHECKS, WIRE TRANSFERS FOR ACCOUNT
ENDING IN 4532 IN THE NAME OF EMP MEDIA, INC *CANCELLED CHECKS FOR ACCOUNT ENDING IN 6721 IN THE
NAME OF WEB TRAFFIC NETWORKS, LLC
*DEPOSITS WITH OFFSETS, CANCELLED CHECKS, WIRE TRANSFERS FOR ACCOUNT ENDING IN 3717 IN THE NAME OF
ADT SEARCH MEDIA, INC.

## What you need to do
If you need to forward any additional correspondence to us regarding this case, please mail it to the following address:

Bank of America
DE5-024-02-08
P.O. Box 15047
Wilmington, DE 19850

## Questions?

If you have any questions, please call us at 213-580-0702. We're available Monday through Friday 9 a.m. to 5 p.m. local time. When contacting us regarding this notice, please use the reference number listed above.

Legal Order Processing

# ATTACHMENT MM



**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

EMP MEDIA, INC
DBA T & A MEDIA
6130 W FLAMINGO RD # 732
LAS VEGAS, NV 89103-2280

# Your Business Advantage Checking

for March 1, 2016 to March 31, 2016

Account number: Redacted Personal Info.

**EMP MEDIA, INC     DBA T & A MEDIA**

## Account summary

| | | | |
|---|---|---|---|
| Beginning balance on March 1, 2016 | $33.88 | # of deposits/credits: 2 | |
| Deposits and other credits | 130.00 | # of withdrawals/debits: 5 | |
| Withdrawals and other debits | -98.93 | # of items-previous cycle[1]: 0 | |
| Checks | -0.00 | # of days in cycle: 31 | |
| Service fees | -64.95 | Average ledger balance: $18.26 | |
| Ending balance on March 31, 2016 | $0.00 | [1]Includes checks paid,deposited items&other debits | |

# Simplify payroll so you can easily run it yourself

Run payroll, view balances, file taxes and more with Payroll Services by Intuit®.
It's easy to learn and easy to use with Small Business Online Banking.

Call **866.700.2142** or visit **bankofamerica.com/payroll** today.

**Intuit** Payroll

**Monthly and other fees may apply. See product and pricing details at bankofamerica.com/payroll.** Intuit and the Intuit logo are registered trademarks of Intuit, Inc. used under license. Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation. Bank of America, N.A. Member FDIC.
©2015 Bank of America Corporation   ARCR6H53 | SSM-08-15-0433.B

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information – We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement – When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: in case of errors or questions about your electronic transfers – If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems – You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits – If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2016 Bank of America Corporation



**Bank of America, N.A. Member FDIC and** **Equal Housing Lender**



**Your checking account**

EMP MEDIA, INC   |   Account # Redacted   |   March 1, 2016 to March 31, 2016

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 03/02/16 | Online Banking transfer from CHK 2477 Confirmation# 3991940625 | 30.00 |
| 03/04/16 | Online Banking transfer from CHK 2477 Confirmation# 3910770568 | 100.00 |
| Total deposits and other credits | | $130.00 |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 03/02/16 | ePN       DES:Fees      ID:0912650  INDN:TNA Media        CO ID:9010794001 CCD | -20.00 |
| 03/03/16 | AUTHNET GATEWAY  DES:BILLING   ID:47980469  INDN:TNA MEDIA        CO ID:1870568569 CCD | -20.00 |
| 03/14/16 | Online Banking transfer to CHK 2477 Confirmation# 0598425978 | -58.93 |
| Total withdrawals and other debits | | -$98.93 |

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $35.00 | $35.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

*continued on the next page*



**Small Business Online Banking**

**TIP OF THE MONTH**

# Transferring funds is a snap

Now you can send **transfers** from business accounts to a Bank of America® personal account, including your own.

Later this year, you'll be able to send transfers from your business accounts to any other Bank of America business account *and* from your personal account to any Bank of America business account.

Click on the **Transfers** tab when logged in at
**bankofamerica.com/smallbusiness**



ARYRND-IV  |  SSM-02-15-0019.B

BOA-FTC-001095

EMP MEDIA, INC   |   Account #  Redacted   |   March 1, 2016 to March 31, 2016

## Service fees - continued

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 03/01/16 | Monthly Fee for Business Advantage | -29.95 |
| 03/03/16 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 03-03 | -35.00 |
| **Total service fees** | | **-$64.95** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 03/01 | 3.93 | 03/03 | -41.07 | 03/14 | 0.00 |
| 03/02 | 13.93 | 03/04 | 58.93 | | |

✓   To help you BALANCE YOUR CHECKING ACCOUNT, visit bankofamerica.com/statementbalance or the Statements and Documents tab in Online Banking for a printable version of the How to Balance Your Account Worksheet.

BOA-FTC-001096

Bank of America Legal Order Processing
RE: Reference #  D050916000625
Court Case number:
Court or Issuer:  FEDERAL TRADE COMMISSION
Court Case Name:  EMP MEDIA

### AFFIDAVIT OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS

Before me, the undersigned authority, personally appeared,
Lytiasha Jones
Who, being duly sworn by me, deposes and says as follows:

1.) **Authority.** I, Lytiasha Jones, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this affidavit and certify to the authenticity and accuracy of the records produced with this affidavit.

