# ATTACHMENT NN





## NEVADA DEPARTMENT OF MOTOR VEHICLES. FOR USE ONLY AS AUTHORIZED BY DMV.



Image Capture Date:   5/12/2009

| | |
|---|---|
| Last Name: | APPLEGATE |
| Middle Name: | |
| First Name: | JOHN |
| Current Date: | 05/16/2017 |
| Exp. Date: | 3/30/2013 |
| Card #: | Redacted |
| Card Type: | IDENTIFICATION CARD |
| Class: | |
| Endr: | |
| Restr: | |
| Date of Birth: | Redacted |
| Weight: | 170 |
| Height: | 6'01" |
| Hair: | BRO |
| Eyes: | BRO |
| Sex: | Male |
| Individual Id: | Redacted |
| Card Address: | Redacted |
| | LAS VEGAS |
| | NV Redacted |
| Residential Address: | Redacted Personal Info. |
| | LAS VEGAS |
| | NV Redacted |
| Location ID: | LAS VEGAS DMV W FLAMINGO |

STATE OF NEVADA
DEPARTMENT OF MOTOR VEHICLES
CENTRAL SERVICES - RECORDS DIVISION
555 Wright Way
Carson City, Nevada 89711-0250
(775)684-4590

REQUEST DATE : 05/16/2017          SUP.TRAN.ID :  Redacted

FEDERAL TRADE COMISSION
600 PENNSYLVANIA AVE NW CC-8217
WASHINGTON DC  20580-0002

DRIVERS LICENSE DATA
TEN YEAR  RECORD

LICENSE INFORMATION
    DLN         :  Redacted          STATE OF REC:NOT AVL
    ORIG.ISU.DT :10/17/2006          LAST.TRN.DT :05/14/2008
*********************************************************************
ID CARD DETAILS

    ID CARD NO. :  Redacted          ID CARD STAT: EXPIRED
    ISSUE DATE  :05/12/2009          EXP.   DATE :03/30/2013
    ****   CONVERSION DATA -  DATES MIGHT NOT REFLECT CORRECT INFO.  *****
*********************************************************************
INDIVIDUAL DETAILS AT TIME OF ISSUANCE
    NAME        : SHAD APPLEGATE
    DOB         :  Redacted

    MAIL ADDRESS : Redacted Personal Information
    CITY/STATE   : LAS VEGAS NV
    PHYS ADDRESS : Redacted Personal Information
    CITY/STATE   : LAS VEGAS NV

    DESCRIPTION
    SEX:MALE      HEIGHT:3'3  WEIGHT: 999 HAIR:UNKNOWN   EYES:UNKNOWN
*********************************************************************
LICENSE DETAILS
    TYPE CLASS STATUS        PERMIT        ISU.DATE  EXP.DATE   ENDORSMNTS
01  NCDL ?    CLEARED        NONE          10/17/2006 00/00/0000
    RESTRICTION :NONE
*********************************************************************
CONVICTION LISTING
    CONVICTION DATA IS INCLUSIVE OF TEN YEAR RECORD ONLY

    NO CONVICTIONS EXISTS

    TOTAL ACTIVE POINTS:  00
*********************************************************************
                                    PAGE NO:    1  Continued ...

An. NN - Page 2

```
WITHDRAWAL LISTING
    NEVADA DRIVERS LICENSE SYSTEM - WITHDRAWAL DETAILS

    NAME                              DOB          DLN
    SHAD APPLEGATE                    Redacted     Redacted

    NO WITHDRAWALS EXISTS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
    NOTE: Name changed after issuance of license.  Current details are as
          follows.

    NAME        : JOHN  APPLEGATE
***************************************************************************
                                     PAGE NO:    2** LAST PAGE **
```

# NEVADA DEPT. OF MOTOR VEHICLES

ACCOUNTING COPY

ID# Redacted

05-12-2009

BIRTHDATE Redacted   SSN

APPLEGATE, JOHN
Redacted Personal Information
LAS VEGAS NV

AO2788034

| | | |
|---|---|---|
| 2033 | | 9.00 |
| 2011 | | 3.00 |
| | | 12.00 |

ID CARD - ORIGINAL
ID CARD

| CLASS | ENDORSE | RESTR | | |
|---|---|---|---|---|
| M | 6' 01" | 170 | BROWN | BROWN |
| SEX | HEIGHT | WEIGHT | HAIR | EYES |

Redacted
BIRTHDATE

03-30-2013
EXPIRATION DATE

O D
R O
G N
A O
N R

TOTAL   12.00

PSF15

EXAMINER

REQUIREMENTS

STICKER
HEADER    ID CARD
BACKDROP  BLUE
PHOTO     FRONTAL

APPLEGATE, JOHN

## PLEASE CAREFULLY REVIEW YOUR INFORMATION BEFORE SIGNING!

**I understand I will be charged a fee for any corrections or changes to this information after I review and sign this confirmation.**

ID#:  Redacted

Expiration Date: **03-30-2013**

Type:  **Nevada ID Card**                                    **Organ Donor**

Name:  **APPLEGATE, JOHN**

Address:  Redacted Personal Info.
          **LAS VEGAS NV** Redacted

Date of Birth:  Redacted

Sex:  **M**    Height: **6' 01"** Weight: **170**    Hair: **BROWN**    Eyes: **BROWN**

I hereby certify **UNDER PENALTY OF PERJURY** that all statements in this application are true and correct. I agree and understand any misstatement of material facts may cause cancellation and/or denial of my driver's license or identification card under NRS 483.420 and NRS 483.530, respectively. I further understand any misstatement of facts may be a misdemeanor or felony under NRS 483.530 and may be punishable pursuant to NRS 193.130.

Signature  _John Applegate_    Date  _5-12-09_



**Field Services Division**
Reno/Sparks/Carson City (775) 684-4DMV (4368)
Las Vegas Area (702) 486-4DMV (4368)
Rural Nevada (877) 368-7828
Fax: (775) 684-4992
Website: www.dmvnv.com

# NON-COMMERCIAL DRIVER LICENSE APPLICATION

☐ Driver License          ☒ Identification Card          ☐ International Student
☐ Instruction Permit      ☐ Seasonal Resident I.D. Card   ☐ International Instructor

(Please print in black or blue ink only)          Daytime Telephone Number ___Redacted Personal Info.___

Full Name ___APPLEGATE___ ___John___ _____
    Last          First        Middle       Suffix (Jr., Sr.)

