# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Federal Trade Commission, et al.,

          Plaintiffs,

  v.

EMP Media, Inc., et al.,

          Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:18-cv-00035-APG-NJK

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

✗ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Plaintiffs, Federal Trade Commission and State of Nevada, and against Defendants, Shad Applegate and EMP Media, Inc.

6/18/2018  
Date

DEBRA K. KEMPI  
Clerk

/s/ M. Reyes  
Deputy Clerk