2.) **Records.** The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:

a.)  Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

b.)  Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and

c.)  Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

**Additional Comments:** These records include:

- SIGNATURE CARD AND CORPORATE RESOLUTION, BANK STATEMENTS, DEPOSITS WITH OFFSETS, CANCELLED CHECKS, WIRE TRANSFERS FOR ACCOUNT ENDING IN 2477 IN THE NAME OF  EMP MEDIA, INC FOR THE TIME FRAME OF  JANUARY 2014 THRU APRIL 2016 (RECORDS PRODUCED ELECTRONICALLY-SEE CD)
- SIGNATURE CARD AND CORPORATE RESOLUTION, BANK STATEMENTS, DEPOSITS WITH OFFSETS FOR ACCOUNT ENDING IN 3162 IN THE NAME OF EMP MEDIA, INC FOR THE TIME FRAME OF  JANUARY 2014 THRU APRIL 2016 (RECORDS PRODUCED ELECTRONICALLY-SEE CD)
- SIGNATURE CARD AND CORPORATE RESOLUTION, BANK STATEMENTS FOR ACCOUNT ENDING IN 8159 IN THE NAME OF HOT MEDIA LTD FOR THE TIME FRAME OF  JANUARY 2014 THRU APRIL 2016 (RECORDS PRODUCED ELECTRONICALLY-SEE CD)
- BANK STATEMENTS, DEPOSITS WITH OFFSETS, WIRE TRANSFERS FOR ACCOUNT ENDING IN 4672 IN THE NAME OF  EMP MEDIA, INC FOR THE TIME FRAME OF  JULY 2014 THRU APRIL 2016 (RECORDS PRODUCED ELECTRONICALLY-SEE CD)
- CERTIFICATION OF BUSINESS, BANK STATEMENTS FOR ACCOUNT ENDING IN 4532 IN THE NAME OF EMP MEDIA INC FOR THE TIME FRAME OF AUGUST 2015 THRU APRIL 2016 (RECORD PRODUCED ELECTRONICALLY-SEE CD)
- SIGNATURE CARD AND CORPORATE RESOLUTION, BANK STATEMENTS, DEPOSIT WITH OFFSETS, WIRE TRANSFERS FOR ACCOUNT ENDING IN 6721 IN THE NAME OF WEB TRAFFICE NETWORKS, LLC FOR THE TIME FRAME OF  JUNE 2014 THRU APRIL 2016 (RECORDS PRODUCED ELECTRONICALLY-SEE CD)
- SIGNATURE CARD AND CORPORATE RESOLUTION, BANK STATEMENTS, DEPOSITS WITH OFFSETS, CANCELLED CHECKS, WIRE TRANSFERS FOR ACCOUNT ENDING IN 2472 IN THE NAME OF DIRO MEDIA LLC FOR THE TIME FRAME OF JANAUARY 2014 THRU APRIL 2016 (RECORDS PRODUCED ELECTRONICALLY-SEE CD)
- SIGNATURE CARD AND CORPORATE RESOLUTION, BAMK STATEMENTS FOR ACCOUNT ENDING IN 3717 IN THE NAME OF ADT SEARCH MEDIA, INC FOR THE TIME FRAME OF  JANUARY 2014 THRU APRIL 2016 (RECORDS PRODUCED ELECTRONICALLY-SEE CD)

3.) **Production**

___X___ The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).

**OR**

_____ A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Date: _____ Signature: _____

The above named Bank of America N.A. bank officer and/or custodian of records is known to me (or satisfactorily proven) to be the person who subscribed the within document and acknowledged to me that he/she executed the same for the purposes stated there in.

___X___ Signer is personally known to me.

_____ Signer has produced the following identification: _____

Sworn to and subscribed before me this ___ day of _____. In witness thereof I have set my hand and official seal.

_____
Signature of Notary Public in and for
State of Delaware
City/County of Newark/New Castle
My Commission Expires _____

SEAN C RASH
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Feb. 17, 2018



May 17, 2016

FEDERAL TRADE COMMISSION
MEGAN COX
600 PENNSYLVANIA AVE, MAIL STOP CC-8232
WASHINGTON, DC 20580

Regarding reference number: D050916000625
Case name: EMP MEDIA
Case number:
Customer name: DIRO MEDIA LLC, WEB TRAFFIC NETWORKS LLC, EMP MEDIA, INC, HOT MEDIA LTD, ADT SEARCH
MEDIA,INC

## Enclosed are the documents requested in the subpoena/legal request issued in the above case.

### What you need to know

We consider your receipt of these records compliance with the above referenced subpoena/legal request and our file is now closed for this matter.

NOTE: THE BANK DOES NOT POSSESS ANY OF THE FOLLOWING:

*CANCELLED CHECKS, WIRE TRANSFERS FOR ACCOUNT ENDING IN 3162 IN THE NAME OF EMP MEDIA, INC
*DEPOSITS WITH OFFSETS, CANCELLED CHECKS, WIRE TRANSFERS FOR ACCOUNT ENDING IN 8159 IN THE NAME OF
HOT MEDIA LTD *SIGNATURE CARD, CORPORATE RESOLUTION, CANCELLED CHECKS FOR ACCOUNT ENDING IN 4672
IN THE NAME OF EMP MEDIA, INC *DEPOSITS WITH OFFSETS, CANCELLED CHECKS, WIRE TRANSFERS FOR ACCOUNT
ENDING IN 4532 IN THE NAME OF EMP MEDIA, INC *CANCELLED CHECKS FOR ACCOUNT ENDING IN 6721 IN THE
NAME OF WEB TRAFFIC NETWORKS, LLC
*DEPOSITS WITH OFFSETS, CANCELLED CHECKS, WIRE TRANSFERS FOR ACCOUNT ENDING IN 3717 IN THE NAME OF
ADT SEARCH MEDIA, INC.

### What you need to do

If you need to forward any additional correspondence to us regarding this case, please mail it to the following address:

Bank of America
DE5-024-02-08
P.O. Box 15047
Wilmington, DE 19850

## Questions?

If you have any questions, please call us at 213-580-0702. We're available Monday through Friday 9 a.m. to 5 p.m. local time. When contacting us regarding this notice, please use the reference number listed above.

Legal Order Processing