Social Security No. ___Redacted Personal Info.___   Date of Birth ___Redacted___   ☒ Male  ☐ Female

Height __6__ ft __1__ in   Weight __170__ lbs   Hair __Brown__   Eyes __Brown__

Name on Birth Certificate if different than above _____

Birthplace ___Redacted Personal Info.___   State/Country __USA__   Mother's Maiden Name ___Redacted___

Mailing Address ___Redacted Personal Information___   ___Las Vegas, NV___ ___Redacted___
    Street / P.O. Box   Apt. #   City     State    Zip   County

Residential Address ___Redacted Personal Information___   ___Las Vegas, NV___ ___Redacted___
    Street   Apt. #   City    State    Zip   County

Declaration of Change:  ☐ Name   ☐ Date of Birth   ☐ Social Security Number

From _____ To _____

From _____ To _____

## Please check the boxes for the vehicles you will drive

### NON-COMMERCIAL CLASS/TYPE

**A** ☐ Combination vehicles GVWR 26,001 lbs or more; trailer over 10,000 lbs; or combination of vehicles not exceeding 70 feet in length with a GCWR of 26,000 pounds or less so long as the GCWR of the towed vehicles does not exceed the GCWR of the towing vehicle

1st Test: WT _____ Tech. Init. _____   1st Test: DT _____ Tech. Init. _____
2nd Test: WT _____ Tech. Init. _____   2nd Test: DT _____ Tech. Init. _____

**B** ☐ Single vehicle GVWR 26,001 lbs or more; may tow vehicle under 10,000 lbs

1st Test: WT _____ Tech. Init. _____   1st Test: DT _____ Tech. Init. _____
2nd Test: WT _____ Tech. Init. _____   2nd Test: DT _____ Tech. Init. _____

**C** ☐ Cars, vans, pickups; may tow a vehicle under 10,000 lbs; combination may not exceed 70 feet in length

1st Test: WT _____ Tech. Init. _____   1st Test: DT _____ Tech. Init. _____
2nd Test: WT _____ Tech. Init. _____   2nd Test: DT _____ Tech. Init. _____

**M** ☐ Motorcycle          ☐ Moped

1st Test: WT _____ Tech. Init. _____   1st Test: DT _____ Tech. Init. _____
2nd Test: WT _____ Tech. Init. _____   2nd Test: DT _____ Tech. Init. _____

### ENDORSEMENTS

**J** ☐ Class C vehicle may tow a vehicle over 10,000 lbs GVWR

WT _____ Init. _____   DT _____ Init. _____
WT _____ Init. _____   DT _____ Init. _____

**R** ☐ Class C vehicle may tow a combination of vehicles less than 10,000

WT _____ Init. _____   DT _____ Init. _____
WT _____ Init. _____   DT _____ Init. _____

**F** ☐ COMMERCIAL LICENSE EXEMPT FOR:
FIREFIGHTERS -- While operating emergency equipment
FARMERS -- Employes or family while transporting supplies within 150 miles to and from the farm, if not:
- employed as a common or contract motor carrier, or
- transporting placarded amounts of hazardous materials

Air Brakes Test Score: _____ Tech. Init. _____

## PLEASE COMPLETE REVERSE SIDE

For Office Use Only

6/1/18

Social Security Number ___Redacted Personal Information___   ___Redacted Personal Information___
Documents Shown _____
Reinstatement Information:
Transaction: ☒ ORIG ☐ DUP ☐ REN ☐ RS ☐ END ☐ TL ☐ RL     Change: Name   DOB   SSN   Add
Class: A B C M     Endorsements J R F     Restrictions: A C D I M N O X Other
License Surrendered: ☐ Yes ☒ No State _____   ID Card Surrendered: ☒ Yes ☐ No State CA
Vision:
    Left   Both   Right
Acuity With Correction: 20/ 20/ 20/     Hearing: ☐ Good ☐ Poor ☐ Deaf
Acuity Without Correction: 20/ 20/ 20/     ☐ Epileptic ☐ Diabetic ☐ None
Organ Donor: ☒ Yes ☐ No   Anatomical Gift Donation: ☐ Yes ☒ No Amount $ _____   Veteran: ☐ Yes ☒ No
Motor Voter: ☐ Yes ☒ No   Voter No. _____   Commercial Sales: ☐ Yes ☒ No
Test Required: ☐ Written ☐ Drive   Ind. ID # _____
PDPS: ☐ Clear ☐ Hit   State _____ DLN ___Redacted Personal Info.___   Init. _____   Empl. ID ___Redacted___

An NN - Page 6

| | | Yes | No |
|---|---|---|---|
| 1. | Do you currently have, or have you ever been issued in the past, a Nevada driver license or identification card? | ☐ | ☒ |
| 2. | Have you ever had a driver license or identification card in another state? | ☒ | ☐ |
| | If Yes, State _CA_   License Number _____ Class/Type _____ Expiration Date _____ | | |
| 3. | Have you ever had a driver license or identification card in another name? | ☐ | ☐ |
| | If Yes, State ___ CA ___ Name _Shad_ _Appleast_ | | |
| 4. | Has your driving privilege ever been revoked; suspended, cancelled or denied? | ☐ | ☒ |
| | If Yes, State _____ Date _____ Reason _____ | | |
| 5. | Have you had any moving violations in the last four years? If Yes, how many? _____ | ☐ | ☒ |
| 6. | Have you been convicted of driving under the influence of alcohol/drugs in the last seven (7) years? | ☐ | ☒ |
| 7. | Do you have any disabilities, illnesses or take any medication that could affect your driving ability? | ☐ | ☒ |
| | If Yes, disabilities/illnesses/medications _____ | | |
| 8. | Have you ever been diagnosed with ☐ Epilepsy or ☐ Insulin Dependent Diabetes? | ☐ | ☒ |
| | If Yes, would you like a colored frame around your photograph as indication for law enforcement? If so, a physician's statement indicating this diagnosis is required. | ☐ | ☐ |
| 9. | Would you like to be an organ donor and have that information indicated on your license or identification card? | ☒ | ☐ |
| 10. | Would you like to make a donation of $1 or more to the anatomical gift account? If Yes, how much? _____ | ☐ | ☒ |
| 11. | Would you like to register to vote or make changes to your current voter registration? | ☐ | ☒ |
| | If Yes, you will need to complete a separate Voter Registration Application. | | |
| 12. | Would you like your name and address released for commercial sales? | ☐ | ☒ |
| 13. | Would you like to declare yourself a veteran of the Armed Forces of the United States? | ☐ | ☒ |

## STOP - Affidavits and signatures must be witnessed by an authorized DMV Representative or Notary Public - STOP

☐ **AFFIDAVIT – NO SOCIAL SECURITY NUMBER:** I, the undersigned, do hereby certify that I have never been assigned a Social Security Number under the provisions of the Social Security Act of the United States.

☐ **AFFIDAVIT – NON-USE OF NEVADA DRIVING PRIVILEGE:** I, the undersigned, do hereby certify that I have not operated any motor vehicle since (date) _____

☐ **AFFIDAVIT – CONSENT FOR MINOR'S LICENSE:** I, the undersigned, do hereby consent to the issuance of an instruction permit/driver license to _____, whose relationship to me is _____

I understand that I can be held responsible for any liability caused by his/her negligence or willful misconduct in the operation of a motor vehicle. (NRS 483.300 and/or NRS 486.101) I understand I may have the permit/license cancelled and be released from liability by signing a cancellation request at a Field Services Office.

I also understand that before a license is issued she/he may need to present a Certificate of Completion from an approved Driver Education Course and that I will need to sign and submit a form to the department attesting that she/he has completed at least 50 hours of behind-the-wheel driving experience.

☐ **AFFIDAVIT – INSTRUCTION PERMIT:** I, the undersigned, do hereby certify that I understand my instruction permit is valid for up to one (1) year and I must carry it with me when I am driving. I understand the restrictions on my permit and agree to follow them.

**CLASS A, B & C INSTRUCTION PERMIT**
☐ (Passenger car/pickup truck)
When driving I must be accompanied by a licensed driver who:
1. Is 21 years of age or older; and
2. Has at least one year of licensed driver experience; and
3. Is seated beside me

**CLASS M OR M-Z INSTRUCTION PERMIT**
☐ (Motorcycle or moped)
1. I may only drive during daylight hours;
2. I may not drive on limited access streets or highways;
3. I must be in direct vision supervision of a licensed motorcycle driver at all times who is 21 years of age or older; and
4. I may not carry passengers

**DISCLOSURE STATEMENT:** The Privacy Act as passed by the United States Congress authorizes the use of your Social Security Number for the purpose of verifying your identity. This number must be given and will be used in the administration of driver license laws as required by NRS 483.290.

I hereby certify that all statements in this application are true and correct. I agree and understand any misstatement of material facts may cause cancellation and/or denial of my driver license or identification card under NRS 483.420 and NRS 483.530, respectively. I further understand any misstatement of facts may be a misdemeanor or felony under NRS 483.530, and may be punishable pursuant to NRS 193.130.

_____
Applicant Signature

_____
Parent/Guardian Signature

SUBSCRIBED AND SWORN to before me this **VALIDATED**

Day of _____ 20 ___

Notary Signature _____  **MAY 1 2 2009**

**DMV Field Services**

Redacted Personal Information
Social Security Number

License No. or Identification No.

_____
Authorized DMV Representative Signature and Tech No.

Notary Stamp

(DLD( Rev 2/06)

(NSPO Rev. 5-06)   (O) 1536

Att. NN - Page 7

# ATTACHMENT OO

D-15-516575-N

_P

# EIGHTH JUDICIAL DISTRICT COURT
## CLARK COUNTY, NEVADA
## FAMILY COURT COVER SHEET

CASE NO. _____ (To be assigned by the Clerk's Office)

---

**Do you or any other party in this case (including any minor child) have any other current case(s) or past case(s) in the Family Court or Juvenile Court in Clark County?**

☐ YES   ☒ NO

**If yes, complete the other side of this form**

---

### PARTY INFORMATION (Please Print)

| Plaintiff/Petitioner | | Defendant/Respondent/Co-Petitioner/Ward/Decedent | |
|---|---|---|---|
| Last Name: Applegate | | Last Name: | |
| First Name: Shad | Middle Name: | First Name: | Middle Name: |
| Home Address: 6130 W. Flamingo Rd. | | Home Address: | |
| City, State, Zip: Las Vegas, NV 89103 | | City, State, Zip: | |
| Mailing Address: | | Mailing Address: Same | |
| City, State, Zip: | | City, State, Zip: | |
| Phone #: 702-430-1990 | Date of Birth: Redacted | Phone #: | Date of Birth: |
| **Attorney Information** | | **Attorney Information** | |
| Name: Emily McFarling | Bar No. 8567 | Name: N/A | Bar No: |
| Address: 6230 W. Desert Inn Rd. | | Address: | |
| City, State, Zip: Las Vegas, NV 89146 | | City, State, Zip: | |
| Phone #: 702-565-4335 | | Phone #: | |

---

(Check one box only for the type of case being filed with this cover sheet)

| DOMESTIC | OTHER DOMESTIC RELATIONS PETITIONS | GUARDIANSHIP | PROBATE |
|---|---|---|---|
| **Marriage Dissolution**<br>☐ Annulment<br>☐ Divorce –No minor child(ren)<br>☐ Divorce –With minor child(ren)<br>☐ Foreign Decree<br>☐ Joint Petition –No minor child(ren)<br>☐ Joint Petition – With minor child(ren)<br>☐ Separate Maintenance | ☐ Adoption –Minor<br>☐ Adoption –Adult<br>☐ Child Custody (Non-Divorce)<br>☐ Mental Health<br>☒ Name Change<br>☐ Paternity<br>☐ Permission to Marry<br>☐ Support - Other<br>☐ Temporary Protective Order (TPO)<br>☐ Termination of Parental Rights<br>☐ Visitation (Non-Divorce)<br>☐ Other (identify) | **Guardianship of an Adult**<br>☐ Person<br>☐ Estate<br>☐ Person and Estate<br><br>**Guardianship of a Minor**<br>☐ Person<br>☐ Estate<br>☐ Person and Estate<br><br>☐ **Guardianship Trust** | ☐ Summary Administration<br>☐ General Administration<br>☐ Special Administration<br>☐ Set Aside Estates<br>☐ Trust/Conservatorships<br>  ☐ Individual Trustee<br>  ☐ Corporate Trustee<br>☐ Other Probate |
| **MISC. JUVENILE PETITIONS** | **IV-D CHILD SUPPORT PETITIONS** | | |
| ☐ Work Permit  ☐ Emancipation | ☐ DA – UIFSA | ☐ Child Support In State IV-D | |

---

List children involved in this case (If more than 3 children, please enter the information on the reverse side)

| Last Name | First Name | Middle Name | Date of Birth | Relationship |
|---|---|---|---|---|
| 1. | | | | |
| 2 | | | | |
| 3. | | | | |

---

Tricia Lane

**Printed Name of Preparer**

Signature of Preparer

Date 6/16/15

Revised 07/01/12<br>Eighth Judicial District Court<br>Pursuant to NRS 3.275

Electronically Filed
06/16/2015 03:13:30 PM

*[signature]*

**CLERK OF THE COURT**

1  **PET**
   Emily McFarling, Esq.
2  Nevada Bar Number 8567
   **MCFARLING LAW GROUP**
3  6230 W. Desert Inn Rd.
   Las Vegas, NV 89146
4  (702) 565-4335 phone
   (702) 732-9385 fax
5  eservice@mcfarlinglaw.com
   Attorney for Petitioner
6  Shad Applegate

7           IN THE EIGHTH JUDICIAL DISTRICT COURT

8                       FAMILY DIVISION

9                   CLARK COUNTY, NEVADA

10  In the Matter of the Application          Case Number: D-15-516575-N
                                             Dept. No:  P
11  Shad Applegate
                                             **PETITION FOR NAME CHANGE**
12  For Change of Name

13

14

15

16        COMES NOW, Petitioner, Shad Applegate, respectfully states as follows:

17        1.    That Petitioner was born on **Redacted Personal Information**

18        2.    That Petitioner has resided in Clark County since December, 2005 and

19  intends to make Clark County her home for at least an indefinite period of time.

20        3.    Petitioner's current name is Shad Applegate. Petitioner wishes to take a

21  different name. The new name Petitioner would like to take is Shad Tristan Cottelli.

22        4.    That Petitioner wishes to assume the new name because he is an actor and

23  Conttelli is his grandfather's name.

24

25        5.    Petitioner has never been convicted of a felony.

26        6.    That Petitioner is not changing his name in order to defraud creditors or for

27  some other fraudulent reason.

28        WHEREFORE, Petitioner prays for the following:

1

MCFARLING LAW GROUP
6230 W. Desert Inn Rd., Las Vegas, NV 89146
Phone: (702) 565-4335  Fax: (702) 732-9385
eservice@mcfarlinglaw.com

1       1.     That the above-entitled Court enter its Order changing Petitioner's name to

2  Shad Tristan Cottelli.

3       2.     That the above-entitled Court enter an order for such other and further relief

4  as the Court shall deem just proper.

5       DATED this 15th day of June, 2015.

6

7                           MCFARLING LAW GROUP

8               By:   /s/Emily McFarling

9                     Emily McFarling, Esq.
                          6230 W. Desert Inn Rd.

10                   Las Vegas, NV 89146
                       (702) 565-4335

11                   Attorney for Petitioner
                       Shad Applegate

12

13                    VERIFICATION

14      Under penalties of perjury, I declare that I am the Petitioner in the above-entitled

15  action; that I have read the foregoing Petition and know the contents thereof; that the

16  pleading is true of my own knowledge, except for those matters therein contained stated

17  upon information and belief, and that as to those matters, I believe them to be true. I declare

18  under penalty of perjury under the law of the State of Nevada that the foregoing is true and

19  correct.
       DATED this _15_ day of June, 2015.

20

21                       SHAD APPLEGATE

22

23

24

25

26

27

28

2

Electronically Filed
06/16/2015 03:13:30 PM

**CLERK OF THE COURT**

1 | **PET**
Emily McFarling, Esq.
2 | Nevada Bar Number 8567
**MCFARLING LAW GROUP**
3 | 6230 W. Desert Inn Rd.
Las Vegas, NV 89146
4 | (702) 565-4335 phone
(702) 732-9385 fax
5 | eservice@mcfarlinglaw.com
Attorney for Petitioner
6 | Shad Applegate

7 | IN THE EIGHTH JUDICIAL DISTRICT COURT

8 | FAMILY DIVISION

9 | CLARK COUNTY, NEVADA

10 | In the Matter of the Application   Case Number: D-15-516575-N
Dept. No:   P

11 | Shad Applegate

12 | For Change of Name   **PETITION FOR NAME CHANGE**

13 |

14 |

15 |
COMES NOW, Petitioner, Shad Applegate, respectfully states as follows:
16 |

17 |    1.    That Petitioner was born on Redacted Personal Information

18 |    2.    That Petitioner has resided in Clark County since December, 2005 and

19 | intends to make Clark County her home for at least an indefinite period of time.

20 |    3.    Petitioner's current name is Shad Applegate. Petitioner wishes to take a

21 | different name. The new name Petitioner would like to take is Shad Tristan Cottelli.

22 |    4.    That Petitioner wishes to assume the new name because he is an actor and

23 |
Conttelli is his grandfather's name.
24 |

25 |    5.    Petitioner has never been convicted of a felony.

26 |    6.    That Petitioner is not changing his name in order to defraud creditors or for

27 | some other fraudulent reason.

28 |    WHEREFORE, Petitioner prays for the following:

1

**MCFARLING LAW GROUP**
6230 W. Desert Inn Rd., Las Vegas, NV 89146
Phone: (702) 565-4335   Fax: (702) 732-9385
eservice@mcfarlinglaw.com

1.    That the above–entitled Court enter its Order changing Petitioner's name to

Shad Tristan Cottelli.

2.    That the above-entitled Court enter an order for such other and further relief

as the Court shall deem just proper.

DATED this 15th day of June, 2015.

MCFARLING LAW GROUP

By:   /s/Emily McFarling
Emily McFarling, Esq.
6230 W. Desert Inn Rd.
Las Vegas, NV 89146
(702) 565-4335
Attorney for Petitioner
Shad Applegate

## VERIFICATION

Under penalties of perjury, I declare that I am the Petitioner in the above-entitled action; that I have read the foregoing Petition and know the contents thereof; that the pleading is true of my own knowledge, except for those matters therein contained stated upon information and belief, and that as to those matters, I believe them to be true. I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

DATED this _15_ day of June, 2015.

SHAD APPLEGATE

2

Electronically Filed
06/18/2015 12:37:34 PM

*[signature]*

**CLERK OF THE COURT**

1  **NOTC**
   Emily McFarling, Esq.
2  Nevada Bar Number 8567
   **MCFARLING LAW GROUP**
3  6230 W. Desert Inn Rd.
   Las Vegas, NV 89146
4  (702) 565-4335 phone
   (702) 732-9385 fax
5  eservice@mcfarlinglaw.com
   Attorney for Petitioner
6  Shad Applegate

7          **IN THE EIGHTH JUDICIAL DISTRICT COURT**

8                        **FAMILY DIVISION**

9                    **CLARK COUNTY, NEVADA**

10 In the Matter of the Application    )    Case Number: D-15-516575-N
                                       )    Dept. No: P
11 Shad Applegate                      )
                                       )    **NOTICE OF PETITION FOR NAME**
12 For Change of Name                  )    **CHANGE**
                                       )
13                                     )
                                       )
14                                     )
                                       )
15

16     **NOTICE IS HEREBY GIVEN** that the Petitioner, Shad Applegate, by and

17 through his attorney of record, Emily McFarling, of McFarling, has filed a petition

18 addressed to the above-entitled Court praying that said Court enter its Order changing the

19 present legal name of Petitioner, Shad Applegate, to the name of Shad Tristan Cottelli.

       **NOTICE IS HEREBY GIVEN** that any person objecting to the changing of the
20
   Petitioner's name as noted above shall file written objection with the above-entitled Court
21
   within ten (10) days after the date of the last publication of this Notice.
22
       DATED this 18th day of June , 2015.
23
                                    **MCFARLING LAW GROUP**
24
                        By:   */s/Emily McFarling*
25                            Emily McFarling, Esq.
                              6230 W. Desert Inn Rd.
26                            Las Vegas, NV 89146
                              (702) 565-4335
27                            Attorney for Petitioner
                              Shad Applegate
28

1

**MCFARLING LAW GROUP**
6230 W. Desert Inn Rd., Las Vegas, NV 89146
Phone: (702) 565-4335   Fax: (702) 732-9385
eservice@mcfarlinglaw.com

AFFP

D 516575 CON

Electronically Filed
07/07/2015 10:03:41 AM

*signature*

CLERK OF THE COURT

# Affidavit of Publication

STATE OF NEVADA }
COUNTY OF CLARK }   SS

I, Rosalie Qualls state:

That I am Assistant Operations Manager of the Nevada Legal News, a daily newspaper of general circulation, printed and published in Las Vegas, Clark County, Nevada; that the publication, a copy of which is attached hereto, was published in the said newspaper on the following dates:

Jun 23, 2015
Jun 30, 2015
Jul 07, 2015

IN THE EIGHTH JUDICIAL DISTRICT COURT
FAMILY DIVISION
CLARK COUNTY, NEVADA
Case Number: D 516575 Dept. No: P
In the Matter of the Application Shad Applegate For Change of Name
NOTICE OF PETITION FOR NAME CHANGE
NOTICE IS HEREBY GIVEN that the Petitioner, Shad Applegate, by and through his attorney of record, Emily McFarling, of McFarling, has filed a petition addressed to the above-entitled Court praying that said Court enter its Order changing the present legal name of Petitioner, Shad Applegate, to the name of Shad Tristan Cottelli. NOTICE IS HEREBY GIVEN that any person objecting to the changing of the Petitioner's name as noted above shall file written objection with the above-entitled Court within ten (10) days after the date of the last publication of this Notice. DATED this 18th day of June, 2015. MCFARLING LAW GROUP, By: Emily McFarling, Esq., Nevada Bar Number 8567, 6230 W. Desert Inn Rd., Las Vegas, NV 89146, (702) 565-4335 phone, (702) 732-9385 fax, eservice@mcfarlinglaw.com, Attorney for Petitioner, Shad Applegate
Published in Nevada Legal News
June 23, 30, July 7, 2015

That said newspaper was regularly issued and circulated on those dates. I declare under penalty of perjury that the foregoing is true and correct.

DATED: Jul 07, 2015

*signature*

Rosalie Qualls

04101508  00396511  (702)732-9385

MCFARLING LAW GROUP
6230 W. DESERT INN RD
LAS VEGAS, NV 89146

Electronically Filed
07/09/2015 06:35:50 PM

**CLERK OF THE COURT**

1  **REQT**
   Emily McFarling, Esq.
2  Nevada Bar Number 8567
   **MCFARLING LAW GROUP**
3  6230 W. Desert Inn Rd.
   Las Vegas, NV 89146
4  (702) 565-4335 phone
   (702) 732-9385 fax
5  eservice@mcfarlinglaw.com
   Attorney for Petitioner
6  Shad Applegate

7              IN THE EIGHTH JUDICIAL DISTRICT COURT

8                        FAMILY DIVISION

9                    CLARK COUNTY, NEVADA

10  In the Matter of the Application          ) Case Number: D-15-516575-N
                                              ) Dept. No: P
11  Shad Applegate                            )
                                              )  **REQUEST FOR SUMMARY**
12  For Change of Name                        )  **DISPOSITION**
                                              )
13                                            )
                                              )
14                                            )

15

16          ///

17          ///

18          ///

19          ///

20          ///

21          ///

22          ///

23          ///

24          ///

25          ///

26          ///

27          ///

28          ///

                              1

1    COMES NOW Petitioner, by and through her attorney, Emily McFarling, Esq. of

2    McFarling Law Group, and requests this Court for a summary disposition of a divorce

3    without a hearing.

4         DATED this 9th day of July, 2015

5                                          **MCFARLING LAW GROUP**

6
                                           By: /s/Emily McFarling
7                                              Emily McFarling, Esq.
                                               6230 W. Desert Inn Rd.
8                                              Las Vegas, NV 89146
                                               (702) 565-4335
9                                              Attorney for Petitioner
                                               Shad Applegate
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Electronically Filed
07/17/2015 03:44:11 PM

**CLERK OF THE COURT**

1 **REQT**
Emily McFarling, Esq.
2 Nevada Bar Number 8567
**MCFARLING LAW GROUP**
3 6230 W. Desert Inn Rd.
Las Vegas, NV 89146
4 (702) 565-4335 phone
(702) 732-9385 fax
5 eservice@mcfarlinglaw.com
Attorney for Petitioner
6 Shad Applegate

7           IN THE EIGHTH JUDICIAL DISTRICT COURT

8                      FAMILY DIVISION

9                  CLARK COUNTY, NEVADA

10  In the Matter of the Application         )   Case Number: D-15-516575-N
                                             )   Dept. No:  P
11  Shad Applegate                           )
                                             )
12  For Change of Name                       )   **AMENED REQUEST FOR SUMMARY**
                                             )   **DISPOSITION**
13                                           )
                                             )
14                                           )

15

16          ///

17          ///

18          ///

19          ///

20          ///

21          ///

22          ///

23          ///

24          ///

25          ///

26          ///

27          ///

28          ///

MCFARLING LAW GROUP
6230 W. Desert Inn Rd., Las Vegas, NV 89146
Phone: (702) 565-4335  Fax: (702) 732-9385
eservice@mcfarlinglaw.com

i

COMES NOW Petitioner by and through her attorney, Emily McFarling, Esq. of McFarling Law Group, and requests this Court for a summary disposition of a Petition for change of name without a hearing.

DATED this 17th day of July, 2015

MCFARLING LAW GROUP

By: /s/Emily McFarling
Emily McFarling, Esq.
6230 W. Desert Inn Rd.
Las Vegas, NV 89146
(702) 565-4335
Attorney for Petitioner
Shad Applegate

2

Electronically Filed
07/21/2015 06:38:26 PM

CLERK OF THE COURT

1  **ORDR**
   Emily McFarling, Esq.
2  Nevada Bar Number 8567
   **MCFARLING LAW GROUP**
3  6230 W. Desert Inn Rd.
   Las Vegas, NV 89146
4  (702) 565-4335 phone
   (702) 732-9385 fax
5  eservice@mcfarlinglaw.com
   Attorney for Petitioner
6  Shad Applegate

7              IN THE EIGHTH JUDICIAL DISTRICT COURT

8                         FAMILY DIVISION

9                    CLARK COUNTY, NEVADA

10  In the Matter of the Application          )   Case Number: D-15-516575-N
                                              )   Dept. No: P
11  Shad Applegate                            )
                                              )
12  For Change of Name                        )   **ORDER FOR CHANGE OF NAME**
                                              )
13                                            )
                                              )
14                                            )
                                              )
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27
28

RECEIVED

JUL 14 2015

FAMILY COURT
DEPARTMENT P

1

1  This matter having come on for summary disposition in the Family Division of the Eight

2  Judicial District Court, County of Clark; and the Court being fully advised in the premises,

3  both as to subject matter as well as the party thereto, and that jurisdiction is proper in

4  Nevada, and good cause appearing therefore;

5

6  **IT I HEREBY ORDERED, ADJUDGED AND DECREED** that Shad Applegate born

7  on ▇ Redacted Personal Information ▇ name be changed to Shad Tristan

8  Cottelli.

9      IT IS SO ORDERED this _2/_ day of _July_, 2015

10

11                    DISTRICT COURT JUDGE ⊗
                      SANDRA L. POMRENZE

12

13  MCFARLING LAW GROUP

14

15  Emily McFarling, Esq.
16  6230 W. Desert Inn Rd.
    Las Vegas, NV 89146
17  (702) 565-4335
    Attorney for Petitioner
18  Shad Applegate

19

20

21

22

23

24

25

26

27

28

                        2

Electronically Filed
07/24/2015 05:50:00 PM

**CLERK OF THE COURT**

1   **NEO**
    Emily McFarling, Esq.
2   Nevada Bar Number 8567
    **MCFARLING LAW GROUP**
3   6230 W. Desert Inn Rd.
    Las Vegas, NV 89146
4   (702) 565-4335 phone
    (702) 732-9385 fax
5   eservice@mcfarlinglaw.com
    Attorney for Petitioner
6   Shad Applegate
7                              **IN THE EIGHTH JUDICIAL DISTRICT COURT**

8                                       **FAMILY DIVISION**

9                                   **CLARK COUNTY, NEVADA**

10  In the Matter of the Application          )    Case Number: D-15-516575-N
                                              )    Dept. No: P
11  Shad Applegate                            )
                                              )    **NOTICE OF ENTRY OF ORDER FOR**
12  For Change of Name                        )    **NAME CHANGE**
                                              )
13                                            )
                                              )
14                                            )

15              ///

16              ///

17              ///

18              ///

19              ///

20              ///

21              ///

22              ///

23              ///

24              ///

25              ///

26              ///

27              ///

28

I

1    PLEASE TAKE NOTICE that on July 21, 2015, an Order was entered, a copy of

2  which is attached hereto and by reference fully incorporated herein.

3

4    DATED this 24th day of July, 2015

5                                          **MCFARLING LAW GROUP**

6                                  By: */s/Emily McFarling*
                                        Emily McFarling, Esq.
7                                        6230 W. Desert Inn Rd.
                                         Las Vegas, NV 89146
8                                        (702) 565-4335
                                         Attorney for Petitioner
9                                        Shad Applegate

10                      **CERTIFICATE OF SERVICE**

11

12    The undersigned, an employee of McFarling Law Group, hereby certifies that on the

     24th day of July 2015, I served a true and correct copy of Notice of Entry of Order, to the
13
     following:
14
         __X__ by United States mail in Las Vegas, Nevada, with First-Class postage
15
     prepaid and addressed as follows:
16   Shad Applegate
     6130 W. Flamingo Rd.
17   Las Vegas NV 89103

18                              By: */s/Tricia Lane*
                                    Tricia Lane
19

20

21

22

23

24

25

26

27

28

                                      2

Electronically Filed
07/21/2015 06:38:26 PM

**CLERK OF THE COURT**

1  **ORDR**
Emily McFarling, Esq.
2  Nevada Bar Number 8567
**MCFARLING LAW GROUP**
3  6230 W. Desert Inn Rd.
Las Vegas, NV 89146
4  (702) 565-4335 phone
(702) 732-9385 fax
5  eservice@mcfarlinglaw.com
Attorney for Petitioner
6  Shad Applegate

7            **IN THE EIGHTH JUDICIAL DISTRICT COURT**

8                        **FAMILY DIVISION**

9                    **CLARK COUNTY, NEVADA**

10  In the Matter of the Application          ) Case Number: D-15-516575-N
                                              ) Dept. No:  P
11  Shad Applegate                            )
                                              ) **ORDER FOR CHANGE OF NAME**
12  For Change of Name                        )
                                              )
13                                            )
                                              )
14                                            )
                                              )
15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27

28

**MCFARLING LAW GROUP**
6230 W. Desert Inn Rd., Las Vegas, NV 89146
Phone: (702) 565-4335  Fax: (702) 732-9385
eservice@mcfarlinglaw.com

RECEIVED

JUL 1 4 2015

FAMILY COURT
DEPARTMENT P

1

1  This matter having come on for summary disposition in the Family Division of the Eight

2  Judicial District Court, County of Clark; and the Court being fully advised in the premises,

3  both as to subject matter as well as the party thereto, and that jurisdiction is proper in

4  Nevada, and good cause appearing therefore;

5  

6  **IT I HEREBY ORDERED, ADJUDGED AND DECREED** that Shad Applegate born

7  on Redacted Personal Information name be changed to Shad Tristan

8  Cottelli.

9  IT IS SO ORDERED this 20 day of July, 2015

10  

11  DISTRICT COURT JUDGE 20
   SANDRA L. POMRENZE

12  

13  MCFARLING LAW GROUP

14  

15  Emily McFarling, Esq.
16  6230 W. Desert Inn Rd.
   Las Vegas, NV 89146
17  (702) 565-4335
   Attorney for Petitioner
18  Shad Applegate

19  

20  

21  

22  

23  

24  

25  

26  

27  

28  

2

Electronically Filed
11/27/2015 08:40:34 AM

**CLERK OF THE COURT**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**NOW**
Emily McFarling, Esq.
Nevada Bar Number 8567
**MCFARLING LAW GROUP**
6230 W. Desert Inn Rd.
Las Vegas, NV 89146
(702) 565-4335 phone
(702) 732-9385 fax
eservice@mcfarlinglaw.com
Attorney for Petitioner

Shad Applegate

**IN THE EIGHTH JUDICIAL DISTRICT COURT**

**FAMILY DIVISION**

**CLARK COUNTY, NEVADA**

In the Matter of the Application          )   Case Number: D-15-516575-N
                                          )   Department:   P
Shad Applegate                            )
                                          )
For Change of Name                        )
                                          )   **NOTICE OF WITHDRAWAL AS**
                                          )   **ATTORNEY OF RECORD FOR**
                                          )   **PETITIONER**
                                          )
                                          )
                                          )
                                          )

TO: PETITIONER, SHAD APPLEGATE

    Rule 46, NEVADA SUPREME COURT RULES:

    After judgment or final determination, an attorney may withdraw as attorney of record at any time upon the attorney's filing a withdrawal, with or without the client's consent.

    On July 21, 2015, an Order For Change of Name was entered, and in accordance with the provisions of SUPREME COURT RULE 46, WITHDRAWAL OR CHANGE OF ATTORNEY:

    The last known address and telephone number of the Petitioner is as follows:
Shad Applegate, 6130 W. Flamingo Rd., Las Vegas NV 89103; (702)430-1990

**MCFARLING LAW GROUP**
6230 W. Desert Inn Rd., Las Vegas, NV 89146
Phone: (702) 565-4335   Fax: (702) 732-9385
eservice@mcfarlinglaw.com

1

1    Please take notice that Emily McFarling, Esq. of McFarling Law Group hereby

2    withdraws as attorney for Petitioner.

3

4    DATED this 27th day of November, 2015

5                    **MCFARLING LAW GROUP**

6               By: _/s/Emily McFarling_____

                    Emily McFarling, Esq.

7                  6230 W. Desert Inn Rd.

                    Las Vegas, NV 89146

8                  (702) 565-4335

                    Attorney for Petitioner

9                  Shad Applegate

10             **CERTIFICATE OF SERVICE**

11

12    The undersigned, an employee of McFarling Law Group, hereby certifies that on the

13    27th day of November, 2015, I served a true and correct copy of this NOTICE OF

14    WITHDRAWAL AS ATTORNEY OF RECORD FOR PETITIONER, to the following:

15    __X___ by United States mail in Las Vegas, Nevada, with First-Class postage

16    prepaid and addressed as follows:

17    Shad Applegate

18    6130 W. Flamingo Rd.

      Las Vegas NV 89103

19                    By: ___/s/ Kim Bailey_____

20                    Kim Bailey

21

22

23

24

25

26

27

28

Electronically Filed
04/11/2016 10:18:47 AM

*signature*

**CLERK OF THE COURT**

1  **APPL**
2  Emily McFarling, Esq.
   Nevada Bar Number 8567
3  **MCFARLING LAW GROUP**
   6230 W. Desert Inn Rd.
4  Las Vegas, NV 89146
   (702) 565-4335 phone
5  (702) 732-9385 fax
   eservice@mcfarlinglaw.com
6  Attorney for Petitioner
   Shad Applegate
7

8            IN THE EIGHTH JUDICIAL DISTRICT COURT

9                        FAMILY DIVISION

10                    CLARK COUNTY, NEVADA

11  In the Matter of the Application ) Case Number: D-15-516575-N
                                     ) Dept. No:  P
12  Shad Applegate                   )
                                     )   **EX PARTE APPLICATION FOR AN**
13  For Change of Name               )   **AMENDED ORDER FOR CHANGE OF**
                                     )   **NAME**
14                                   )
                                     )
15                                   )

16

17        COMES NOW Petitioner by and through his attorney, Emily McFarling, Esq. of

18  McFarling Law Group, and hereby moves the Court for an Amended Order for Change of

19  Name.

20        This Ex Parte Application for an Amended Order for Change of Name is based upon

21  the Affidavit of Petitioner.  Moreover, this Application is made and based upon all of the

22  papers, pleadings and records on file herein.

23

24        DATED this 11th day of April, 2016.

25                                          **MCFARLING LAW GROUP**

26                                    By:___ */s/Emily McFarling*___
27                                          Emily McFarling, Esq.
                                            6230 W. Desert Inn Rd.
28                                          Las Vegas, NV 89146
                                            (702) 565-4335

1

**MCFARLING LAW GROUP**
6230 W. Desert Inn Rd., Las Vegas, NV 89146
Phone: (702) 565-4335  Fax: (702) 732-9385
eservice@mcfarlinglaw.com

## DECLARATION OF SHAD TRISTAN COTTELLI

1. I, Shad Tristan Cottelli, declare that I am competent to testify to the facts contained in the preceding filing.

2. I am the Petitioner in the above-entitled case.

3. That I am requesting an Amended Order for Change of Name as the name on my birth certificate reads "John Applegate", however the name on the Order filed within this case reflect the name "Shad Applegate".

4. The current Order for Change of Name, which was filed July 21, 2015, should be amended to reflect the correct former legal name so as to allow me to change the necessary identity documents, etc.

5. I have read the preceding document, and I have personal knowledge of the facts contained therein, unless stated otherwise.  Further, the factual averments contained therein are true and correct to the best of my knowledge, except those matters based on information and belief, and as to those matters, I believe them to be true.

6. The factual averments contained in the preceding filing are incorporated herein as if set forth in full.

I declare under penalty of perjury, under the laws of the State of Nevada and the United States (NRS 53.045 and 28 USC § 1746), that the foregoing is true and correct.

EXECUTED this  10  day of April, 2016.

~SHAD TRISTAN COTTELLI

2

1    This matter having come on for summary disposition in the Family Division of the

2   Eight Judicial District Court, County of Clark; and the Court being fully advised in the

3   premises, both as to subject matter as well as the party thereto, and that jurisdiction is proper

4   in Nevada, and good cause appearing therefore;

5        IT I HEREBY ORDERED, ADJUDGED AND DECREED that John Applegate

6
7   born on ██████ Redacted Personal Information ██████ name be changed to Shad

8   Tristan Cottelli.

9        IT IS SO ORDERED this _15_ day of _April_, 2016.

10
11                          DISTRICT COURT JUDGE
                            SANDRA L. POMERENZE
12

13   MCFARLING LAW GROUP

14
15   Emily McFarling, Esq.
16   6230 W. Desert Inn Rd.
     Las Vegas, NV 89146
17   (702) 565-4335
     Attorney for Petitioner
18

19

20

21

22

23

24

25

26

27

28

                                        2

Electronically Filed
07/05/2016 02:04:50 PM

**CLERK OF THE COURT**

1  **NOW**
2  Emily McFarling, Esq.
   Nevada Bar Number 8567
3  **MCFARLING LAW GROUP**
   6230 W. Desert Inn Rd.
4  Las Vegas, NV 89146
   (702) 565-4335 phone
5  (702) 732-9385 fax
   eservice@mcfarlinglaw.com
6  Attorney for Petitioner
7  Shad Applegate

8                    IN THE EIGHTH JUDICIAL DISTRICT COURT

9                              FAMILY DIVISION

10                        CLARK COUNTY, NEVADA

11  In the Matter of the Application    )   Case Number: D-15-516575-N
                                        )   Department:  P
12  Shad Applegate                      )
                                        )
13  For Change of Name                  )   **NOTICE OF WITHDRAWAL AS**
                                        )   **ATTORNEY OF RECORD FOR**
14                                      )   **PETITIONER**
                                        )
15                                      )
                                        )
16                                      )

17  TO: PETITIONER, SHAD APPLEGATE

18       Rule 46, NEVADA SUPREME COURT RULES:

19       After judgment or final determination, an attorney may withdraw as attorney of

20  record at any time upon the attorney's filing a withdrawal, with or without the client's

21  consent.

22       On April 20, 2016, an Amended Order for Change of Name was entered, and in

23  accordance with the provisions of SUPREME COURT RULE 46, WITHDRAWAL OR

24  CHANGE OF ATTORNEY:

25       The last known address and telephone number of the Petitioner is as follows:
       Shad Applegate, 6130 W. Flamingo Rd., Las Vegas NV 89103; (702)430-1990
26

27

28

MCFARLING LAW GROUP
6230 W. Desert Inn Rd., Las Vegas, NV 89146
Phone: (702) 565-4335  Fax: (702) 732-9385
eservice@mcfarlinglaw.com

Please take notice that Emily McFarling, Esq. of McFarling Law Group hereby withdraws as attorney for Petitioner.

DATED this 5th day of July, 2016

**MCFARLING LAW GROUP**

By: /s/Emily McFarling

Emily McFarling, Esq.
6230 W. Desert Inn Rd.
Las Vegas, NV 89146
(702) 565-4335
Attorney for Petitioner
Shad Applegate

**CERTIFICATE OF SERVICE**

The undersigned, an employee of McFarling Law Group, hereby certifies that on the 5th day of July, 2016, I served a true and correct copy of this NOTICE OF WITHDRAWAL AS ATTORNEY OF RECORD FOR PETITIONER, to the following:

__X___by United States mail in Las Vegas, Nevada, with First-Class postage prepaid and addressed as follows:

Shad Applegate
6130 W. Flamingo Rd.
Las Vegas NV 89103

By: /s/ *Kylie Graham*
Kylie Graham

2